# EXHIBIT 3

| Form 5500 | Annual Return/Report of Employee Benefit Plan | OMB Nos. 1210-0110 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | 1210-0089<br>2010<br>This Form is Open to Public Inspection |

**Part I  Annual Report Identification Information**

For calendar plan year 2010 or fiscal plan year beginning 01/01/2010 and ending 12/31/2010

**A** This return/report is for:  ☐ a multiemployer plan;  ☐ a multiple-employer plan; or
☒ a single-employer plan;  ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report;  ☐ the final return/report;
☒ an amended return/report;  ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:  ☒ Form 5558;  ☐ automatic extension;  ☐ the DFVC program;
☐ special extension (enter description)

**Part II  Basic Plan Information**—enter all requested information

**1a** Name of plan
M&T BANK CORPORATION RETIREMENT SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶ 004

**1c** Effective date of plan
04/01/1986

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
MANUFACTURERS AND TRADERS TRUST CO.

ONE M AND T PLAZA, 11TH FLOOR
BUFFALO, NY 14203-2301

**2b** Employer Identification Number (EIN)
16-0538020

**2c** Sponsor's telephone number
716-842-4456

**2d** Business code (see instructions)
525920

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 07/29/2011 | ANN MARIE ODROBINA |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | 07/29/2011 | ANN MARIE ODROBINA |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Form 5500 (2010)
v.092307.1

HABIB0000652

Form 5500 (2010)        Page **2**

**3a** Plan administrator's name and address (if same as plan sponsor, enter "Same")
M&T EMPLOYEE BENEFIT PLAN COMMITTEE

ONE M AND T PLAZA, 11TH FLOOR
BUFFALO, NY 14203-2301

**3b** Administrator's EIN
16-0538020

**3c** Administrator's telephone number
716-842-4456

**4** If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report:

**a** Sponsor's name

**4b** EIN

**4c** PN

| | | | |
|---|---|---|---|
| 5 | Total number of participants at the beginning of the plan year | 5 | 18351 |
| 6 | Number of participants as of the end of the plan year (welfare plans complete only lines 6a, 6b, 6c, and 6d). | | |
| a | Active participants | 6a | 13240 |
| b | Retired or separated participants receiving benefits | 6b | 6 |
| c | Other retired or separated participants entitled to future benefits | 6c | 4131 |
| d | Subtotal. Add lines 6a, 6b, and 6c | 6d | 17377 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits | 6e | 21 |
| f | Total. Add lines 6d and 6e | 6f | 17398 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item) | 6g | 15579 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 6h | 807 |
| 7 | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) | 7 | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristic Codes in the instructions:
2E  2G  2I  2J  2K  2O  3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristic Codes in the instructions:

**9a** Plan funding arrangement (check all that apply)
(1) ☐ Insurance
(2) ☐ Code section 412(e)(3) insurance contracts
(3) ☒ Trust
(4) ☐ General assets of the sponsor

**9b** Plan benefit arrangement (check all that apply)
(1) ☐ Insurance
(2) ☐ Code section 412(e)(3) insurance contracts
(3) ☒ Trust
(4) ☐ General assets of the sponsor

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached. (See instructions)

**a Pension Schedules**
(1) ☒ **R** (Retirement Plan Information)
(2) ☐ **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary
(3) ☐ **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b General Schedules**
(1) ☒ **H** (Financial Information)
(2) ☐ **I** (Financial Information – Small Plan)
(3) ___ **A** (Insurance Information)
(4) ☒ **C** (Service Provider Information)
(5) ☒ **D** (DFE/Participating Plan Information)
(6) ☐ **G** (Financial Transaction Schedules)

HABIB0000653

M&T BANK CORPORATION RETIREMENT SAVINGS PLAN
Notes to Financial Statements, continued

### 3. Fair value measurements, continued

The valuation methodologies described in note 2 under the caption "Investment valuation and income recognition" may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the Administrative Committee believes the Plan's valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the end of the Plan year.

The following tables present the Plan's investments measured at estimated fair value on a recurring basis:

|  | At December 31, 2010 | | | |
|---|---|---|---|---|
|  | Level 1 | Level 2 | Level 3 | Total |
| M&T Bank Corporation common stock | $275,917,075 | – | – | 275,917,075 |
| Mutual funds | | | | |
| Large Cap | 182,973,768 | – | – | 182,973,768 |
| Mid Cap | 82,489,329 | – | – | 82,489,329 |
| Small Cap | 72,841,496 | – | – | 72,841,496 |
| International | 84,753,986 | – | – | 84,753,986 |
| Asset allocation | 239,283,042 | – | – | 239,283,042 |
| Corporate bonds | 57,999,819 | – | – | 57,999,819 |
| Government bonds | 32,029,584 | – | – | 32,029,584 |
| Money market | 84,394,849 | – | – | 84,394,849 |
|  | 836,765,873 | – | – | 836,765,873 |
| Total investments measured at fair value | $1,112,682,948 | – | – | 1,112,682,948 |

|  | At December 31, 2009 | | | |
|---|---|---|---|---|
|  | Level 1 | Level 2 | Level 3 | Total |
| M&T Bank Corporation common stock | $213,859,293 | – | – | 213,859,293 |
| Mutual funds | | | | |
| Large Cap | 154,808,957 | – | – | 154,808,957 |
| Mid Cap | 63,213,962 | – | – | 63,213,962 |
| Small Cap | 56,186,326 | – | – | 56,186,326 |
| International | 74,260,537 | – | – | 74,260,537 |
| Asset allocation | 199,045,216 | – | – | 199,045,216 |
| Corporate bonds | 46,009,895 | – | – | 46,009,895 |
| Government bonds | 29,026,477 | – | – | 29,026,477 |
| Money market | 85,694,352 | – | – | 85,694,352 |
|  | 708,245,722 | – | – | 708,245,722 |
| Common trust fund stable value | 773,190 | 6,081,967 | 48,324 | 6,903,481 |
| Total investments measured at fair value | $922,878,205 | 6,081,967 | 48,324 | 929,008,496 |

There were no transfers between levels of the fair value hierarchy during 2010 or 2009. The changes in Level 3 investments measured at estimated fair value on a recurring basis during the Plan year ended December 31, 2010 were as follows:

| | |
|---|---|
| Balance – January 1, 2010 | $ 48,324 |
| Common trust fund transfers, sales and purchases, net | (48,324) |
| Balance – December 31, 2010 | $ – |

HABIB0000696