# **EXHIBIT 4**

| Form 5500<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2017**<br>This Form is Open to Public Inspection |
|---|---|---|

### Part I   Annual Report Identification Information

For calendar plan year 2017 or fiscal plan year beginning  01/01/2017  and ending  12/31/2017

**A** This return/report is for:
- [ ] a multiemployer plan
- [x] a single-employer plan
- [ ] a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)
- [ ] a DFE (specify) ____

**B** This return/report is:
- [ ] the first return/report
- [ ] an amended return/report
- [ ] the final return/report
- [ ] a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ [ ]

**D** Check box if filing under:
- [x] Form 5558
- [ ] automatic extension
- [ ] the DFVC program
- [ ] special extension (enter description)

### Part II   Basic Plan Information—enter all requested information

**1a** Name of plan
M & T BANK CORPORATION RETIREMENT SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶  004

**1c** Effective date of plan
04/01/1986

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)
MANUFACTURERS AND TRADERS TRUST CO.

ONE M AND T PLAZA, 11TH FLOOR
BUFFALO, NY 14203-2301

**2b** Employer Identification Number (EIN)
16-0538020

**2c** Plan Sponsor's telephone number
716-842-5746

**2d** Business code (see instructions)
525920

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 07/16/2018 | JOSEPH M. RIZZUTO |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | 07/16/2018 | JOSEPH M. RIZZUTO |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2017)
v. 170203

**M&T BANK CORPORATION RETIREMENT SAVINGS PLAN**
**EIN 16-0538020 Plan 004**
**Schedule H, Line 4i - Schedule of Assets (Held at December 31, 2017)**

| Identity of issue, borrower, lessor, or similar party | Description of investment | Number of Shares | Current Value |
|---|---|---:|---:|
| **Common stock** | | | |
| * M&T Bank Corporation [1] | Common Stock | 2,318,634 | $ 396,463,286 |
| **Common trust funds** | | | |
| * WilmingtonTrust | Stable Value Fund | 12,329,941 | 224,312,445 |
| * T. Rowe Price Associates, Inc. | Retirement 2010 Fund - Class F | 1,070,027 | 16,596,111 |
| * T. Rowe Price Associates, Inc. | Retirement 2015 Fund - Class F | 163,611 | 2,707,755 |
| * T. Rowe Price Associates, Inc. | Retirement 2020 Fund - Class F | 6,018,372 | 105,742,791 |
| * T. Rowe Price Associates, Inc. | Retirement 2025 Fund - Class F | 860,069 | 15,937,079 |
| * T. Rowe Price Associates, Inc. | Retirement 2030 Fund - Class F | 7,614,332 | 147,565,752 |
| * T. Rowe Price Associates, Inc. | Retirement 2035 Fund - Class F | 245,042 | 4,908,190 |
| * T. Rowe Price Associates, Inc. | Retirement 2040 Fund - Class F | 6,747,938 | 138,130,285 |
| * T. Rowe Price Associates, Inc. | Retirement 2045 Fund - Class F | 207,762 | 4,267,430 |
| * T. Rowe Price Associates, Inc. | Retirement 2050 Fund - Class F | 156,688 | 3,219,948 |
| * T. Rowe Price Associates, Inc. | Retirement 2055 Fund - Class F | 86,093 | 1,768,347 |
| * T. Rowe Price Associates, Inc. | Retirement 2060 Fund - Class F | 134,788 | 1,771,112 |
| * T. Rowe Price Associates, Inc. | Retirement Balanced Fund - Class F | 1,962,232 | 28,334,626 |
| | | | 695,261,871 |
| **Mutual fund investments** | | | |
| Diamond Hill | Large Cap Fund | 1,866,808 | 49,694,435 |
| Metropolitan West | Total Return Bond I | 5,337,925 | 56,902,277 |
| Meridian | Small Cap Growth Fund Institutional | 30,825 | 494,432 |
| Morgan Stanley | Institutional Growth Fund | 1,033,752 | 43,303,872 |
| Morgan Stanley | Institutional Small Company Growth Fund | 2,451,648 | 26,870,063 |
| Sterling Capital | Mid Cap Value Institutional | 2,259,655 | 43,340,174 |
| * T. Rowe Price Associates, Inc. | Balanced Fund | 10,153,382 | 247,031,788 |
| * T. Rowe Price Associates, Inc. | Equity Income Fund | 1,953,780 | 65,139,039 |
| * T. Rowe Price Associates, Inc. | Growth Stock Fund | 2,361,971 | 147,977,508 |
| * T. Rowe Price Associates, Inc. | Small-Cap Value Fund | 1,904,969 | 93,457,754 |
| The Vanguard Group, Inc. | Institutional Index Fund | 1,101,206 | 268,121,627 |
| The Vanguard Group, Inc. | Mid-Cap Index Fund Institutional Share | 2,464,620 | 104,302,736 |
| The Vanguard Group, Inc. | Small Cap Index Institutional | 420,655 | 29,773,943 |
| The Vanguard Group, Inc. | Short-Term Bond Fund | 144,245 | 1,497,259 |
| The Vanguard Group, Inc. | Intermediate-Term Bond Fund | 91,117 | 1,035,093 |
| The Vanguard Group, Inc. | Developed Markets Index Institutional | 5,647,189 | 127,400,589 |
| The Vanguard Group, Inc. | Emerging Markets Stock Index Fund | 47,597 | 1,817,239 |
| The Vanguard Group, Inc. | High Dividend Yield Index Fund | 30,686 | 1,039,942 |
| * WilmingtonTrust | Broad Market Bond Fund | 1,234,048 | 11,896,222 |
| * WilmingtonTrust | Multi-Manager Real Asset Fund | 468,793 | 6,900,637 |
| * WilmingtonTrust | Intermediate-Term Bond Fund | 1,769,230 | 17,356,150 |
| * WilmingtonTrust | Multi-Manager International Fund | 1,443,424 | 13,279,501 |
| * WilmingtonTrust | Short-Term Bond Fund | 2,873,079 | 28,529,676 |
| | | | 1,387,161,956 |
| **Loans to participants** | | | |
| * Participant Loans Receivable | 4.25% to 8.50%, fully secured by vested benefits, with maturities through 2039 | | 29,002,471 |
| | Total assets held for investment purposes | | $ 2,507,889,584 |

[1] See note 6 of notes to financial statements.

* Indicates that the identity of the party involved is a party-in-interest as defined in the Employee Retirement Income Security Act of 1974.

HABIB0003835