# EXHIBIT 6

Investment Option Add-Remove

| 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|
| M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) | M&T Bank Corporation (Common Stock) |
| Harbor International Inv | Harbor International Inv | Harbor International Inv | Harbor International Inv | Harbor International Instl | Harbor International Instl | Harbor International Instl | Harbor International Instl | Harbor International Instl (moved to Vang Dev Intl) |
| MTB Intermediate Term Bond Instl I Fund | MTB Intermediate Term Bond Instl I Fund | MTB Intermediate Term Bond Instl I Fund | Wilmington Intermediate Term Bond Instl | Wilmington Intermediate Term Bond Instl | Wilmington Intermediate Term Bond Instl | Wilmington Intermediate Term Bond Instl | Wilmington Intermediate Term Bond Instl | Wilmington Intermediate Term Bond Instl |
| MTB International Equity Instl I | MTB International Equity Instl I | MTB International Equity Instl I | MTB International Equity (merged with Wilmington Multi-Manager International Instl) | | | | | |
| MTB Large Cap Growth Instl I | MTB Large Cap Growth Instl I | MTB Large Cap Growth Instl I | Wilmington Large Cap Growth Instl | Wilmington Large Cap Growth Instl | Wilmington Large Cap Growth Instl (moved to Morgan Stanley Instl Growth I) | | | |
| MTB Large-Cap Value Instl I | MTB Large-Cap Value Instl I | MTB Large-Cap Value Instl I | Wilmington Large Cap Value Instl | Wilmington Large Cap Value Instl | Wilmington Large Cap Value Instl (moved to Diamond Hill) | | | |
| MTB Mid Cap Growth Fund Instl I | MTB Mid Cap Growth Fund Instl I | MTB Mid Cap Growth Fund Instl I | Wilmington Mid-Cap Growth Instl | Wilmington Mid-Cap Growth Instl | Wilmington Mid-Cap Growth Instl | Wilmington Mid-Cap Growth Instl | | |
| MTB Prime Money Market Fund | MTB Prime Money Market Fund | MTB Prime Money Market Fund | | | | | | |
| MTB Small-Cap Growth Instl I | MTB Small-Cap Growth Instl I | MTB Small-Cap Growth Instl I | Wilmington Small-Cap Growth Instl | Wilmington Small-Cap Growth Instl | Wilmington Small-Cap Growth Instl (moved to Morgan Stanley Small Company Growth Fund) | | | |
| MTB U.S. Government Bond Instl Fund | MTB U.S. Government Bond Instl Fund | MTB U.S. Government Bond Instl Fund | MTB U.S. Government Bond Instl Fund (merged into Wilmington Short Dur Gov Bond) | | | | | |
| PIMCO Total Return Bond Admin | PIMCO Total Return Bond Admin | PIMCO Total Return Bond Admin | PIMCO Total Return Bond Admin | PIMCO Total Return Bond I | PIMCO Total Return Bond I | PIMCO Total Return Bond I (moved to MetWest) | | |
| Davis Selected American Shares Fund | Davis Selected American Shares Fund | Davis Selected American Shares Fund | Davis Selected American Shares Fund (moved to Vanguard Instl Idx I) | | | | | |
| T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund | T. Rowe Price Balanced Fund |
| T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund | T. Rowe Price Equity Income Fund |
| T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund | T. Rowe Price Growth Stock Fund |
| T. Rowe Price Retirement 2010 Fund | T. Rowe Price Retirement 2010 Fund | T. Rowe Price Retirement 2010 Fund | T. Rowe Price Retirement 2010 Fund | T. Rowe Price Retirement 2010 Fund | T. Rowe Price Retirement 2010 Fund | T. Rowe Price Retirement 2010 Fund | T. Rowe Price 2010 CIT | T. Rowe Price 2010 CIT |
| T. Rowe Price Retirement 2020 Fund | T. Rowe Price Retirement 2020 Fund | T. Rowe Price Retirement 2020 Fund | T. Rowe Price Retirement 2020 Fund | T. Rowe Price Retirement 2020 Fund | T. Rowe Price Retirement 2020 Fund | T. Rowe Price Retirement 2020 Fund | T. Rowe Price 2020 CIT | T. Rowe Price 2020 CIT |
| T. Rowe Price Retirement 2030 Fund | T. Rowe Price Retirement 2030 Fund | T. Rowe Price Retirement 2030 Fund | T. Rowe Price Retirement 2030 Fund | T. Rowe Price Retirement 2030 Fund | T. Rowe Price Retirement 2030 Fund | T. Rowe Price Retirement 2030 Fund | T. Rowe Price 2030 CIT | T. Rowe Price 2030 CIT |
| T. Rowe Price Retirement 2040 Fund | T. Rowe Price Retirement 2040 Fund | T. Rowe Price Retirement 2040 Fund | T. Rowe Price Retirement 2040 Fund | T. Rowe Price Retirement 2040 Fund | T. Rowe Price Retirement 2040 Fund | T. Rowe Price Retirement 2040 Fund | T. Rowe Price 2040 CIT | T. Rowe Price 2040 CIT |
| T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Income Fund | T. Rowe Price Retirement Balanced CIT | T. Rowe Price Retirement Balanced CIT |
| T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value | T. Rowe Price Small-Cap Value |
| TIAA CREF Mid Cap Value Retire | TIAA CREF Mid Cap Value Retire | TIAA CREF Mid Cap Value Retire | TIAA CREF Mid Cap Value Retire | TIAA CREF Mid Cap Value I (moved to Sterling Capital Mid Value Institutional) [Note: Name change and investment vehicle also effective in 2013] | | | | |
| Vanguard Institutional Index I | Vanguard Institutional Index I | Vanguard Institutional Index I | Vanguard Institutional Index I | Vanguard Institutional Index I | Vanguard Institutional Index I | Vanguard Institutional Index Instl Plus | Vanguard Institutional Index Instl Plus | Vanguard Institutional Index Instl Plus |
| Fidelity Advisor Stable Value II | Fidelity Advisor Stable Value II | | | | | | Fidelity Advisor Stable Value Fund | Fidelity Advisor Stable Value Fund |
| | | Wilmington MetLife Stable Value | Wilmington MetLife Stable Value | Wilmington MetLife Stable Value | Wilmington MetLife Stable Value | Wilmington MetLife Stable Value | Wilmington MetLife Stable Value | Wilmington MetLife Stable Value |
| | | Wilmington Broad Market Bond Instl | Wilmington Broad Market Bond Instl | Wilmington Broad Market Bond Instl | Wilmington Broad Market Bond Instl | Wilmington Broad Market Bond Instl | Wilmington Broad Market Bond Instl | Wilmington Broad Market Bond Instl |
| | | Wilmington Multi-Manager International Instl | Wilmington Multi-Manager International Instl | Wilmington Multi-Manager International Instl | Wilmington Multi-Manager International Instl | Wilmington Multi-Manager International Instl | Wilmington Multi-Manager International Instl | Wilmington Multi-Manager International Instl |
| | | Wilmington Aggressive Asset Allocation | Wilmington Strategic Allocation Aggressive Instl | Wilmington Strategic Allocation Aggressive Instl | Wilmington Strategic Allocation Aggressive Instl | Wilmington Strategic Allocation Aggressive Instl | Wilmington Strategic Allocation Aggressive Instl | Wilmington Strategic Allocation Aggressive Instl |
| | | Wilmington Conservative Asset Allocation | Wilmington Strategic Allocation Conservative Instl | Wilmington Strategic Allocation Conservative Instl | Wilmington Strategic Allocation Conservative Instl | Wilmington Strategic Allocation Conservative Instl | Wilmington Strategic Allocation Conservative Instl | Wilmington Strategic Allocation Conservative Instl |
| | | Wilmington Multi-Manager Real Asst. Instl | Wilmington Multi-Manager Real Asst. Instl | Wilmington Multi-Manager Real Asst. Instl | Wilmington Multi-Manager Real Asst. Instl | Wilmington Multi-Manager Real Asst. Instl | Wilmington Multi-Manager Real Asst. Instl | Wilmington Multi-Manager Real Asst. Instl |
| | | Wilmington Small Cap Strategy Instl | Wilmington Small-Cap Strategy Instl | Wilmington Small-Cap Strategy Instl | Wilmington Small-Cap Strategy Instl | Wilmington Small-Cap Strategy Instl | | |
| | | | Wilmington Short Duration Gov't Bond (f/k/a MTB Short Dur Gov Bond) | Wilmington Short Duration Gov't Bond | Wilmington Short Duration Gov't Bond | Wilmington Short Duration Gov't Bond (merged into Wilmington Sh-Term Corp. Bond, and renamed Wilmington Short-Term Bond) | | |
| | | | Sterling Capital Mid Cap Value Institutional | Sterling Capital Mid Cap Value Institutional | Sterling Capital Mid Cap Value Institutional | Sterling Capital Mid Cap Value Institutional | Sterling Capital Mid Cap Value Institutional | Sterling Capital Mid Cap Value Institutional |
| | | | | Diamond Hill Large Cap I | Diamond Hill Large Cap I | Diamond Hill Large Cap I | Diamond Hill Large Cap I | Diamond Hill Large Cap I |
| | | | | Metropolitan West Total Return Bond I | Metropolitan West Total Return Bond I | Metropolitan West Total Return Bond I | Metropolitan West Total Return Bond I | Metropolitan West Total Return Bond I |
| | | | | Morgan Stanley Instl Growth I | Morgan Stanley Instl Growth I | Morgan Stanley Instl Growth I | Morgan Stanley Instl Growth I | Morgan Stanley Instl Growth I |
| | | | | Morgan Stanley Small Company Growth Fund | Morgan Stanley Small Company Growth Fund | Morgan Stanley Small Company Growth Fund | Morgan Stanley Small Company Growth Fund | Morgan Stanley Small Company Growth Fund |
| | | | | Wilmington Short-Term Corporate Bond | Wilmington Short-Term Bond | Wilmington Short-Term Bond (renamed following merger with Wilmington Short Duration Gov't Bond) | Wilmington Short-Term Bond | Wilmington Short-Term Bond Fund |
| | | | | | | Vanguard Mid-Cap Index Fund Institutional | Vanguard Mid-Cap Index Fund Institutional | Vanguard Mid-Cap Index Fund Institutional |
| | | | | | | Vanguard Small Cap Index Institutional | Vanguard Small Cap Index Institutional | Vanguard Small Cap Index Institutional |
| Fund Removed that year (Not in plan that year) | | | | | | | T. Rowe Price 2015 CIT | T. Rowe Price 2015 CIT |
| | Fund Added that year | | | | | | T. Rowe Price 2025 CIT | T. Rowe Price 2025 CIT |
| | Name change or investment vehicle change | | | | | | T. Rowe Price 2035 CIT | T. Rowe Price 2035 CIT |
| | | | | | | | T. Rowe Price 2045 CIT | T. Rowe Price 2045 CIT |
| | | | | | | | T. Rowe Price 2050 CIT | T. Rowe Price 2050 CIT |
| | | | | | | | T. Rowe Price 2055 CIT | T. Rowe Price 2055 CIT |
| | | | | | | | T. Rowe Price 2060 CIT | T. Rowe Price 2060 CIT |

EXHIBIT 4  12-13-18  PENGAD 800-631-6989