# EXHIBIT 7



| | |
|---|---|
| Document title: | MTB Group of Funds |
| Capture URL: | https://www.sec.gov/Archives/edgar/data/830744/000131814805000430/mtbform.htm |
| Captured site IP: | 23.196.175.249 |
| Page loaded at (UTC): | Mon, 18 Mar 2019 20:12:26 GMT |
| Capture timestamp (UTC): | Mon, 18 Mar 2019 20:26:04 GMT |
| Capture tool: | v6.9.2 |
| Collection server IP: | 52.5.8.50 |
| Browser engine: | Chrome/62.0.3202.9 |
| Operating system: | Microsoft Windows NT 10.0.14393.0 (10.0.14393.0) |
| PDF length: | 344 |
| Capture ID: | bcf63646-ae83-4fe7-8b71-6699261b4dfc |
| User: | nka-skelly |

PDF REFERENCE #:   fz1NHKERVDav7KaQyUcweB

```
                                        1933 Act File No. 33-20673
                                        1940 Act File No. 811-5514

                   SECURITIES AND EXCHANGE COMMISSION
                         Washington, D.C. 20549

                                Form N-1A

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933            X
                                                                ------

    Pre-Effective Amendment No.         ....................
                               --------                         ------

    Post-Effective Amendment No. 65 ........................       X
                                 ----                           ------

                                 and/or

REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940    X
                                                                ------

    Amendment No. 66 .......................................       X
                  ----                                          ------

                           MTB GROUP OF FUNDS
                      (Retail/Institutional Funds)

             (Exact Name of Registrant as Specified in Charter)

        5800 Corporate Drive, Pittsburgh, Pennsylvania 15237-7010
                (Address of Principal Executive Offices)

                             (412) 288-1900
                     (Registrant's Telephone Number)

                       C. Grant Anderson, Esquire
                             Reed Smith LLP
                       Federated Investors Tower,
                           1001 Liberty Avenue
                    Pittsburgh, Pennsylvania 15222-3779
                 (Name and Address of Agent for Service)
            (Notices should be sent to the Agent for Service)

It is proposed that this filing will become effective:

__ immediately upon filing pursuant to paragraph (b) _X_ on August 30, 2005
pursuant to paragraph (b)(1)(iii) _ 60 days after filing pursuant to paragraph
(a) (i) on ______________ pursuant to paragraph (a) (i) _ 75 days after filing
pursuant to paragraph (a)(ii) on _____________ pursuant to paragraph (a)(ii)
of Rule 485.

If appropriate, check the following box:

_ This post-effective amendment designates a new effective date for a previously
filed post-effective amendment.

                                Copy to:

Matthew G. Maloney, Esquire
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C.  20037
```

[Logo of MTB Group of Funds]

<R>

www.mtbfunds.com

</R>

*Managed by MTB Investment Advisors, Inc. — www.mtbia.com*

<R>

# RETAIL CLASS PROSPECTUS

## (Fluctuating Funds): August 31, 2005

CLASS A SHARES AND CLASS B SHARES

BOND FUNDS
MTB Income Fund
MTB Intermediate-Term Bond Fund
MTB Maryland Municipal Bond Fund
MTB New York Municipal Bond Fund
MTB Pennsylvania Municipal Bond Fund
MTB Short Duration Government Bond Fund
MTB Short-Term Corporate Bond Fund
MTB U.S. Government Bond Fund

BALANCED FUNDS
MTB Balanced Fund
MTB Managed Allocation Fund—Aggressive Growth
MTB Managed Allocation Fund—Conservative Growth
MTB Managed Allocation Fund—Moderate Growth

STOCK FUNDS
MTB Equity Income Fund
MTB Equity Index Fund
MTB International Equity Fund
MTB Large Cap Growth Fund
MTB Large Cap Stock Fund
MTB Large Cap Value Fund
MTB Mid Cap Growth Fund
MTB Mid Cap Stock Fund
MTB Multi Cap Growth Fund
MTB Small Cap Growth Fund*
MTB Small Cap Stock Fund

* MTB Small Cap Growth Fund also offers Class C Shares

</R>

Document title: MTB Group of Funds
Capture URL: https://www.sec.gov/Archives/edgar/data/830744/000131814805000430/mtbform.htm
Capture timestamp (UTC): Mon, 18 Mar 2019 20:26:04 GMT

| | | |
|---|---|---|
| | Symbol: ACPLX (Class B Shares) | 63 |
| *Small Cap Growth Fund* | Symbol: ARPAX (Class A Shares); Symbol: [illegible] (Class B Shares); Symbol: ARPCX (Class C Shares) | 66 |
| *Small Cap Stock Fund* | Symbol: GVAGX (Class A Shares); Symbol: VSCSX (Class B Shares) | 69 |
| **Principal Securities of the Funds** | | 72 |
| **Other Investment Strategies** | | 78 |
| **Specific Risks of Investing in the Funds** | | 78 |
| **How Are Shares Priced?** | | 82 |
| **How to Purchase, Redeem, and Exchange Shares** | | 86 |
| **Account and Share Information** | | 90 |
| **Who Manages the Funds?** | | 92 |
| **Sub-Advisors** | | 93 |
| **Portfolio Managers** | | 103 |
| **Financial Highlights** | | 108 |
| **How to Obtain More Information About MTB Group of Funds** | | 123 |

</R>

*MTB RETAIL CLASS OF FUNDS*

## FUND GOALS, STRATEGIES, RISKS AND PERFORMANCE

<R>

This prospectus of the Trust offers Class A Shares and Class B Shares of 23 Funds, including ten Stock Funds, three Managed Allocation Funds, one Balanced Fund, and eight Bond Funds; and Class A, Class B and Class C Shares of one Stock Fund. Under a separate prospectus, the Trust offers one or more additional classes of shares (Institutional I Shares, Institutional II Shares, or Class S Shares) for each Fund covered by this prospectus (except for the three Managed Allocation Funds). In addition, under separate prospectuses, the Trust offers Class A, Class B, Institutional, Institutional I, Institutional II and/or Class S Shares of seven Money Market Funds.

</R>

The following pages describe the investment goals (objectives), strategies and principal risks of each Fund whose Class A Shares, Class B Shares or Class C Shares are offered by this prospectus. There can be no assurance that a Fund will achieve its goal. However, each Fund endeavors to do so by following the strategies and policies described in this prospectus.

The investment goal of each Fund may only be changed upon the approval of a majority of the outstanding Shares of the Fund which may be affected by the changes. Certain investment strategies may be changed without shareholder approval, although a Fund will provide shareholders with at least 60 days prior written notice of a change in its 80% investment policy.

**Performance and Financial History of MTB Group of Funds Which Succeeded the ARK Funds**

Each of the following Funds (a Successor MTB Fund) is the successor to a corresponding portfolio of the ARK Funds pursuant to a reorganization (ARK Reorganization) which took place on August 15, 2003 or August 22, 2003 (together, the Closing Date).

<R>

| Successor MTB Fund | Former ARK Portfolio (sometimes referred to as "Accounting Survivor") |
|---|---|
| MTB Large Cap Stock Fund | ARK Value Equity Portfolio |
| MTB Equity Index Fund | ARK Equity Index Portfolio |
| MTB Equity Income Fund | ARK Equity Income Portfolio |
| MTB Mid Cap Growth Fund | ARK Mid Cap Equity Portfolio |
| MTB Small Cap Growth Fund | ARK Small Cap Equity Portfolio |
| MTB Multi Cap Growth Fund | ARK Capital Growth Portfolio |
| MTB Balanced Fund | ARK Balanced Portfolio |
| MTB Income Fund | ARK Income Portfolio |
| MTB Intermediate-Term Bond Fund | ARK Intermediate Fixed Income Portfolio |
| MTB Short-Term Corporate Bond Fund | ARK Short-Term Bond Portfolio |
| MTB Maryland Municipal Bond Fund | ARK Maryland Tax-Free Portfolio |
| MTB Pennsylvania Municipal Bond Fund | ARK Pennsylvania Tax-Free Portfolio |

</R>

Prior to that date, each Successor MTB Fund had no investment operations. Accordingly, the performance information provided in the prospectus for periods prior to the Closing Date is historical information for the corresponding ARK Fund. Each of the corresponding ARK Funds was managed by Allied Investment Advisors, Inc. (AIA), which became a wholly-owned subsidiary of Manufacturers and Traders Trust Company (M&T Bank) on April 1, 2003, when M&T Bank Corporation acquired Allfirst Financial Inc., Allfirst Bank (AllFirst) and their affiliates. On August 22, 2003, the investment advisory operations of M&T Asset Management, a department of M&T Bank, which was the pre-Reorganization advisor to the Trust, were transferred to AIA (which was renamed MTB Investment Advisors, Inc.). Effective on that date, MTB Investment Advisors, Inc. (MTBIA) became the investment advisor to the Trust. Each Successor MTB Fund has investment objectives and policies that are identical or substantially similar to those of the corresponding ARK Fund, although each Successor MTB Fund has different fee and expense arrangements than the corresponding ARK Fund.

**Performance and Financial History of MTB Group of Funds Which Succeeded the Governor Funds**

Each of the following Funds (Successor MTB Fund) is a successor to a corresponding portfolio of the Governor Funds (Corresponding Governor Fund) pursuant to a reorganization that took place on January 8, 2001.

<R>

| Successor MTB Fund | Corresponding Governor Fund |
|---|---|
| MTB International Equity Fund | International Equity Fund |
| MTB Small Cap Stock Fund | Aggressive Growth Fund |
| MTB Managed Allocation Fund— Aggressive Growth | Lifestyle Growth Fund |
| MTB Managed Allocation Fund— Moderate Growth | Lifestyle Moderate Growth Fund |
| MTB Managed Allocation Fund— Conservative Growth | Lifestyle Conservative Fund |
| MTB Short Duration Government Bond Fund (formerly VISION Institutional Limited Duration U.S. Government Fund) | Limited Duration Government Securities Fund |

</R>

Prior to that date, each Successor MTB Fund had no investment operations. Accordingly, the performance information and financial information provided in the prospectus for periods prior to January 8, 2001, is historical information for the Corresponding Governor Fund. Each of the Corresponding Governor Funds was managed through January 8, 2001 by Martindale Andres & Company LLC, which became a subsidiary of M&T Bank on October 6, 2000. On January 8, 2001, M&T Asset Management, a department of M&T Bank, assumed all advisory responsibilities. Each Corresponding Governor Fund had investment objectives and policies that are identical or substantially similar to that of the Successor MTB Fund, although the Corresponding Governor Funds had different fee and expense arrangements.

Prior to August 15, 2003, MTB Group of Funds was known as Vision Group of Funds. Prior to August 11, 2000, Vision Group of Funds was known as Vision Group of Funds, Inc.

### Performance

On the following pages is performance information for each Fund. This information gives you some indication of the risks of an investment in a Fund by comparing each Fund's performance with a broad measure of market performance. While past performance of a Fund does not necessarily predict future performance, the following information provides you with the historical performance information to assist you in analyzing how each Fund's investment risks may be balanced by their potential rewards. For more current performance information, call (800) 836-2211.

### Bar Charts

Document title: MTB Group of Funds
Capture URL: https://www.sec.gov/Archives/edgar/data/830744/000131814805000430/mtbform.htm
Capture timestamp (UTC): Mon, 18 Mar 2019 20:26:04 GMT
Page 3 of 343

HABIB0003841