# EXHIBIT 8

```
84043274
209 03 0001
```

**Form 5500**
Department of the Treasury
Internal Revenue Service
Department of Labor
Employee Benefits Security Administration
Pension Benefit Guaranty Corporation

**Annual Return/Report of Employee Benefit Plan**
This form is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).
► Complete all entries in accordance with the instructions to the Form 5500.

Official Use Only
OMB Nos. 1210-0110
1210-0089

**2003**

This Form is Open to Public Inspection.

### Part I — Annual Report Identification Information

For the calendar plan year 2003 or fiscal plan year beginning _____ and ending _____

**A** This return/report is for:
(1) ☐ a multiemployer plan;
(2) ☒ a single-employer plan (other than a multiple-employer plan);
(3) ☐ a multiple-employer plan; or
(4) ☐ a DFE (specify) _____

**B** This return/report is:
(1) ☐ the first return/report filed for the plan;
(2) ☐ an amended return/report;
(3) ☐ the final return/report filed for the plan;
(4) ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here ......... ►☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) ......... ►☒

### Part II — Basic Plan Information — enter all requested information.

**1a** Name of plan
M&T BANK CORPORATION RETIREMENT SAVINGS PLAN

**1b** Three-digit plan number (PN) ► 004

**1c** Effective date of plan (mo., day, yr.)
04/01/1986

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
MANUFACTURERS AND TRADERS TRUST CO

MANUFACTURERS AND TRADERS TRUST CO
EMPLOYEE BENEFIT PLAN COMITTEE
ONE M&T PLAZA

BUFFALO                          NY   14203-2301

**2b** Employer Identification Number (EIN)
16-0538020

**2c** Sponsor's telephone number
716-842-5872

**2d** Business code (see instructions)

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

SIGN HERE _[signature]_   V.P.   10/15/04   Norbert H. Remus V.P.
Signature of plan administrator   Date   Type or print name of individual signing as plan administrator

SIGN HERE _[signature]_   V.P.   10/15/04   Norbert H. Remus V.P.
Signature of employer/plan sponsor/DFE   Date   Type or print name of individual signing as employer, plan sponsor or DFE

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v6.1    Form 5500 (2003)

0 2 0 3 6 5 0 1 0 H

HABIB0000461

M&T BANK CORPORATION RETIREMENT SAVINGS PLAN AND TRUST

SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES AT END OF YEAR

| Name and title of issue | Number of shares or principal amount | Fair value |
|---|---|---|
| **Common stock** | | |
| Financial: | | |
| M&T Bank Corporation* | 2,689,693 | $264,396,822 |
| **Mutual fund investments** | | |
| Federated Institutional Prime Obligations Fund | 6,722,552 | 6,722,552 |
| Goldman Sachs Growth Opportunities Fund** | 229,507 | 4,374,403 |
| Harbor Capital Advisors, Inc. Capital Appreciation Fund*** | 479,425 | 12,616,475 |
| Harbor Capital Advisors, Inc. International Fund*** | 450,565 | 16,576,285 |
| Janus Distributors LLC Small Cap Value Fund*** | 666,538 | 20,722,678 |
| MTB Group of Funds International Equity Fund*** | 291,749 | 2,821,215 |
| MTB Group of Funds Large-Cap Stock Fund | 1,097,302 | 9,996,424 |
| MTB Group of Funds Large-Cap Value Fund | 599,979 | 6,305,778 |
| MTB Group of Funds Mid-Cap Stock Fund | 2,751,914 | 42,076,764 |
| MTB Group of Funds Prime Money Market Fund | 38,962,044 | 38,962,044 |
| MTB Group of Funds Small-Cap Stock Fund*** | 1,174,272 | 11,026,414 |
| MTB Group of Funds U.S. Government Bond Fund | 2,054,091 | 19,801,436 |
| The Vanguard Inc. Balanced Index Fund*** | 666,541 | 12,177,710 |
| The Vanguard Inc. Institutional Index Fund*** | 337,576 | 34,358,444 |
| | | 238,540,622 |
| **Loans to participants** | | |
| 5.00%-10.50%, fully secured by vested benefits, due 2004 through 2008 | $ 8,430,591 | 8,430,591 |
| Total investments | | $511,368,035 |

* See note 5 of notes to financial statements.

** Effective March 1, 2004, participants' investments in the Goldman Sachs Growth Opportunities Fund were redeemed and the proceeds were invested in the MTB Group of Funds Mid-Cap Stock Fund.

*** Effective March 1, 2004, the following investment options were discontinued, the related investments redeemed and the proceeds invested in shares of the new investment options, as indicated below:

| Discontinued investment option | New investment option |
|---|---|
| Harbor Capital Advisors, Inc. Capital Appreciation Fund | T. Rowe Price Associates, Inc. Growth Stock Fund |
| Harbor Capital Advisors, Inc. International Fund | Templeton Funds, Inc. Foreign Fund |
| Janus Distributors LLC Small Cap Value Fund | T. Rowe Price Associates, Inc. Small-Cap Value Fund |
| MTB Group of Funds International Equity Fund | Templeton Funds, Inc. Foreign Fund |
| MTB Group of Funds Small-Cap Stock Fund | MTB Group of Funds Small-Cap Growth Fund |
| The Vanguard Inc. Balanced Index Fund | T. Rowe Price Associates, Inc. Balanced Fund |
| The Vanguard Inc. Institutional Index Fund | T. Rowe Price Associates, Inc. Equity Index Trust |

HABIB000474