# EXHIBIT 9

124.02.0001
01

| Form **5500** | **Annual Return/Report of Employee Benefit Plan** This form is required to be filed under sections 104 and 4065 of the Employee *Retirement Income Security Act of 1974 (ERISA) and sections 6047(e),* 6057(b), and 6058(a) of the Internal Revenue Code (the Code). ► Complete all entries in accordance with the instructions to the Form 5500. | Official Use Only OMB Nos. 1210 - 0110 1210 - 0089 |
|---|---|---|
| Department of the Treasury Internal Revenue Service Department of Labor Employee Benefits Security Administration Pension Benefit Guaranty Corporation | | **2004** This Form Is Open to Public Inspection. |

## Part I    Annual Report Identification Information

For the calendar plan year 2004 or fiscal plan year beginning _____ and ending _____

**A** This return/report is for:  **(1)** ☐ a multiemployer plan;  **(3)** ☐ a multiple-employer plan; or
  **(2)** ☒ a single-employer plan (other than a multiple-employer plan);  **(4)** ☐ a DFE (specify) _____

**B** This return/report is:  **(1)** ☐ the first return/report filed for the plan;  **(3)** ☐ the final return/report filed for the plan;
  **(2)** ☐ an amended return/report;  **(4)** ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

**D** If filing under an extension of time or the DFVC program, check box and attach required information. (see instructions) . . . . . . . . . . . . . . . . . ► ☒

## Part II    Basic Plan Information -- enter all requested information.

| **1a**  Name of plan M&T BANK CORPORATION RETIREMENT SAVINGS PLAN | **1b**  Three-digit plan number (PN) ►  004 |
|---|---|
| | **1c**  Effective date of plan (mo., day, yr.) 04/01/1986 |
| **2a**  Plan sponsor's name and address (employer, if for a single-employer plan) (Address should include room or suite no.) MANUFACTURERS AND TRADERS TRUST CO. ONE M&T PLAZA BUFFALO                    NY   14203-2301 | **2b**  Employer Identification Number (EIN) 16-0538020 |
| | **2c**  Sponsor's telephone number 716-842-5872 |
| | **2d**  Business code (see instructions) 525920 |

**Caution:** A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report if it is being filed electronically, and to the best of my knowledge and belief, it is true, correct and complete.

| SIGN HERE | *Ann Marie Odobinas* | 10/17/05 | *Ann Marie Odobinas, VP Employee Benefits* |
|---|---|---|---|
| | Signature of plan administrator | Date | Type or print name of individual signing as plan administrator |
| SIGN HERE | _____ V.P. | 10/17/05 | *Norbert H. Remus U.S.* |
| | Signature of employer/plan sponsor/DFE | Date | Type or print name of individual signing as employer, plan sponsor or DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.    v7.2    Form **5500** (2004)

0  2  0  4  1  0  0  1  0  8

HABIB0000484

124.02.0253
01

M&T BANK CORPORATION RETIREMENT SAVINGS PLAN AND TRUST

SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES AT END OF YEAR

| Name and title of issue | Number of shares or principal amount | Fair value |
|---|---|---|
| **Common stock** | | |
| Financial: | | |
| * M&T Bank Corporation [1] | 2,619,030 | $ 282,436,176 |
| | | |
| **Mutual fund investments** | | |
| Lord Abbett Distributor LLC Mid Cap Value Fund | 443,815 | 10,043,535 |
| * MTB Group of Funds Balanced Fund | 1,386,280 | 18,673,196 |
| * MTB Group of Funds Intermediate-Term Bond Fund | 1,327,557 | 13,381,778 |
| * MTB Group of Funds Large Cap Growth Fund | 2,576,637 | 20,278,134 |
| * MTB Group of Funds Large Cap Stock Fund | 2,188,280 | 18,994,268 |
| * MTB Group of Funds Large Cap Value Fund | 724,156 | 8,240,895 |
| * MTB Group of Funds Mid Cap Stock Fund | 2,939,810 | 49,065,426 |
| * MTB Group of Funds Prime Money Market Fund | 54,163,212 | 54,163,212 |
| * MTB Group of Funds Small Cap Growth Fund | 1,374,835 | 24,100,854 |
| * MTB Group of Funds U.S. Government Bond Fund | 2,010,024 | 19,155,532 |
| Pacific Investment Management Company LLC (PIMCO) Total Return Fund | 404,745 | 4,318,625 |
| * T. Rowe Price Associates, Inc. Balanced Fund | 888,200 | 17,497,541 |
| * T. Rowe Price Associates, Inc. Equity Income Fund | 902,376 | 23,994,173 |
| * T. Rowe Price Associates, Inc. Growth Stock Fund | 727,695 | 19,407,636 |
| * T. Rowe Price Associates, Inc. Retirement 2010 Fund | 1,052,985 | 14,783,906 |
| * T. Rowe Price Associates, Inc. Retirement 2020 Fund | 562,423 | 8,374,478 |
| * T. Rowe Price Associates, Inc. Retirement 2030 Fund | 411,393 | 6,376,590 |
| * T. Rowe Price Associates, Inc. Retirement 2040 Fund | 514,991 | 8,018,406 |
| * T. Rowe Price Associates, Inc. Retirement Income Fund | 352,519 | 4,321,879 |
| * T. Rowe Price Associates, Inc. Small-Cap Value Fund | 946,172 | 33,759,420 |
| Templeton Funds, Inc. Foreign Fund | 3,782,655 | 46,526,658 |
| | | 423,476,142 |
| | | |
| **Common trust fund investments** | | |
| * T. Rowe Price Associates, Inc. Equity Index Trust | 1,823,314 | 62,302,632 |
| | | |
| * **Loans to participants** | | |
| 5.00%-11.50%, fully secured by vested benefits, due 2005 through 2014 | $ 14,242,151 | 14,242,151 |
| | | |
| Total investments | | $ 782,457,101 |

[1] See note 6 of notes to financial statements.

* Denotes party-in-interest.

HABIB0000503