# EXHIBIT 10

CONFIDENTIAL



Attachment B.

# Employee Benefits Plans Committee
## May 10, 2010



M&T Bank
Understanding what's important®

MTB-ERISA-00001958

Case 1:16-cv-00375-FPG-JJM   Document 95-10   Filed 03/25/19   Page 3 of 3

CONFIDENTIAL

## Retirement Savings Plan - First Quarter 2010 Cash Flow

| Fund Names | 1/1/2010 | Contributions | Earnings | Net Exchanges (Transfers) | Conversion | Loan Activity | Withdrawals (Distributions, Installments, Fees, Credit Adjustment, Forfeitures., etc.) | 3/31/2010 | |
|---|---|---|---|---|---|---|---|---|---|
| Harbor International Fund | $73,833,906.44 | $2,791,727.39 | $481,937.00 | $183,259.99 | $0.00 | ($71,842.16) | ($549,574.70) | $76,669,413.96 | 7.35% |
| M&T Bank Stock | $213,859,293.13 | $5,924,634.82 | $42,044,084.38 | ($4,064,315.84) | $0.00 | $4,534.32 | ($1,927,546.31) | $255,840,684.50 | 24.51% |
| MTB Intermediate Bond Fund | $17,827,980.28 | $451,951.77 | $350,116.69 | $200,104.85 | $0.00 | $667.51 | ($103,409.86) | $18,727,411.24 | 1.79% |
| MTB International Equity | $426,630.35 | $61,673.90 | $9,940.80 | $271,755.60 | $0.00 | $2,268.88 | ($1,232.51) | $771,037.02 | 0.07% |
| MTB Large Cap Growth | $14,265,469.68 | $479,133.93 | $648,319.59 | $48,582.09 | $0.00 | ($5,918.91) | ($128,728.87) | $15,306,857.51 | 1.47% |
| MTB Large Cap Value | $12,099,583.38 | $591,024.54 | $685,476.93 | ($3,761.32) | $0.00 | ($5,220.37) | ($91,395.24) | $13,275,707.92 | 1.27% |
| MTB Mid Cap Growth Fund Inst I | $48,077,472.19 | $1,490,879.65 | $3,372,644.51 | $117,517.88 | $0.00 | ($31,450.70) | ($437,292.82) | $52,589,770.71 | 5.04% |
| MTB Prime Money Market | $85,697,662.26 | $2,636,059.37 | $8,022.62 | $1,313,279.89 | $11,618.17 | $29,192.88 | ($2,759,703.87) | $86,936,131.32 | 8.33% |
| MTB Small Cap Growth | $19,090,085.02 | $830,971.35 | $1,528,461.34 | $15,414.78 | $0.00 | ($13,742.92) | ($168,439.15) | $21,282,750.42 | 2.04% |
| MTB US Government Bond Fund | $29,125,022.33 | $973,542.85 | $314,222.90 | $424,860.01 | $0.00 | $12,672.81 | ($308,540.60) | $30,541,780.30 | 2.93% |
| PIMCO Total Return Admin | $28,336,893.09 | $1,175,915.19 | $860,211.65 | $1,896,518.90 | $0.00 | $25,162.52 | ($346,421.26) | $31,948,280.09 | 3.06% |
| Selected American Shares, D | $11,135,995.07 | $361,235.60 | $488,705.38 | ($50,469.40) | $0.00 | ($317.00) | ($219,191.56) | $11,715,958.09 | 1.12% |
| TIAA-CREF Mid-Cap Value Retire Fund | $15,136,491.22 | $789,131.00 | $1,118,843.35 | $113,601.31 | $0.00 | ($13,117.68) | ($103,137.35) | $17,041,811.85 | 1.63% |
| TRP Balanced Fund | $69,499,886.06 | $3,283,387.70 | $2,803,582.53 | $4,242,179.12 | $5,414.74 | ($21,211.61) | ($1,492,818.57) | $78,320,419.97 | 7.50% |
| TRP Equity Income Fund | $22,526,320.45 | $760,736.74 | $1,514,665.54 | $402,020.26 | $0.00 | ($10,309.05) | ($319,935.47) | $24,873,498.47 | 2.38% |
| TRP Growth Stock Fund | $34,813,893.52 | $1,654,947.59 | $1,602,187.98 | $551,316.95 | $0.00 | $15,030.92 | ($314,967.40) | $38,322,409.56 | 3.67% |
| TRP Retirement 2010 Fund | $24,944,568.23 | $543,354.72 | $987,448.00 | ($152,121.03) | $0.00 | $22,110.48 | ($674,506.14) | $25,670,854.26 | 2.46% |
| TRP Retirement 2020 Fund | $37,572,553.70 | $1,648,856.53 | $1,766,636.40 | $1,054,725.48 | $0.00 | $16,904.23 | ($255,322.42) | $41,804,353.92 | 4.01% |
| TRP Retirement 2030 Fund | $31,851,559.91 | $2,083,015.50 | $1,598,006.98 | ($63,020.43) | $0.00 | $37,194.97 | ($357,105.56) | $35,149,651.37 | 3.37% |
| TRP Retirement 2040 Fund | $28,076,633.59 | $2,764,705.43 | $1,521,881.04 | $388,604.69 | $0.00 | ($103,527.19) | ($305,646.91) | $32,342,650.65 | 3.10% |
| TRP Retirement Income Fund | $7,136,282.05 | $202,297.39 | $239,598.25 | $517,190.05 | $0.00 | $4,198.00 | ($476,802.24) | $7,622,763.50 | 0.73% |
| TRP Small-Cap Value Fund | $37,096,240.89 | $1,479,407.87 | $2,947,721.79 | $173,798.13 | $0.00 | ($35,409.05) | ($377,543.24) | $41,284,216.39 | 3.96% |
| Vanguard Institutional Index | $59,967,695.95 | $2,084,148.81 | $3,281,076.13 | ($917,305.71) | $0.00 | $19,724.94 | ($517,930.57) | $63,917,409.55 | 6.12% |
| **Fund Totals** | $929,301,599.97 | $35,062,739.64 | $70,173,791.78 | $6,663,736.25 | $17,032.91 | ($122,404.18) | ($12,237,192.62) | $1,021,955,822.57 | 97.92% |
| Loans | $21,566,110.02 | | $0.00 | $0.00 | $0.00 | $29,344.88 | $0.00 | $21,595,454.90 | 2.07% |
| **Totals including Loans** | $950,867,709.99 | $35,062,739.64 | $70,173,791.78 | $6,663,736.25 | $17,032.91 | ($93,059.30) | ($12,237,192.62) | $1,043,551,277.47 | 99.99% |
| Uninvested Cash (accrued dividends) | $0.00 | | $45.27 | $0.00 | $0.00 | $0.00 | $0.00 | $45.27 | 0.00% |
| Settlement Account (uninvested cash) | $141,831.19 | | $0.00 | $13,577.70 | $0.00 | $0.00 | $0.00 | $155,408.89 | 0.01% |
| **Total Assets** | $951,009,541.18 | $35,062,739.64 | $70,173,837.05 | $6,677,313.95 | $17,032.91 | ($93,059.30) | ($12,237,192.62) | $1,043,706,731.63 | 100.00% |

3



MTB-ERISA-00001961