# EXHIBIT 12

M&T BANK CORPORATION RETIREMENT SAVINGS PLAN AND TRUST

SCHEDULE OF ASSETS HELD FOR INVESTMENT PURPOSES AT END OF YEAR

| Name and title of issue | Number of shares or principal amount | Fair value |
|---|---|---|
| **Common stock** | | |
| Financial: | | |
| M&T Bank Corporation* | 2,632,899 | $ 208,920,536 |
| **Mutual fund investments** | | |
| Janus Distributors LLC Small Cap Value Fund** | 537,292 | 12,255,642 |
| Federated Institutional Prime Obligations Fund | 5,155,408 | 5,155,408 |
| Harbor Capital Advisors, Inc. Capital Appreciation Fund | 360,177 | 7,279,170 |
| Janus Distributors LLC Overseas Fund | 680,755 | 10,408,740 |
| Goldman Sachs Growth Opportunities Fund | 56,346 | 807,442 |
| The Vanguard Inc. Balanced Index Fund | 429,725 | 6,725,195 |
| The Vanguard Inc. Institutional Index Fund | 275,605 | 22,172,429 |
| VISION Group of Funds, Inc. International Equity Fund | 219,192 | 1,643,940 |
| VISION Group of Funds, Inc. Large Cap Core Fund | 1,444,474 | 7,626,823 |
| VISION Group of Funds, Inc. Large Cap Value Fund | 469,437 | 3,708,552 |
| VISION Group of Funds, Inc. Mid Cap Stock Fund | 2,684,873 | 31,949,995 |
| VISION Group of Funds, Inc. Money Market Fund | 40,362,603 | 40,362,603 |
| VISION Group of Funds, Inc. Small Cap Stock Fund | 871,133 | 5,618,808 |
| VISION Group of Funds, Inc. U.S. Government Securities Fund | 1,881,918 | 18,555,716 |
| | | 174,270,463 |
| **Loans to participants** | | |
| 5.25%-10.50%, fully secured by vested benefits, due 2003 through 2007 | $ 7,593,867 | 7,593,867 |
| Total Investments | | $ 390,784,866 |

* See note 5 of notes to financial statements.

** Effective April 21, 2003, the Berger Associates, Inc. Small Cap Value Fund was reorganized into the Janus Distributors LLC Small Cap Value Fund.

- 14 -



M&T BANK CORPORATION RETIREMENT SAVINGS PLAN      2010

Schedule H, Line 4i - Schedule of Assets (Held at End of Year)

| Identity of issue, borrower, lessor, or similar party | Description of investment | Number of shares or principal amount | Fair value |
|---|---|---|---|
| **Common stock** | | | |
| Financial: | | | |
| * M&T Bank Corporation [1] | Common Stock | 3,169,639 | $ 275,917,075 |
| **Mutual fund investments** | | | |
| Harbor Capital Advisors, Inc. | International Fund | 1,395,220 | 83,713,211 |
| * MTB Group of Funds | Intermediate-Term Bond Fund | 1,859,682 | 19,694,035 |
| * MTB Group of Funds | International Equity Instl I | 114,120 | 1,040,775 |
| * MTB Group of Funds | Large Cap Growth Fund | 1,870,432 | 16,179,239 |
| * MTB Group of Funds | Large Cap Value Fund | 1,359,934 | 14,428,901 |
| * MTB Group of Funds | Mid Cap Growth Fund | 4,288,693 | 62,915,123 |
| * MTB Group of Funds | Prime Money Market Fund | 84,394,849 | 84,394,849 |
| * MTB Group of Funds | Small Cap Growth Fund | 1,485,851 | 24,486,828 |
| * MTB Group of Funds | U.S. Government Bond Fund | 3,298,618 | 32,029,584 |
| Pacific Investment Management Company LLC (PIMCO) | Total Return Bond Fund | 3,530,487 | 38,305,784 |
| Davis Distributors, LLC | Selected American Shares Fund | 299,353 | 12,396,189 |
| * T. Rowe Price Associates, Inc. | Balanced Fund | 4,068,724 | 70,526,366 |
| * T. Rowe Price Associates, Inc. | Equity Income Fund | 1,136,296 | 26,918,852 |
| * T. Rowe Price Associates, Inc. | Growth Stock Fund | 1,350,738 | 43,426,228 |
| * T. Rowe Price Associates, Inc. | Retirement 2010 Fund | 1,668,402 | 25,593,294 |
| * T. Rowe Price Associates, Inc. | Retirement 2020 Fund | 2,940,760 | 48,346,098 |
| * T. Rowe Price Associates, Inc. | Retirement 2030 Fund | 2,347,289 | 40,561,146 |
| * T. Rowe Price Associates, Inc. | Retirement 2040 Fund | 2,154,082 | 37,524,116 |
| * T. Rowe Price Associates, Inc. | Retirement Income Fund | 666,058 | 8,732,022 |
| * T. Rowe Price Associates, Inc. | Small-Cap Value Fund | 1,330,352 | 48,354,668 |
| Teachers Personal Investors Services, Inc. (TIAA-CREF) | Mid-Cap Value Retire | 1,152,780 | 19,574,206 |
| The Vanguard Group, Inc. | Institutional Index Fund | 605,377 | 69,624,359 |
| | | | 836,765,873 |
| **Loans to participants** | | | |
| * Loans to participants | 4.25%-11.50%, fully secured by vested benefits, due 2011 through 2021 | $ 22,924,333 | 22,924,333 |
| | Total assets held for investment purposes | | $ 1,135,607,281 |

[1] See note 7 of notes to financial statements.

* Denotes party-in-interest.

- 18 -