# EXHIBIT 13

CONFIDENTIAL

MTB-ERIS-A-00002410



Attachment
B.

# Employee Benefits Plans Committee
## March 8, 2010



M&T Bank
Understanding what's important®

CONFIDENTIAL

# 4Q09 & Trailing 1 Year (1/1/09-12/31/09) Highlights – Top/Bottom Performing Funds Relative to Benchmarks

### Top Performing 4Q09 – Harbor International Fund

- Strong security selection, particularly in emerging markets and financials, contributed to 4Q09 benchmark relative outperformance
- No changes in team, philosophy and process

### Bottom Performing 4Q09 – MTB Large Cap Value Fund (NWQ)

- Poor security selection, primarily in healthcare, utilities and consumer staples, hurt 4Q09 performance
- No changes in team, philosophy or process

### Top Performing Trailing 1 Year – T. Rowe Price Retirement 2030 Fund

- Majority of outperformance due to manager selection, specifically Value, Growth Stock and International Stock Funds.  Also, tactical allocation to HY bonds.
- No changes in team, philosophy or process

### Bottom Performing Trailing 1 Year – MTB Prime Money Market Fund

- MTB Prime Money Market **out**performed benchmark by 0.06%
- Vanguard Inst'l Index **out**performed benchmark by 0.17%
- Next bottom performer was MTB International Equity Fund – **out**performed benchmark by 0.99%

2

 M&T Bank

MTB-ERISA-00002413