# EXHIBIT 15

| Form 5500<br>Department of the Treasury<br>Internal Revenue Service<br>Department of Labor<br>Employee Benefits Security Administration<br>Pension Benefit Guaranty Corporation | **Annual Return/Report of Employee Benefit Plan**<br>This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), and 6058(a) of the Internal Revenue Code (the Code).<br>▶ Complete all entries in accordance with the instructions to the Form 5500. | OMB Nos. 1210-0110<br>1210-0089<br>**2010**<br>This Form is Open to Public Inspection |

### Part I   Annual Report Identification Information

For calendar plan year 2010 or fiscal plan year beginning  01/01/2010   and ending  12/31/2010

**A** This return/report is for:  ☐ a multiemployer plan;  ☐ a multiple-employer plan; or
☒ a single-employer plan;  ☐ a DFE (specify) ____

**B** This return/report is:  ☐ the first return/report;  ☐ the final return/report;
☐ an amended return/report;  ☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here............................................▶ ☐

**D** Check box if filing under:  ☒ Form 5558;  ☐ automatic extension;  ☐ the DFVC program;
☐ special extension (enter description)

### Part II   Basic Plan Information—enter all requested information

**1a** Name of plan
WILMINGTON TRUST THRIFT SAVINGS PLAN

**1b** Three-digit plan number (PN) ▶ 002

**1c** Effective date of plan
01/01/1985

**2a** Plan sponsor's name and address (employer, if for a single-employer plan)
(Address should include room or suite no.)
WILMINGTON TRUST COMPANY

1100 N MARKET ST
WILMINGTON, DE 19890-0001

**2b** Employer Identification Number (EIN)
51-0055023

**2c** Sponsor's telephone number
302-651-8908

**2d** Business code (see instructions)
522110

Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 09/20/2011 | KEVYN RAKOWSKI |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | Filed with authorized/valid electronic signature. | 09/20/2011 | KEVYN RAKOWSKI |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Form 5500 (2010)
v.092307.1


EXHIBIT 11  12-13-18

HABIB0003754

## SCHEDULE H, Line 4i – SCHEDULE OF ASSETS (HELD AT END OF YEAR)

**Wilmington Trust Thrift Savings Plan**
EIN 51 0291463
PLAN NUMBER 002
PLAN YEAR END 12/31/2010

| (A) | (B) Identity of issuer, borrower, lessor or similar party | (C) Description of investment including maturity date, rate of interest, collateral, par or maturity value. | (D) Shares / Units | (E) Current Value |
|---|---|---|---|---|
| | Principal Life Insurance Company | Pooled Separate Accounts PRIN LARGE- CAP STK IDX SEP ACCT | 229,047 | $ 11,911,053 |
| | Principal Life Insurance Company | Pooled Separate Accounts PRIN MID- CAP STK IDX SEP ACCT | 233,903 | 5,866,013 |
| | Principal Life Insurance Company | Pooled Separate Accounts PRIN SMALL- CAP STK IDX SEP ACCT | 149,604 | 3,740,920 |
| * | Wilmington Trust Corporation | Corporate Stock-Common Wilmington Trust Corporation | 842,807 | 3,657,782 |
| * | Principal Life Insurance Company | Common/Collective Trusts WILMINGTON STABLE VALUE FUND | 275,247 | 43,147,443 |
| * | Principal Life Insurance Company | Common/Collective Trusts METLIFE STABLE VALUE FUND | 11,733 | 188,043 |
| | Principal Life Insurance Company | Registered Investment Company FIDELITY ADV EQ GROWTH INSTL | 136,669 | 7,848,916 |
| | Principal Life Insurance Company | Registered Investment Company ALLIANZ NFJ SMALL- CAP VALUE A FUND | 144,303 | 4,118,398 |
| | Principal Life Insurance Company | Registered Investment Company AMERICAN CENTURY INFLA ADJ BOND ADV FUND | 109,849 | 1,292,921 |
| | Principal Life Insurance Company | Registered Investment Company MFS GOVERNMENT SEC R3 FUND | 52,315 | 531,516 |
| * | Principal Life Insurance Company | Registered Investment Company WILMINGTON BROAD MARKET BOND FUND | 1,733,965 | 17,443,688 |
| | Principal Life Insurance Company | Registered Investment Company JP MORGAN US EQUITY A FUND | 702,901 | 7,204,736 |
| | Principal Life Insurance Company | Registered Investment Company ROYCE VALUE PLUS SERVICE FUND | 202,556 | 2,718,303 |
| | Principal Life Insurance Company | Registered Investment Company PIONEER CULLEN VALUE A FUND | 27,768 | 503,997 |
| * | Principal Life Insurance Company | Registered Investment Company WILMINGTON REAL ESTATE PTFOLIO | 390,074 | 5,375,220 |
| | Principal Life Insurance Company | Registered Investment Company FRANKLIN GROWTH A FUND | 62,477 | 2,788,994 |
| | Principal Life Insurance Company | Registered Investment Company VANGUARD WINDSOR II FUND | 598,883 | 15,373,320 |
| * | Principal Life Insurance Company | Registered Investment Company WILMINGTON SMALL-CAP STRATEGIC | 273,886 | 2,768,991 |
| * | Principal Life Insurance Company | Registered Investment Company WILMINGTON MULTI-MGR INTL I FUND | 2,091,084 | 15,850,420 |
| * | Principal Life Insurance Company | Registered Investment Company WILMINGTON AGGR ASSET ALLOC INST FUND | 1,037,809 | 9,350,657 |
| * | Principal Life Insurance Company | Registered Investment Company WILMINGTON CONS ASSET ALLOC INST FUND | 3,931,591 | 40,613,331 |
| | Principal Life Insurance Company | Registered Investment Company AM FDS AM BAL R4 FUND | 165,585 | 2,965,635 |
| | Principal Life Insurance Company | Registered Investment Company AM FDS EUROPACIFIC GROWTH R4 FUND | 114,239 | 4,647,223 |
| | Northern Institutional Government | Money Market Mutual Fund | 240,496 | 240,496 |
| * | Notes Receivable From Participants | Range of Interest Rates Rates Range From 4.50% to 10.75% | | 4,429,889 |
| | | Total | | $ 214,577,905 |

*Indicates parties-in-interest

See accompanying Independent Auditors' Report.