# EXHIBIT 16

In the Matter Of:

*M&T BANK CORPORATION ERISA LITIGATION*

_____

ANN MARIE ODROBINA

December 13, 2018

_____

epiq
court reporting solutions

ANN MARIE ODROBINA - 12/13/2018

```
 1              UNITED STATES DISTRICT COURT

 2              WESTERN DISTRICT OF NEW YORK

 3     -----------------------------------------

 4

 5    IN RE: M&T BANK CORPORATION ERISA LITIGATION

 6
      WITNESS: ANN MARIE ODROBINA,
 7
      CIVIL ACTION NO. 1:16-cv-375-FPG
 8

 9     -----------------------------------------

10        Examination under oath of ANN MARIE

11    ODROBINA, held before Brittany M. Whelan,

12    Notary Public, at DePaolo-Crosby Reporting

13    Services, 170 Franklin Street, Suite 601,

14    Buffalo, New York, on Thursday, December 13th,

15    2018 at 9:08 AM, ending at 2:45 PM, pursuant

16    to notice.

17

18

19

20

21

22

23

24    Job No. MP-199807

25
```

```
 1   A P P E A R A N C E S:

 2

 3   Attorneys for the Plaintiffs:

 4   NICHOLS KASTER
     BY: PAUL J. LUKAS, ESQ., and
 5   JACOB T. SCHUTZ, ESQ.,
     4600 IDS Center, 80 S. 8th St.
 6   Minneapolis, Minnesota 55402
     (877) 448-0492
 7

 8   Attorneys for M&T Bank:

 9   SULLIVAN & CROMWELL, LLP
     BY: MATTHEW A. SCHWARTZ, ESQ.,
10   125 Broad Street
     New York, New York 10004
11   (212) 558-4000

12

13   MICHAEL C. DRISCOLL, ESQ., also present

14

15

16

17

18

19

20

21

22

23

24

25
```

 1       to the witness.  Do you mean in terms of
 2       getting data sources?  What do you mean?
 3    Q. Right.  Was there any independent analysis
 4       going on with respect to the funds or did you
 5       count on the advisors to give you that
 6       information?
 7    A. We counted on the advisors to give the
 8       information.
 9    Q. Okay.  Let's talk about day jobs.  What were
10       the day jobs of these investment advisors?
11       For example, Ms. Valerie, what was her day
12       job?
13    A. I don't know the specifics of her job
14       description.
15    Q. And that would be the same answer with respect
16       to all of these advisors that we identified?
17    A. Yes.  I don't know what their daily
18       responsibilities were.
19    Q. It's your understanding they came from the
20       investment groups of either M&T or Wilmington,
21       correct?
22    A. Yes.
23    Q. Meaning they had day jobs within the
24       organization that was managing the money in
25       these mutual funds?

1      was part of the selection.
2   Q. Okay.  So as part of the RFP that brought T.
3      Rowe Price to the plan, part of that RFP was
4      with the idea that whoever became the record
5      keeper, some of their funds would be in the
6      plan?
7   A. Sure.
8   Q. Okay.  So you weren't just looking for a
9      record keeper, you were looking for a record
10     keeper and a fund manager?
11  A. I would say yes.
12  Q. Okay.  Did you have a role in that RFF?
13  A. I did.
14  Q. 2004?
15  A. Yes.
16  Q. Okay.  Has there been an RFP on record keeping
17     since?
18  A. No.
19  Q. Okay.  Going back to my question about T. Rowe
20     Price funds, there isn't or hasn't been any
21     kind of an agreement either formal or informal
22     about the number or assets of T. Rowe Price
23     investments in the line up?
24  A. Not that I'm aware of.
25  Q. And as far as you're aware, the committee is

1       Money Market Fund was replaced with that fund,
2       correct?
3   A.  Correct.
4   Q.  I think you referred to that earlier this
5       morning about there being some lag there to
6       address some issues, right?
7   A.  Yes.
8   Q.  Okay.  Then let's go to the materials which is
9       marked as Exhibit No. 13.  It's thick but it's
10      really only the first few pages that I'm
11      interested in.  Actually, I'm going to ask you
12      to go to page like 17 or so.  It looks like
13      this (indicating).  It identifies who is on
14      the committee, on this review committee.  I'm
15      hoping your version is easier to read than
16      mine.  So, I believe this to be -- it says
17      project team.  My version -- this is the best
18      that we could do.  I've got Kathy, it must be
19      Carlick, who is on the top there, project lead
20      in the blue?
21  A.  Okay.
22  Q.  You know what, let me try to blow this up for
23      you on my screen.  It might help.  Oh, yeah.
24      I see Kathy Carlick.
25  A.  I see -- doesn't that say Amy something.

```
 1   Q. Amy.  Is that the first or the second one?
 2   A. I think that's what I can make out.
 3   Q. Okay.  Kathy is the -- let me go up a little
 4      bit.  I apologize for this.  Okay.  Project
 5      leads in blue?
 6   A. Yes, that's Kathy.
 7   Q. Okay.  She was the project lead.  Then who is
 8      Amy -- project manager Amy, was there an Amy
 9      Kuhn, K-U-H-N, maybe?
10   A. I'm not familiar.
11   Q. Okay.  Fair enough.  Your name we can read
12      which is cool and there's Valerie.  We
13      recognize her.  Again, even though you're on
14      here as a member of the team, your role was
15      more communication and logistics; is that
16      fair?
17   A. Yes.
18   Q. Okay.  Did you take part in the actual
19      conversations about which funds should be
20      added or not?
21         MR. SCHWARTZ:  Object to the form of the
22      question.
23   A. Yes.
24   Q. Okay.  Did you express an opinion or were you
25      just listening?
```

1    A. My -- I believe that at the time it was to
2       minimize disruption for employees and keep it
3       simple.
4    Q. So, that's kind of how you described at least
5       the theme of what you were trying to do,
6       minimize disruption and keep it simple?
7          MR. SCHWARTZ:  Object to the form of the
8       question.
9    A. Just from the participant perspective.
10   Q. I see.  Your opinion?
11   A. My opinion was let's make sure that we're --
12      you know, just from a participant experience,
13      not from fund experiences, to make sure that
14      people understand what we're doing.
15   Q. Okay.  And did you express that opinion to
16      this project team?
17   A. Sure.  I'm sure that I did.
18   Q. Okay.  And who are the rest of these people,
19      Eric Paul, what group is he from?
20   A. Eric was part of M&T Investment Advisors.
21   Q. Same with Valerie as we know, right?
22   A. Yes.
23   Q. Tom Pierce was also with Investment Advisors?
24   A. Yes.
25   Q. So, you're the only one in the M&T

1      participants that wasn't from the investment
2      advisor group, correct?
3   A. Correct.
4   Q. And then the WT participants, what role did
5      those people play, if you know, in their day
6      jobs?
7           MR. SCHWARTZ:  Object to the form of the
8      question.  Do you know what role they played
9      on this or what they did during the other
10     time?
11          MR. LUKAS:  I guess what I'm getting at
12     is where did they come from, like what groups
13     did they come from at WT.
14  A. As far as I know Rob, Chris, John and Dominic
15     were part of the investment team and Virginia
16     was my counterpart from HR.
17  Q. Is Virginia still with the company?
18  A. No.
19  Q. Was she let go as part of this transition or
20     the merger?
21  A. I don't recall specifically how she left the
22     organization.
23  Q. Okay.  Or when?
24  A. I don't recall.
25  Q. Okay.  Well, let's go back then.  I just