# EXHIBIT 17

CONFIDENTIAL



Amy
Valerie
Erik Paul
Tom Pierce
Chris
Virginia
Kathy

MTB-ERISA-00002626

CONFIDENTIAL

## Assumptions for Mapping

*→ where is perf. being measured?*

- Map like fund to like fund
    - passive to passive, active to active
    - category to category

- Maintain WT and MTB funds where — *criteria — eval for prop fund in place of external option*
    - significant assets
    - likely to be surviving fund in future merger with MTB offering

- Map non-proprietary funds to non-proprietary funds

    *+ performance review of fund?*

- Avoid option proliferation

  (*) *If surv is a prop. fund that pays higher fees there must be a justification*

**M&T Investment Group**

2

MTB-ERISA-00002627