# EXHIBIT 18



Attachment A.

**CONFIDENTIAL**

Employee Benefits Plans Committee
May 9, 2011



M&T Bank
Understanding what's important®

MTB-ERISA-00001045
CONFIDENTIAL



| Fund Information* | |
|---|---|
| Ticker | WAAIX |
| Inception Date | Dec 20, 2005 |
| Manager Start Date | Dec 20, 2005 |
| Net Assets (Fund) | $52.8mn |
| Net Assets (All Shares) | $56.7mn |
| Expense Ratio | 0.33% |
| Number of Stocks | 0 |
| Turnover | 53.0% |

| Asset Allocation* | |
|---|---|
| Domestic Equity | 58.4% |
| Foreign Equity | 31.3% |
| Domestic Bond | 5.0% |
| Foreign Bond | 2.3% |
| Preferred Bond | 0.1% |
| Convertable Bond | 0.0% |
| Cash | 2.9% |
| Other | 0.8% |

| Top Ten Countries* | |
|---|---|
| United States | 63.4% |
| United Kingdom | 4.7% |
| Japan | 4.3% |
| Canada | 2.5% |
| France | 1.8% |
| Australia | 1.6% |
| Germany | 1.6% |
| Switzerland | 1.5% |
| China | 1.2% |
| Hong Kong | 0.9% |

| Sectors* | |
|---|---|
| Basic Materials | 7.4% |
| Consumer Cyclical | 10.0% |
| Financial Services | 12.4% |
| Real Estate | 3.3% |
| Consumer Defensive | 8.3% |
| Healthcare | 7.3% |
| Utilities | 2.4% |
| Communication | 3.6% |
| Energy | 8.7% |
| Industrials | 12.3% |
| Technology | 12.7% |
| *Portfolio Analytics Date | 2011-01-31 |

## Wilmington Aggressive Asset Allocation I



■ Wilmington Aggressive Asset Allocation I   ■ Morningstar Aggressive Allocation   ■ Dow Jones Moderately Aggressive US

| | 1 Qtr | YTD | 1 Yr | 3 Yrs | 5 Yrs | 10 Yrs | Incpt | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Aggressive Asset Allocation I | 4.5% | 4.5% | 14.7% | -0.5% | 1.6% | | 3.0% | 13.0% | 27.0% | -38.6% | 8.5% | 17.1% |
| Dow Jones Moderately Aggressive US | 5.7% | 5.7% | 17.7% | 6.5% | 4.6% | | 5.5% | 18.3% | 28.8% | -29.9% | 4.3% | 12.4% |
| Morningstar Aggressive Allocation | 4.5% | 4.5% | 14.0% | 3.0% | 3.1% | | 3.9% | 13.4% | 29.3% | -34.4% | 7.4% | 13.1% |

| 3 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Aggressive Asset Allocation I | 21.9% | -0.0 | -6.6 | 88.6% | 109.3% | -48.3% | 36.1 | 21 | 15 |
| Dow Jones Moderately Aggressive US | 20.0% | 0.3 | 0.0 | 100.0% | 100.0% | -40.2% | 0.0 | 24 | 12 |
| Morningstar Aggressive Allocation | 19.4% | 0.1 | -3.1 | 85.7% | 99.0% | -41.6% | 36.1 | 21 | 15 |

| 5 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Aggressive Asset Allocation I | 17.8% | -0.0 | -2.8 | 94.3% | 106.3% | -50.9% | 43.3 | 37 | 23 |
| Dow Jones Moderately Aggressive US | 16.2% | 0.2 | 0.0 | 100.0% | 100.0% | -42.8% | 0.0 | 39 | 21 |
| Morningstar Aggressive Allocation | 15.7% | 0.1 | -1.3 | 89.0% | 97.0% | -45.2% | 41.7 | 34 | 26 |



● Wilmington Aggressive Asset Allocation I   ● Morningstar Aggressive Allocation   ♦ Dow Jones Moderately Aggressive US

Created with Zephyr StyleADVISOR. Manager returns supplied by: Morningstar, Inc.

MTB-ERISA-00001175

CONFIDENTIAL

## Wilmington Conservative Asset Allc I

| Fund Information* | |
|---|---|
| Ticker | WCAIX |
| Inception Date | Dec 19, 2005 |
| Manager Start Date | Dec 20, 2005 |
| Net Assets (Fund) | $56.9mn |
| Net Assets (All Shares) | $65.9mn |
| Expense Ratio | 0.39% |
| Number of Stocks | 0 |
| Turnover | 92.0% |

| Asset Allocation* | |
|---|---|
| Domestic Equity | 27.9% |
| Foreign Equity | 12.8% |
| Domestic Bond | 48.3% |
| Foreign Bond | 6.7% |
| Preferred Bond | 0.1% |
| Convertable Bond | 0.0% |
| Cash | 4.7% |
| Other | 1.2% |

| Top Ten Countries* | |
|---|---|
| United States | 76.3% |
| United Kingdom | 2.9% |
| Japan | 1.8% |
| Canada | 1.3% |
| Australia | 1.2% |
| Switzerland | 1.1% |
| Netherlands | 0.9% |
| France | 0.9% |
| Germany | 0.6% |
| Luxembourg | 0.6% |

| Sectors* | |
|---|---|
| Basic Materials | 3.0% |
| Consumer Cyclical | 4.4% |
| Financial Services | 5.2% |
| Real Estate | 2.0% |
| Consumer Defensive | 4.5% |
| Healthcare | 3.5% |
| Utilities | 1.0% |
| Communication | 1.4% |
| Energy | 3.9% |
| Industrials | 6.0% |
| Technology | 5.2% |
| *Portfolio Analytics Date | 2011-01-31 |



Manager vs Benchmark: Return — January 2006 - March 2011 (not annualized if less than 1 year)
Calendar Year Return — As of March 2011

■ Wilmington Conservative Asset Allc I   ■ Morningstar Conservative Allocation   ■ Dow Jones Moderately Conservative US

| | 1 Qtr | YTD | 1 Yr | 3 Yrs | 5 Yrs | 10 Yrs | Incpt | 2010 | 2009 | 2008 | 2007 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Conservative Asset Allc I | 2.6% | 2.6% | 9.3% | 3.3% | 4.1% | | 4.5% | 8.7% | 14.9% | -15.3% | 6.6% | 8.8% |
| Dow Jones Moderately Conservative US | 2.8% | 2.8% | 10.9% | 6.0% | 5.1% | | 5.2% | 11.9% | 16.6% | -13.8% | 5.2% | 7.5% |
| Morningstar Conservative Allocation | 2.8% | 2.8% | 9.8% | 4.4% | 4.2% | | 4.3% | 10.0% | 20.4% | -18.9% | 4.6% | 8.3% |

| 3 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Conservative Asset Allc I | 9.7% | 0.3 | -2.0 | 78.5% | 94.0% | -21.3% | 33.3 | 23 | 13 |
| Dow Jones Moderately Conservative US | 10.3% | 0.5 | 0.0 | 100.0% | 100.0% | -20.2% | 0.0 | 24 | 12 |
| Morningstar Conservative Allocation | 10.7% | 0.4 | -1.5 | 97.0% | 107.6% | -23.8% | 38.9 | 23 | 13 |

| 5 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Conservative Asset Allc I | 7.8% | 0.3 | -0.5 | 83.9% | 89.6% | -21.7% | 40.0 | 40 | 20 |
| Dow Jones Moderately Conservative US | 8.3% | 0.4 | 0.0 | 100.0% | 100.0% | -21.0% | 0.0 | 39 | 21 |
| Morningstar Conservative Allocation | 8.5% | 0.2 | -0.9 | 97.3% | 106.2% | -25.4% | 38.3 | 39 | 21 |



Risk / Return — January 2006 - March 2011 (Single Computation)
Manager Style — January 2006 - March 2011 (36-Month Moving Windows, Computed Monthly)

● Wilmington Conservative Asset Allc I   ● Morningstar Conservative Allocation   ♦ Dow Jones Moderately Conservative US

Created with Zephyr StyleADVISOR. Manager returns supplied by: Morningstar, Inc.

MTB-ERISA-00001177

CONFIDENTIAL

## Wilmington Multi-Manager Real Asset Inst

| Fund Information* | |
|---|---|
| Ticker | WMRIX |
| Inception Date | Jul 01, 2003 |
| Manager Start Date | Dec 31, 2004 |
| Net Assets (Fund) | $262.9mn |
| Net Assets (All Shares) | $277.4mn |
| Expense Ratio | 0.94% |
| Number of Stocks | 116 |
| Turnover | 156.0% |

| Top Ten Holdings* | |
|---|---|
| Credit Suisse | 4.4% |
| PIMCO Commodity | 4.1% |
| PowerShares DB | 3.2% |
| United Kingdom | 2.1% |
| Germany (Federal | 2.0% |
| Cdx Ig15 5y Sp Dub Rec | 1.9% |
| Cdx Ig15 5y Sp Dub Rec | 1.9% |
| US Treasury Bond | 1.8% |
| Cdx Em14 Sp 09/20/10 | 1.6% |
| Cdx Em14 Sp 09/20/10 | 1.4% |

| Top Ten Countries* | |
|---|---|
| United States | 28.9% |
| United Kingdom | 11.7% |
| France | 5.1% |
| Hong Kong | 4.1% |
| Australia | 3.7% |
| Japan | 3.7% |
| Brazil | 2.7% |
| Germany | 2.3% |
| Sweden | 1.7% |
| Singapore | 1.5% |

| Sectors* | |
|---|---|
| Basic Materials | 0.0% |
| Consumer Cyclical | 2.2% |
| Financial Services | 0.7% |
| Real Estate | 23.0% |
| Consumer Defensive | 0.0% |
| Healthcare | 0.0% |
| Utilities | 0.0% |
| Communication | 0.0% |
| Energy | 0.0% |
| Industrials | 0.1% |
| Technology | 0.0% |
| *Portfolio Analytics Date | 2011-01-31 |



|  | 1 Qtr | YTD | 1 Yr | 3 Yrs | 5 Yrs | 10 Yrs | Incpt | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Multi-Manager Real Asset Inst | 3.6% | 3.6% | 15.6% | 0.1% | 3.2% | | 10.6% | 11.2% | 12.9% | -17.9% | 8.0% | 15.3% | 13.2% | 28.5% |
| Barclays Capital World Govt Infln Linked | 1.3% | 1.3% | 5.5% | 4.1% | 5.2% | | 5.7% | 5.5% | 8.8% | 0.7% | 7.3% | 0.4% | 5.8% | 9.5% |
| Morningstar Conservative Allocation | 2.8% | 2.8% | 9.8% | 4.4% | 4.2% | | 4.9% | 10.0% | 20.4% | -18.9% | 4.6% | 8.3% | 3.0% | 5.5% |

| 3 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Multi-Manager Real Asset Inst | 16.4% | -0.0 | -5.3 | 105.9% | 160.5% | -35.9% | 55.6 | 24 | 12 |
| Barclays Capital World Govt Infln Linked | 7.1% | 0.5 | 0.0 | 100.0% | 100.0% | -10.0% | 0.0 | 24 | 12 |
| Morningstar Conservative Allocation | 10.7% | 0.4 | 0.9 | 75.3% | 59.4% | -23.8% | 52.8 | 23 | 13 |

| 5 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Multi-Manager Real Asset Inst | 13.4% | 0.1 | -3.7 | 114.3% | 157.9% | -35.9% | 55.0 | 41 | 19 |
| Barclays Capital World Govt Infln Linked | 6.0% | 0.5 | 0.0 | 100.0% | 100.0% | -10.0% | 0.0 | 42 | 18 |
| Morningstar Conservative Allocation | 8.5% | 0.2 | 0.7 | 56.7% | 36.7% | -25.4% | 50.0 | 39 | 21 |



Created with Zephyr StyleADVISOR. Manager returns supplied by: Morningstar, Inc.

MTB-ERISA-00001179

CONFIDENTIAL

## Wilmington Small-Cap Strategy Inst

| Fund Information | |
|---|---|
| Ticker | WMSIX |
| Inception Date | Jul 01, 2003 |
| Manager Start Date | Dec 11, 2006 |
| Net Assets (Fund) | $134.7mn |
| Net Assets (All Shares) | $134.7mn |
| Expense Ratio | 0.25% |
| Number of Stocks | 1,916 |
| Turnover | 84.0% |

| Top Ten Holdings | |
|---|---|
| iShares Russell 2000 | 1.2% |
| Blackrock Temp Fund | 0.5% |
| Riverbed Technology, | 0.4% |
| TIBCO Software, Inc. | 0.3% |
| Brigham Exploration | 0.3% |
| VeriFone Systems, Inc. | 0.3% |
| Nordson Corporation | 0.3% |
| Rackspace Hosting, Inc. | 0.3% |
| Amerigroup | 0.3% |
| Tanger Factory Outlet | 0.2% |

| Top Ten Countries | |
|---|---|
| United States | 98.5% |
| Canada | 0.4% |
| United Kingdom | 0.2% |
| PRI | 0.1% |
| Australia | 0.1% |
| Panama | 0.0% |
| Bermuda | 0.0% |
| Netherlands | 0.0% |
| Ireland | 0.0% |
| Italy | 0.0% |

| Sectors | |
|---|---|
| Basic Materials | 6.2% |
| Consumer Cyclical | 13.5% |
| Financial Services | 13.0% |
| Real Estate | 7.2% |
| Consumer Defensive | 3.7% |
| Healthcare | 11.0% |
| Utilities | 3.1% |
| Communication | 1.5% |
| Energy | 5.5% |
| Industrials | 16.9% |
| Technology | 17.7% |
| *Portfolio Analytics Date | 2011-01-31 |



Manager vs Benchmark Return — August 2003 - March 2011 (not annualized if less than 1 year)

Calendar Year Return — As of March 2011

■ Wilmington Small-Cap Strategy Inst ■ Morningstar Small Blend ■ Russell 2000

| | 1 Qtr | YTD | 1 Yr | 3 Yrs | 5 Yrs | 10 Yrs | Incpt | 2010 | 2009 | 2008 | 2007 | 2006 | 2005 | 2004 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilmington Small-Cap Strategy Inst | 8.0% | 8.0% | 25.7% | 7.1% | 1.4% | | 7.6% | 26.9% | 24.9% | -36.0% | -1.6% | 12.1% | 5.4% | 18.2% |
| Russell 2000 | 7.9% | 7.9% | 25.8% | 8.6% | 3.3% | | 9.1% | 26.9% | 27.2% | -33.8% | -1.6% | 18.4% | 4.6% | 18.3% |
| Morningstar Small Blend | 7.9% | 7.9% | 25.3% | 7.8% | 2.8% | | 9.0% | 25.6% | 32.1% | -36.9% | -1.4% | 15.2% | 6.9% | 18.9% |

| 3 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Small-Cap Strategy Inst | 27.6% | 0.2 | -1.3 | 96.8% | 100.4% | -48.8% | 30.6 | 24 | 12 |
| Russell 2000 | 27.8% | 0.3 | 0.0 | 100.0% | 100.0% | -47.3% | 0.0 | 24 | 12 |
| Morningstar Small Blend | 27.2% | 0.3 | -0.5 | 95.7% | 97.9% | -48.7% | 50.0 | 25 | 11 |

| 5 Year | Standard Deviation | Sharpe Ratio | Alpha | Up Market Capture | Down Market Capture | Maximum Drawdown | Batting Average | # of Up Months | # of Down Months |
|---|---|---|---|---|---|---|---|---|---|
| Wilmington Small-Cap Strategy Inst | 22.7% | -0.0 | -1.8 | 94.4% | 100.9% | -55.3% | 33.3 | 37 | 23 |
| Russell 2000 | 22.8% | 0.1 | 0.0 | 100.0% | 100.0% | -52.9% | 0.0 | 38 | 22 |
| Morningstar Small Blend | 22.2% | 0.0 | -0.5 | 91.9% | 96.6% | -54.7% | 55.0 | 38 | 22 |



Risk / Return — August 2003 - March 2011 (Single Computation)

Manager Style — August 2003 - March 2011 (36-Month Moving Windows, Computed Monthly)

● Wilmington Small-Cap Strategy Inst ● Morningstar Small Blend ♦ Russell 2000

Created with Zephyr StyleADVISOR. Manager returns supplied by: Morningstar, Inc.

MTB-ERISA-00001180

CONFIDENTIAL