# EXHIBIT 27

CONFIDENTIAL

# Employee Benefits Plans Committee
## November 3, 2014

CONFIDENTIAL

MTB-ERISA-00000951

