# EXHIBIT 28



Attachment A

**CONFIDENTIAL**

# Employee Benefits Plans Committee
## May 14, 2012



M&T Bank
Understanding what's important

## Recommendations

### Remove Selected American Fund (SLADX)
- Organizational infrastructure issues
- Questionable investments in AIG & Sino-Forest
- Limited access to PMs

### Map Selected American Fund (SLADX) Assets to Vanguard Institutional Index Fund (VINIX)
- Diminishing conviction in active managers' ability to generate alpha in large cap core space

14

 M&T Bank

CONFIDENTIAL

MTB-ERISA-00001290

CONFIDENTIAL



MTB-ERISA-0001366

CONFIDENTIAL



Created with Zephyr StyleADVISOR. Manager returns supplied by: Morningstar, Inc.

MTB-ERISA-00001380

