# EXHIBIT 29

M&T Bank Employee Benefit Plans Committee

**Meeting Minutes**
Meeting held on May 14, 2012

**Meeting Attendees**
Committee Members:
Steve Braunscheidel
Brian Hickey
Chris Minnich
Mike Pinto
Mike Spychala
Michele Trolli

M&T Bank Representatives:
Ann Marie Odrobina – M&T Employee Benefits
Tom Bonvissuto – Wilmington Trust Investment Advisers
Sam Fraundorf – Wilmington Trust Investment Advisers
Valerie Gospodarek – Wilmington Trust Investment Advisers
Tom Pierce - Wilmington Trust Investment Advisers
Robert Truesdell – Wilmington Trust Investment Advisers
Ken Thompson – Wilmington Trust Investment Advisers
Matt Mellin – Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC

1. **Pension Plan – Investment Review -** *Attachment A*

A review of the M&T Bank Corporation Pension Plan performance was provided by Tom
Bonvissuto from M&T/Wilmington Trust Investment Advisers. The summary and details of
the plan performance are referenced in Attachment B, Pension Plan Performance Report and
Pension Plan Supplement.

2. **401(k) Plan – Review of Investment Performance -** *Attachment A*

A review of the M&T Bank Corporation Retirement Savings Plan first quarter 2012
performance was provided by Valerie Gospodarek from M&T Investment Group. The
summary and details of plan performance are referenced in Attachment A. Ms. Gospodarek
recommended the removal of the Selected American Fund (SLADX) with default mapping to
the Vanguard Institutional Index Fund (VINIX). The committee approved the
recommendation.

3. **M&T Medical Plan for 2013** – *Attachment A*

Ann Marie Odrobina reviewed the selection of the HSA provider and the implementation and
communications for the new medical plan.

**CONFIDENTIAL**

4. Employee Share Purchase Plan (ESPP)

Ann Marie Odrobina reviewed the timing of the termination of the ESPP for August 31, 2013 and the new plan enhancements under consideration. The benefits team will prepare a detailed recommendation to the committee for approval in the next following meeting.

As there was no further business, the meeting was adjourned.

_____

Secretary of Meeting

CONFIDENTIAL