# EXHIBIT 30

CONFIDENTIAL



Attachment A.

**CONFIDENTIAL**

Employee Benefits Plans Committee
November 7, 2011



M&T Bank
Understanding what's important®

MTB-ERISA-00000498

CONFIDENTIAL

| Funds Compared with Unmanaged Indexes at September 30, 2011 | 1 Month | 3 Months | Year-To-Date | 1 Year | 3 Years[1] | 5 Years[1] | 10 Years[1] | Since Inception[1] | Inception Date | Expense Ratio | Fiscal Year-End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Vanguard Institutional Index Fund;Institutional** | -7.03 | -13.87 | -8.69 | 1.12 | 1.28 | -1.15 | 2.83 | 7.87 | 07/31/90 | 0.04 | 12/31/10 |
| S&P 500 Index | -7.03 | -13.87 | -8.68 | 1.14 | 1.23 | -1.18 | 2.82 | - | - | - | - |
| Morningstar Large-Cap Blend Category Funds Avg | -8.05 | -15.85 | -11.24 | -1.78 | 0.29 | -1.81 | 2.56 | - | - | - | - |
| Lipper S&P 500 Index Objective Funds Index | -7.06 | -13.91 | -8.78 | 0.91 | 1.04 | -1.37 | 2.57 | - | - | - | - |
| **MTB Large Cap Value Fund;Institutional I** | -11.16 | -19.02 | -16.92 | -7.49 | -0.54 | -3.93 | - | 2.57 | 08/18/03 | 1.18 | 04/30/11 |
| Russell 1000 Value Index | -7.56 | -16.20 | -11.24 | -1.89 | -1.52 | -3.53 | 3.36 | - | - | - | - |
| S&P 500 Citigroup Value Index | -7.49 | -16.30 | -11.92 | -2.66 | -2.19 | -3.88 | 2.41 | - | - | - | - |
| Morningstar Large-Cap Value Category Funds Avg | -7.84 | -16.16 | -11.40 | -2.41 | -0.67 | -2.90 | 2.98 | - | - | - | - |
| Lipper Large-Cap Value Funds Index | -8.12 | -17.01 | -12.47 | -3.42 | -0.82 | -3.11 | 2.30 | - | - | - | - |
| **T. Rowe Price Equity Income Fund** | -7.27 | -15.34 | -11.40 | -1.68 | -0.07 | -1.79 | 3.67 | 10.07 | 10/31/85 | 0.70 | 12/31/10 |
| Russell 1000 Value Index | -7.56 | -16.20 | -11.24 | -1.89 | -1.52 | -3.53 | 3.36 | - | - | - | - |
| S&P 500 Index | -7.03 | -13.87 | -8.68 | 1.14 | 1.23 | -1.18 | 2.82 | - | - | - | - |
| Morningstar Large-Cap Value Category Funds Avg | -7.84 | -16.16 | -11.40 | -2.41 | -0.67 | -2.90 | 2.98 | - | - | - | - |
| Lipper Equity Income Funds Index | -6.71 | -14.04 | -8.53 | 0.27 | 0.96 | -1.64 | 3.24 | - | - | - | - |
| **MTB Mid Cap Growth Fund;Institutional I** | -10.63 | -20.60 | -12.27 | 3.54 | 7.26 | 3.87 | 6.30 | 8.40 | 11/18/96 | 1.37 | 04/30/11 |
| Russell Midcap Growth Index | -10.05 | -19.33 | -11.59 | 0.80 | 5.89 | 1.64 | 6.70 | - | - | - | - |
| S&P MidCap 400 Citigroup Growth Index | -10.14 | -18.83 | -10.16 | 2.91 | 6.98 | 4.43 | 7.55 | - | - | - | - |
| Morningstar Mid-Cap Growth Category Funds Avg | -9.93 | -19.61 | -13.10 | -1.14 | 3.59 | 1.34 | 5.21 | - | - | - | - |
| Lipper Mid-Cap Growth Funds Index | -10.25 | -20.18 | -14.14 | -2.18 | 4.33 | 2.41 | 5.29 | - | - | - | - |
| **TIAA-CREF Mid-Cap Value Fund;Retirement** | -8.71 | -19.25 | -13.02 | -2.48 | 1.71 | -0.25 | - | 9.64 | 10/01/02 | 0.74 | 09/30/10 |
| Russell Midcap Value Index | -9.22 | -18.46 | -13.01 | -2.36 | 1.98 | -0.84 | 7.54 | - | - | - | - |
| S&P MidCap 400 Citigroup Value Index | -11.05 | -20.95 | -15.80 | -5.38 | 1.16 | -0.06 | 7.32 | - | - | - | - |
| Morningstar Mid-Cap Value Category Funds Avg | -9.72 | -19.52 | -14.56 | -4.01 | 2.00 | -1.03 | 6.15 | - | - | - | - |
| Lipper Mid-Cap Value Funds Index | -10.50 | -20.91 | -16.07 | -5.55 | 2.03 | -0.77 | 6.19 | - | - | - | - |

MTB-ERISA-00000506

CONFIDENTIAL

| Funds Compared with Unmanaged Indexes at September 30, 2011 | 1 Month | 3 Months | Year-To-Date | 1 Year | 3 Years[1] | 5 Years[1] | 10 Years[1] | Since Inception[1] | Inception Date | Expense | Fiscal Year-End |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MTB Small Cap Growth Fund;Institutional I | -13.18 | -26.37 | -20.02 | -4.08 | -0.28 | -1.60 | 3.11 | 9.64 | 07/13/95 | 1.42 | 04/30/11 |
| Russell 2000 Growth Index | -11.50 | -22.25 | -15.57 | -1.12 | 2.07 | 0.96 | 5.45 | - | - | - | - |
| S&P 600/Citi Gr TR IX | -9.84 | -19.63 | -10.56 | 4.21 | 2.87 | 2.22 | 7.91 | - | - | - | - |
| Morningstar Small-Cap Growth Category Funds Avg | -10.96 | -22.33 | -15.04 | -0.92 | 2.48 | 0.29 | 5.16 | - | - | - | - |
| Lipper Small-Cap Growth Funds Index | -10.35 | -21.54 | -14.42 | -1.10 | 3.02 | 0.27 | 4.52 | - | - | - | - |
| Wilmington Small-Cap Strategy Fund;Institutional | -11.24 | -21.78 | -17.00 | -3.66 | -0.96 | -2.19 | - | 4.04 | 07/01/03 | 1.07 | 06/30/11 |
| Russell 2000 Index | -11.21 | -21.87 | -17.02 | -3.53 | -0.37 | -1.02 | 6.12 | - | - | - | - |
| Morningstar Small-Cap Blend Category Funds Avg | -11.40 | -21.77 | -16.81 | -3.70 | 0.62 | -1.11 | 6.19 | - | - | - | - |
| Lipper Small-Cap Core Funds Index | -11.14 | -20.45 | -15.54 | -2.54 | 2.09 | 0.26 | 6.52 | - | - | - | - |
| T. Rowe Price Small-Cap Value Fund | -10.26 | -18.82 | -14.50 | -0.97 | 0.62 | 0.91 | 8.99 | 10.83 | 06/30/88 | 0.97 | 12/31/10 |
| Russell 2000 Value Index | -10.92 | -21.47 | -18.51 | -5.99 | -2.78 | -3.08 | 6.47 | - | - | - | - |
| Russell 2000 Index | -11.21 | -21.87 | -17.02 | -3.53 | -0.37 | -1.02 | 6.12 | - | - | - | - |
| Morningstar Small-Cap Value Category Funds Avg | -10.92 | -20.98 | -17.58 | -5.21 | 0.74 | -1.37 | 7.24 | - | - | - | - |
| Lipper Small-Cap Core Funds Index | -11.14 | -20.45 | -15.54 | -2.54 | 2.09 | 0.26 | 6.52 | - | - | - | - |
| Redemption Fee: 1.0% - 90 Days or less | | | | | | | | | | | |
| **INTERNATIONAL EQUITY MUTUAL FUNDS** | | | | | | | | | | | |
| Harbor International Fund;Investor | -12.44 | -22.82 | -17.43 | -10.56 | -0.20 | 0.05 | - | 10.31 | 11/01/02 | 1.17 | 10/31/10 |
| MSCI EAFE Index | -9.50 | -18.95 | -14.62 | -8.94 | -0.66 | -3.00 | 5.48 | - | - | - | - |
| MSCI All Country World Index Ex-US | -11.09 | -19.78 | -16.48 | -10.42 | 0.98 | -1.12 | 7.27 | - | - | - | - |
| Morningstar Foreign Large-Cap Value Category Funds Avg | -12.28 | -20.34 | -17.01 | -10.21 | 0.73 | -1.85 | 5.63 | - | - | - | - |
| Lipper International Large-Cap Core Funds Index | -11.36 | -20.91 | -17.08 | -11.42 | -2.72 | -3.89 | 4.24 | - | - | - | - |
| Redemption Fee: 2.00% - 59 Days or less | | | | | | | | | | | |
| MTB International Equity Fund;Institutional I | -12.41 | -20.53 | -17.21 | -11.92 | -2.30 | -4.39 | - | 3.94 | 08/18/03 | 1.48 | 04/30/11 |
| MSCI EAFE Index | -9.50 | -18.95 | -14.62 | -8.94 | -0.66 | -3.00 | 5.48 | - | - | - | - |
| MSCI All Country World Index Ex-US | -11.09 | -19.78 | -16.48 | -10.42 | 0.98 | -1.12 | 7.27 | - | - | - | - |
| Morningstar Foreign Large-Cap Value Category Funds Avg | -12.28 | -20.34 | -17.01 | -10.21 | 0.73 | -1.85 | 5.63 | - | - | - | - |
| Lipper International Large-Cap Core Funds Index | -11.36 | -20.91 | -17.08 | -11.42 | -2.72 | -3.89 | 4.24 | - | - | - | - |

MTB-ERISA-00000507