# EXHIBIT 33

<tr>
<tr>
<tr>

# Employee Benefits Plans Committee
## August 12, 2013

**CONFIDENTIAL**

<tr>
<tr>

<tr>
<tr>

<tr>

<tr>
<tr>
<tr>

<tr>
<tr>

<tr>

<tr>

<tr>

<tr>
<tr>

<tr>

<tr>

CONFIDENTIAL

## Retirement Savings Plan – 2nd Quarter 2013 & Trailing 1 Year (7/1/12 – 6/30/13) Highlights
## Top/Bottom Performing Funds Relative to Benchmarks

**Top Performing 2Q13 – T. Rowe Price Growth Stock**
- Outperformed Russell 1000 Growth Index by 111 bps.
- Outperformance due to strong stock selection within IT, and an overweight to the best performing consumer discretionary sector in the quarter
- No changes in team, philosophy or process

**Bottom Performing 2Q13 – T. Rowe Price Small Cap Value**
- Underperformed Russell 2000 Value Index by 143 bps.
- Underperformance due to weak stock selection within industrials and consumer discretionary sectors, partially offset by strong stock performance in the fund's financial holdings
- No changes in team, philosophy or process

**Top Performing Trailing 1 Year – PIMCO Total Return**
- Outperformed Barclay's Aggregate Bond Index by 191 bps.
- Outperformance due to fund's exposure to spread product in first 3 quarters of trailing 1 year time period (with retrenchment in 2Q13), particularly overweights to Agency MBS, emerging market debt (particularly Brazil), and financial bonds within the corporate sector
- No changes in team, philosophy or process

**Bottom Performing Trailing 1 Year – Wilmington Trust Large Cap Value**
- Underperformed Russell 1000 Value Index by 610 bps.
- Approximately half of underperformance attributable to prior management team (NWQ)/process with the remaining half to current team/process (WTIA)
- YTD underperformance under WTIA's management due to fund's dividend growth focus and quality non to low dividend paying names outperforming during 1H13
- PM & strategy change on December 19, 2012

4

MTB-ERISA-00000753