# EXHIBIT 39

# Employee Benefit Plans Committee
## May 13, 2013

**CONFIDENTIAL**

CONFIDENTIAL

MTB-ERISA-00000560

CONFIDENTIAL



MTB-ERISA-00000567



CONFIDENTIAL

## Retirement Savings Plan – Historical Information

| Year | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|---|---|---|---|---|---|
| Average Number Participants | 13,987 | 13,454 | 13,746 | 15,097 | 15,146 | 15,864 | 16,240 | 17,690 | 18,088 |
| Average Plan Assets  $ millions | $725 | $804 | $926 | $981 | $856 | $834 | $1,084 | $1,248 | $1,481 |
| Admin Fees from Investments | $1,874 | $1,641 | $1,787 | $1,887 | $1,924 | $1,507 | $1,802 | $1,946 | $2,044 |
| Recordkeeping Fees | $416 | $509 | $485 | $454 | $481 | $540 | $416 | $445 | $310 |
| Total Fees  $ thousands | $2,290 | $2,150 | $2,272 | $2,341 | $2,405 | $2,047 | $2,218 | $2,391 | $2,354 |

MTB-ERISA-00000570