# EXHIBIT 43



PAGEVAULT — WEBPAGE CAPTURES FOR LEGAL USE

| | |
|---|---|
| Document title: | Barrons/Lipper Fund Family Ranking: Dressing Up 2014 - Barron's |
| Capture URL: | http://www.barrons.com/articles/barrons-lipper-fund-family-ranking-dressing-up-2014-1423295941 |
| Captured site IP: | 23.219.88.106 |
| Page loaded at (UTC): | Tue, 07 Feb 2017 20:34:06 GMT |
| Capture timestamp (UTC): | Tue, 07 Feb 2017 20:35:17 GMT |
| Capture tool: | v5.0.4 |
| Page Vault server IP: | 52.5.8.50 |
| Browser engine: | Chrome/49.0.2623.28 |
| Operating system: | Microsoft Windows NT 6.2.9200.0 (6.2.9200.0) |
| PDF length: | 10 |
| Portal URL: | https://portal.page-vault.com/#/snapshot/387612 |
| User: | nka-rsabota |

PAGE VAULT PDF REF#:   moYFnjHYagG4wJmkPDHbrd

HABIB0001047



BARRON'S COVER

# Dressing Up 2014

After a dismal year for active management, Vanguard takes No. 1 spot in the Barron's/Lipper Rankings.

By LAWRENCE C. STRAUSS
February 7, 2015

**Tables:** The Best Fund Families of 2014

Best Fund Families in 5-Yr and 10-Yr Ranking

The worst year for active management led to a pretty unusual showing for 2014's *Barron's*/Lipper Fund Family Ranking. We'll cut to the chase: Vanguard tops the list -- but not for the reason you might think. The Vanguard Group, with two-thirds of its $3.1 trillion in assets under management in index funds, was surely helped by its large devotion to matching market returns in a year in which most active managers struggled to outperform. But the $1 trillion the firm has in actively managed funds truly shined. (And that $1 trillion is more than 63 of the 65 families on this list have in all of their funds, combined.)

Vanguard's largest actively managed offering, the $88 billion Vanguard Wellington (ticker: VWELX), returned 9.6%, beating 86% of its peers. Overall, 11 of the firm's 24 actively managed funds in this survey topped their benchmarks -- much better than the typical U.S. actively managed stock fund.

Even so, Vanguard's index funds did better, on average, than its actively managed funds. The index funds and exchange-traded funds included in this survey finished in the 72nd percentile of their respective Lipper categories, while the active funds placed in the 68th. (In these rankings, the 100th percentile is the best, and the first is the worst.)



*Illo: Gary Hovland for Barron's*

"All of the planets lined up for Vanguard in 2014, no question," says Daniel P. Wiener, who writes a monthly newsletter about the Malvern, Pa., asset manager and produces an annual review of its performance.

Three of the top six finishers in the annual fund-family ranking have a big focus on passive investments, including exchange-traded funds. Invesco (IVZ), which has nearly a fifth of its assets in its PowerShares ETFs and index mutual funds, ranked third. BlackRock (BLK), the largest asset manager in the world, came in sixth, no doubt helped by its sprawling $1 trillion iShares ETF franchise.

That Vanguard did so well in the one-year ranking isn't surprising, considering that only 20% of U.S. actively managed stock funds beat their benchmarks in 2014, versus 45% the year before, according to Morningstar. With equity valuations stretched, it was

Document title: Barrons/Lipper Fund Family Ranking: Dressing Up 2014 - Barron&#39;s
Capture URL: http://www.barrons.com/articles/barrons-lipper-fund-family-ranking-dressing-up-2014-1423295941
Capture timestamp (UTC): Tue, 07 Feb 2017 20:35:17 GMT

Page 1 of 9

HABIB0001048

*No. Gary Hovland for Barron's*

the one-year ranking isn't surprising, considering that only 20% of U.S. actively managed stock funds beat their benchmarks in 2014, versus 45% the year before, according to Morningstar. With equity valuations stretched, it was difficult for many fund managers to match their bogeys, much less exceed them. Although certain sectors had good returns, including technology, utilities, and health care, the returns in other parts of the market -- notably consumer discretionary, materials, and industrials -- were more muted. And energy's dismal decline eroded many gains in the second half of the year.

**GOOD PERFORMANCE** in the U.S. equity category was very important. Our rankings are asset-weighted, which means a firm's largest funds contribute the most to its overall standing. Domestic stocks account for 40% of assets in the one-year survey -- by far the biggest weighting. Vanguard finished third in that category; BlackRock and Invesco came in sixth and 11th, respectively. All were helped by large, broad-market funds, including the $390 billion Vanguard Total Stock Market Index (VITSX) and its $52 billion ETF counterpart (VTI); BlackRock's iShares MSCI EAFE ETF (EFA), that firm's third-largest retail fund with $53.5 billion in assets, and Invesco's largest fund, the $37 billion PowerShares QQQ (QQQ), which tracks the Nasdaq 100 index. S&P 500 index funds weren't included in the ranking.

The other categories are world equity, with a weighting of 15.9%; mixed funds, such as target-date, balanced, and other asset-allocation funds, 19.2%; taxable bonds, 21.5%; and tax-exempt bonds, 3.4%.

Rounding out the top six are three firms that are far from household names in the U.S. fund world.

BMO Global Asset Management, which is part of Bank of Montreal (BMO) came in second. Its U.S. retail mutual funds, which oversee $14 billion in assets, were helped by finishing second in world equities and fifth in taxable bonds.



Bottoms Up! Imports Buoyed by U.S. Dollar



2  How to Talk About Yourself in a Job Interview



3  Raj Sharma: Investments Are Just One Puzzle Piece



### How We Rank The Fund Families

To qualify for the...

Each fund's returns are adjusted for 12b-1 fees, which are used for marketing and distribution expenses. Funds typically factor these into returns, to better reflect what investors would see after those annual fees have been deducted. But our aim is to measure the manager's skill, uncomplicated by expenses. Fund loads, or sales charges, aren't included in the calculation of returns, either.

Each fund's performance is measured against those of all funds in its Lipper category (such as small-value). That leads to a percentile ranking, with 100 the highest and one the lowest, which is then weighted by asset size, relative to the fund family's other assets in its general classification. If a family's biggest funds do well, that boosts its overall ranking; poor performance in the biggest funds hurts a firm's ranking. Finally, the score is multiplied by the weighting of its general classification, as determined by the entire Lipper universe of funds. The category weightings for the one-year results: general equity, 40%; world equity, 15.9%; mixed asset, 19.2%; taxable bond, 21.5%; and tax-exempt bond, 3.4%. The category weightings for the five-year results: general equity, 41%; world equity, 15.5%; mixed asset, 19.2%; taxable bonds, 20.7%; and tax-exempt bonds, 3.6%. The category weightings for the 10-year results: general equity, 45.2%; world equity, 13.6%; mixed asset, 17.5%; taxable bonds, 19.5%; and tax-exempt bonds, 4.1%.

The scoring: Say a fund in the general U.S. equity category has $500 million in assets, accounting for half of its parent's assets in that category. Its ranking is the 75th percentile. The first calculation would be 75 times 0.50, which comes to 37.5. That score is then multiplied by 40%, general equity's overall weighting in Lipper's universe. So it would be 37.5 times 0.4, which equals 15. Similar calculations are done for each fund in our study. Then, all the numbers are added up. The shop with the highest total score wins, both for every category and overall. The same process is repeated for the five- and 10-year rankings, based on their weightings.

SEI Group, part of the financial-services company SEI Investments (SEIC), based in Oaks, Pa., ranked fourth. It was 13th in the all-important U.S. equity category -- thanks in part to the SEI Large Cap Disciplined Equity fund (SCPAX), which outpaced 73% of its Lipper peers by returning 13.2% last year. SEI also came in seventh in the taxable-bond category. The firm has $117 billion in 50 mutual funds, but its legacy business is providing back-office services, such as record-keeping, to private banks and other institutions.

Coming in fifth was Principal Funds, part of Principal Financial Group (PFG), an insurer and asset manager based in Des Moines, Iowa. It has a big focus on the retirement market, including target-date retirement funds. Principal turned in a strong showing across the board, placing in the top third or better in all five categories.

**NEITHER SEI NOR BMO** had distinguished themselves in the recent one-year rankings. BMO finished 61st in 2013 -- three spots from the bottom -- and 34th in 2012. Last year, *Barron's* pointed out some of the BMO funds' shortcomings, noting that several of its bigger stock funds badly trailed their peers. One of those funds, $304 million BMO Large Cap Growth (MLCIX), had a much better year this time around. With a total return of 14.5% in 2014, the portfolio placed in the top 10% of its category, helped by a larger-than-average helping of technology and health-care companies, and few energy stocks.

"Our focus is on finding sound, high-quality securities, and we have done that for over a decade," says Barry McInerney, the co-CEO of BMO Global Asset Management, who oversees the firm's U.S. fund business. "That came through stronger in 2014." BMO didn't have the requisite funds to qualify for the five- or 10-year rankings.

SEI, fourth in the rankings, finished a disappointing 46th in 2013 and 44th in 2012, but its

BARRON'S INVESTMENT INSIGHTS FOR A NEW ERA — PRESIDENTS DAY SALE $1 FOR 8 WEEKS — ACT NOW



oversees the firm's U.S. fund business. "That came through stronger in 2014." BMO didn't have the requisite funds to qualify for the five- or 10-year rankings.

SEI, fourth in the rankings, finished a disappointing 46th in 2013 and 44th in 2012, but its five-year ranking has been improving. It was 31st among 56 firms this time, versus 41st in 2013 and 49th in 2012. The latest showing didn't move the needle much for SEI's 10-year return, which was 44th, four spots from the bottom.

"Most people were positioned for some growth," says Kevin Barr, who heads SEI's investment-management business. "But what actually performed in 2014 was more-defensive sectors," such as health care and utilities, he adds.

Among the funds that helped bolster the shop's performance was SEI Tax-Managed Volatility (TMMAX), which outstripped 97% of its Lipper peers last year, with a total return of 16.2%. Its holdings included Johnson & Johnson (JNJ), which returned 17.3%, and the New York–area utility Consolidated Edison (ED), 24.8%.

Unlike BMO and SEI, which have bounced around in the rankings, Principal has played a steadier hand. Though it did come in 43rd in the previous one-year table, it placed 11th the year before that, and its five-year showing has been improving steadily: ninth in 2014, 27th in 2013, and 34th in 2012. Its 10-year ranking was a solid No. 20 – a top-half finish. "Our focus tends to be as much on three- and five-year returns, as it is on one-year returns," says Nora Everett, the president and CEO of Principal Funds.

The $9.8 billion Principal MidCap (PEMGX), which finished in the top quartile of its peer group with a total return of 12.6%, helped Principal's ranking.

**THE REMAINING FIRMS** in the top 10 of the one-year ranking are familiar names, all but one of which rose from the bottom half. That was Goldman Sachs Asset Management, which placed at No. 7, up from 21 a year earlier. Its good 2014 performance was propelled by a first-place showing in U.S. stock funds.

No. 8 American Century Investment Management, which rose all the way from 56th in our 2013 ranking, was helped by good marks in U.S. stocks and mixed-asset funds.

No. 9 was UBS Global Asset Management -- 38th a year earlier -- thanks in part to strong results in world stocks.

And Legg Mason (LM) came in 10th, up from 42nd. Though stocks have the heaviest weighting in our ranking, a great performance in fixed income helped Legg Mason crack the top 10. A laggard last year at No. 42, it did especially well this time, thanks to its premier bond shop, Western Asset Management, and to fixed-income funds run by Brandywine. Legg was No. 2 in taxable bonds and 19th in tax-free bonds. Equities -- primarily managed by Legg's ClearBridge and Brandywine affiliates -- weren't nearly as strong: Legg was 38th in U.S. stocks and 41st in world stocks.

A key bond trade for the firm was to overweight long-term Treasuries and to underweight short-term paper. "A lot of people thought 30-year bonds would do worse when the Fed stopped buying [them], but we thought short-term Treasuries would do worse" last year, says Kenneth Leech, a portfolio manager and chief investment officer at Western Asset Management. That wasn't Western's only good call, but it nicely boosted the firm's taxable fixed-income funds, especially with rates sliding at the longer end of the curve.

Legg ranked 22nd in the five-year results, a top-half showing, albeit down from its 11th-place finish last year.

**WE CAN'T TALK ABOUT** fund families in 2014 without mentioning Pimco, which started the year with the abrupt departure of its CEO, Mohamed El-Erian, and ended it with the even more abrupt departure of co-founder Bill Gross. Throughout the turbulent year, the firm was beset by outflows and performance woes. The $143 billion Pimco Total Return fund (PTTAX), which Gross helmed for many years, gained 4.5%, leaving it behind 72% of its Lipper peers. Overall, the firm came in a middling 29th in taxable bonds and 47th in municipals.

Remarkably, however, Pimco's ranking climbed all the way to 13th, up from 54th a year earlier, thanks to a very good showing in stocks -- fourth in the U.S. category and 13th in world equities.

Pimco's stock funds, which account for just a sliver of its assets under management -- $55 billion of $1.7 trillion -- aren't cut from the traditional mold of large-company value or small-company growth. Take one of its top performers, the Pimco EMG International LowVol RAFI-PLUS Absolute Return (PLVLX): The $4.6 billion fund uses derivatives to get exposure to the index after which it is named, combining that with fixed-income holdings to damp volatility. With a return last year of 0.32%, it outdid more than three-quarters of its Lipper peers in the emerging-market stock category.

Its recent struggles notwithstanding, Pimco claimed No. 1 in our five-year ranking.

Next up was Waddell & Reed Investment Management, Invesco, Ivy Investment Management (a sister firm of Waddell's), and T. Rowe Price Group (TROW).

BARRON'S   INVESTMENT INSIGHTS FOR A NEW ERA   PRESIDENTS DAY SALE $1 FOR 8 WEEKS   ACT NOW

holdings to damp volatility. With a return last year of 6.32%, it added more than three-quarters of its Lipper peers in the emerging-market stock category.

Its recent struggles notwithstanding, Pimco claimed No. 1 in our five-year ranking.

Next up was Waddell & Reed Investment Management, Invesco, Ivy Investment Management (a sister firm of Waddell's), and T. Rowe Price Group (TROW).

**THERE WERE A FEW CHANGES** to the composition of this year's list. Charles Schwab (SCHW), which finished 18th in 2013, wasn't included in this year's rankings. The amount of assets for its tax-exempt bond fund wasn't in Lipper's system when the survey was run, according to Lipper. Lazard Asset Management, No. 58 last time, had a tax-exempt fund reclassified into another category, so it didn't make it this time, either, says Lipper. To qualify for this survey, a fund shop must have at least one tax-exempt bond fund.

Three newcomers joined the list: Victory Capital Management, a conglomeration of boutique managers, which came in 15th; Brown Advisory Funds, formerly part of Alex. Brown & Sons, at No. 25, and SIT Investment Associates, which placed 59th.

**ON TO THE DOWN SIDE:** While the top of 2013's list was similar to 2012's, volatility ruled in 2014. None of the top 10 of 2013 were in that elite group last year. The closest was Lord Abbett, which came in 11th, down from fourth on our 2013 list.

Those falling out of the top 10 included T. Rowe Price. Though a consistently high-performer, T. Rowe went from seventh in 2013 (and eighth the year before) to 18th in 2014. Hartford Funds went from eighth to 30th, with an especially poor showing in taxable bonds (50th out of 65), and MFS Investment Management went from 10th to 41st, ending a two-year streak in which it had placed in the top 10. The Boston asset manager struggled in U.S. equities, finishing 58th. On the plus side, MFS placed 13th on the five-year list and fifth in the 10-year ranking.

**NATIXIS GLOBAL** Asset Management, last year's top finisher, fell to 36th. Because it didn't meet all of the requirements for ranking in terms of its fund lineup in 2012, it doesn't show up in the five- and 10-year rankings. The Boston and Paris firm, which owns a group of boutique managers, such as Harris Associates in Chicago and Loomis Sayles in Beantown, was hampered by mediocre results in U.S. stocks (No. 30) and weak finishes in world equities (No. 51) and taxable bonds (No. 52).

For example, its Oakmark fund (OAKMX), run by longtime value managers Bill Nygren and Kevin Grant, returned 11.5% in 2014, far from a terrible result — but it did trail the 13.7% of the Standard & Poor's 500, placing the fund in the bottom half of its category. Because the $17.7 billion fund holds such a large chunk of Natixis' overall U.S. stock-fund assets, it impeded the firm's overall ranking.

**PUTNAM INVESTMENT MANAGEMENT**, which topped our calendar-2012 ranking, slipped from second place in 2013 to 33rd this time around, despite a solid result in U.S. equities, where it placed 16th, and a super performance in mixed-asset funds (No. 2). Yet all of that was undone by very weak showings in taxable bonds, where it finished near the bottom (No. 59) and tax-exempt bonds (No. 45). Putnam came in sixth in the five-year ranking, down from second last year. The Boston outfit climbed two places in the 10-year table, placing 30th among 48 fund families.

Waddell & Reed had one of the worst stumbles, dropping from No. 5 all the way to 50th, plagued by problems in two of its largest offerings — Waddell &amp; Reed Asset Strategy (UNASX) and Waddell &amp; Reed High Income (UNHIX). Both had high-profile manager departures; the Asset Strategy fund, which had outflows, performed poorly.

Launched in 1995, Waddell & Reed Asset Strategy, which has a go-anywhere mandate across stocks, bonds, commodities, and cash, has been a strong performer. The $3.3 billion fund had a lousy 2014, however, down 5%, trailing nearly 90% of its peers.

It "definitely had a disappointing year," observes Henry Herrmann, the CEO of parent company Waddell & Reed Financial (WDR). "It was too defensive." The fund didn't have enough stocks, he adds, and had too large an allocation to Chinese companies. Likewise, Ivy Investment Management, whose fund lineup is similar to Waddell's, saw its ranking plummet from 11th to 43rd for the same reasons. However, despite their 2014 showings, Waddell & Reed came in second over five years and first over 10, while Ivy was fourth and third.

**DIMENSIONAL FUND ADVISORS** has a strong long-term record, 10th in the five-year ranking. It did dismally on the one-year scorecard, dropping from sixth in 2013 to 60th, including a woeful 54th in U.S. stocks.

Though often regarded as a passive shop, DFA uses fundamental factors such as price-to-book ratios to help construct its portfolios. One of the underpinnings of its investment philosophy is the conviction that, over time, small companies outperform large ones, and value does better than growth. But "the volatility of these [return] premiums can be quite high," says Bhanu Singh, a portfolio manager at DFA. "While they are there longterm, in a given year they can be negative." And 2014 was one of those years.

Another factor was that in many of its funds, DFA excludes real estate investment trusts and highly regulated utilities, both of which performed well last year. "Those two categories



BARRON'S INVESTMENT INSIGHTS FOR A NEW ERA   PRESIDENTS DAY SALE $1 FOR 8 WEEKS   ACT NOW

value does better than growth. But "the volatility of these [return] premiums can be quite high," says Bhanu Singh, a portfolio manager at DFA. "While there are there longterm, in a given year they can be negative." And 2014 was one of those years.

Another factor was that in many of its funds, DFA excludes real estate investment trusts and highly regulated utilities, both of which performed well last year. "Those two categories tend not to deliver the full equity premium" over longer periods, says Singh. In other words, they don't fit the long-term profile that DFA wants for stocks.

**A FIRM WITH** an especially volatile ranking history in recent years is MainStay Funds. Ranked 58th this time, the group was 28th in 2013 and 58th the year before that. That partly reflects the uneven returns of $8 billion MainStay Marketfield (MFADX).

The fund more than tripled in size after MainStay took it over in 2012, passing $19.3 billion and returning 16.6% in 2013. But last year, it was down 12.3%, surpassed by 98% of its peers in Lipper's alternative global macro funds category. Ouch!

*William McNabb III*

Vanguard may be synonymous with indexing, but about half of its funds and a third of its assets are actively managed -- and doing very well.



Exhibit A: Vanguard Primecap (VPMCX), a $46 billion fund that finished at the top of Lipper's large-cap core equity category. Closed to new investors, the fund notched a total return last year of 18.7%, well ahead of the 13.7% of the Standard & Poor's 500

The Primecap team has been subadvising the fund for 31 years, and in that time has handily beaten the S&P 500. Most of Vanguard's active funds are run by external asset managers; the list is a who's who of premier value shops, hedge funds, and other asset managers such as Wellington, D.E. Shaw, Lazard, and Marathon.

In keeping with the firm's cost-conscious approach to, well, everything, these big-name managers don't come with big price tags. Cost is perhaps the biggest reason more active managers don't beat their benchmark, and Vanguard's actively managed funds "typically have a pretty big tail wind from the cost side," says William McNabb III, Vanguard's CEO since 2008. Primecap's investor share class has an expense ratio of 0.44%, a fraction of the 1.23% average costs of its peers, according to Morningstar.

"High-cost active is dead," says McNabb, 57, who began his career at the company 30 years ago in its then-nascent 401(k) business. "There can be a place for active portfolio management in people's portfolios, but if you're a high-cost manager, it's going to be very difficult to compete."

Vanguard is not publicly traded or family-owned; the firm is essentially owned by its fund shareholders, and profits go directly to benefit them, rather than corporate owners -- keeping costs low.

On McNabb's watch, Vanguard has more than doubled its assets. It now manages $3.1 trillion, versus $1.3 trillion at the end of 2008. The firm's stellar active funds notwithstanding, passive investing is what's driving Vanguard's growth. Traditional index funds had net inflows of $125 billion last year, plus another $75 billion into ETFs, and $15 billion for active funds.

Although Vanguard did come in No. 2 in our 2011 ranking, it has typically finished in the middle of the pack -- 26th last year and 31st in 2012 -- not surprising for a firm that's so heavily geared toward indexing. It has acquitted itself well in the longer-term rankings -- coming in 11th out of 56 firms in the five-year survey, and 10th in the 10-year, besting 39 others.

**VANGUARD DOESN'T CHURN OUT** new funds to capitalize on the latest trend. McNabb's focus, true to his beginnings with the firm, is on ensuring that investors can save enough to retire, and get the advice they need along the way. He's worried that Social Security won't cover retirement expenses for enough people, and wants to see simpler regulations that would allow more smaller businesses to set up retirement plans.

Vanguard also plans to move more into financial planning. "Investors are increasingly asking us for more help managing their portfolios," McNabb says. The firm has recently expanded its advisory business. A pilot program, Vanguard Personal Advisory Services, has amassed more than $5 billion of assets, up from $755 million at the end of 2013. Vanguard has been offering portfolio-management advice to clients with more than $500,000 since 1995; this new program gives customers with any size account balance access to a personal advisor who will provide a financial plan and continuing portfolio management. People with $100,000 at Vanguard will pay just 0.3% for the advisory services.

-- L.C.S.



BARRON'S INVESTMENT INSIGHTS FOR A NEW ERA   PRESIDENTS DAY SALE $1 FOR 8 WEEKS   ACT NOW

$600,000 since 1998; this new program gives customers with any size account balance access to advisory services, including managed portfolios, and ongoing asset management. People with $100,000 at Vanguard will pay just 0.3% for the advisory services.

-- L.C.S.

## Barry McInerney

BMO Asset Management, part of the Bank of Montreal, is hardly a household name in the U.S. In fact, you're probably reading the name as B-M-O, but those in the know refer to the company as "Beemo."



BMO has $60 billion under management in the U.S., with a fairly standard retail-fund lineup of 45 funds with total assets of just $14 billion -- smaller than many individual funds run by Vanguard or Fidelity.

The firm is determined to increase its U.S. business; it acquired Marshall & Ilsley, a Wisconsin bank, in 2011. With that purchase came 20 U.S.-listed mutual funds. Although the asset manager had a small presence here before then, that deal "gave us a platform in the U.S.," says Barry McInerney, 51, the co-CEO of BMO Global Asset Management, who oversees the firm's U.S. fund business. It relies on intermediaries to sell its funds -- its sales channels include registered investment advisors, wire houses, and 401(k) plans.

BMO, which runs $272 billion globally, has been using its reach to have some of its managers outside of North America run portfolios for investors domiciled here, such as the $409 million BMO Pyford International Stock fund (MISNX). With a total return last year of 0.5%, it bested more than 90% of its Lipper peers, though the three-year-old fund's performance wasn't nearly as good in 2012 and 2013.

McInerney, who is based in Chicago and has worked for the company since 2009, says the next wave of growth will be among alternative funds and exchange-traded funds. Alternatives, he says, provide returns "that aren't based on market conditions." Late last year, BMO launched its first U.S. retail fund in that space, BMO Alternative Strategies (BMATX), a long-short fund that can also go into (or bet against) currencies and interest rates, as well as stocks and bonds.

BMO ETFs make up 25% of the Canadian market, but McInerney wouldn't divulge what plans BMO has, if any, on cracking the ultracompetitive U.S. ETF market.

## Martin Flanagan

Invesco looks a lot different today than when Martin Flanagan took over the asset manager a decade ago. For one thing, it had a different name, Amvescap, which was changed in 2007.



Other changes were more substantive. Formerly the co-CEO of Franklin Resources (BEN) Flanagan, now 54, trimmed costs and broadened the fund lineup. In 2006, the $400 billion company acquired PowerShares, a small suite of ETFs with nearly $4 billion in assets.

Today, Flanagan presides over $792 billion in assets globally. PowerShares ETFs, most of which are based on nontraditional indexes, have grown to $100 billion in 134 ETFs. Invesco's performance has been strong; it placed third in both the one-year and five-year rankings, and fourth over 10 years. The fund lineup resembles a team with a lot of very good players but few superstars.

For its one-year tally, Invesco put up a very consistent record across the board, finishing no worse than 16th (world stocks) and 14th in municipal bonds. The other three categories saw 11th-place results -- a lot of very good results that add up to an exceptional ranking.

That well-rounded performance, says Flanagan, is an outgrowth of focusing on "generating consistent, good long-term performance within a broad range of capabilities."

Flanagan is matter-of-fact about the path he has charted, noting, for example, that offering alternative funds -- the firm has $100 billion in such areas as private-equity, real estate, and multi-asset funds -- is a common-sense strategy. Mutual funds are a lot more transparent and sell "at a fraction of the cost people would pay" for hedge funds, he says.



BARRON'S INVESTMENT INSIGHTS FOR A NEW ERA    PRESIDENTS DAY SALE $1 FOR 8 WEEKS    ACT NOW

Document title: Barrons/Lipper Fund Family Ranking: Dressing Up 2014 - Barron&#39;s
Capture URL: http://www.barrons.com/articles/barrons-lipper-fund-family-ranking-dressing-up-2014-1423295941
Capture timestamp (UTC): Tue, 07 Feb 2017 20:35:17 GMT

Page 6 of 9

HABIB0001053

generating consistent, good long-term performance within a broad range of capabilities. [...] alternative funds -- the firm has $100 billion in such areas as private-equity, real estate, and multi-asset funds -- is a common-sense strategy. Mutual funds are a lot more transparent and sell "at a fraction of the cost people would pay" for hedge funds, he says.

Invesco's role in retirement planning, Flanagan says, is to help financial advisors answer the question, "Where can I find income?" The firm has developed online tools for individual investors, as well.

---

*Kevin Barr*

Another dark horse made it into the top five this year: SEI Group, a midsize money manager, with $117 billion in 50 U.S. mutual funds.



Flying under the radar is just fine with Kevin Barr, 48, who has overseen the company's investment-management unit since 2008. "It's not a scenario in which we have one hot fund and go out and market that fund." Instead, SEI works with financial advisors, wealth managers, and other fund companies to create customized products aimed at "solving" investor concerns, such as managing risk or providing income in retirement.

Launched in 1968, the parent company, SEI Investments (SEIC), started with computer simulations used to help train bank-loan officers, and it retains many of its bank information-technology roots. Besides asset management, the Oaks, Pa., firm offers a range of back-office services for banks, trust companies, and other clients.

Some 90% of SEI's mutual funds are subadvised, often by several managers with different styles, with the expectation of increasing the portfolio's diversification. That worked especially well last year, "when you had a lot of unexpected volatility," Barr says. AQR Capital Management, a quantitative shop headed by famed investor Clifford Asness, manages 75% of the $2.1 billion SEI Multi-Asset Accumulation (SAAAX). The fund, launched in 2012, returned 9.5% in 2014, besting more than 90% of its Lipper peers.

Barr's unusual perspective as both a fund shop and client of fund shops encourages a big-picture view. He expects investors to demand more portfolio transparency, which will fuel the growth of alternative mutual funds versus hedge funds. He also expects investor focus to be on absolute returns, "as opposed to beating a benchmark." And then there's the latest buzzword, "solutions" -- funds constructed to realize specific objectives, such as inflation protection or income.

---

*Nora M. Everett*

Principal Financial Group (PFG) began as a life insurer in 1879. Nowadays, however, it's much more focused on asset management and retirement, whose combined operating profit is more than three times as big as its U.S. insurance business.



Principal Funds oversees $120 billion, $42 billion of which is in target-date or target-risk funds. Both are funds of funds aimed at getting investors to a particular goal -- either an increasingly conservative allocation as the fund's target date nears, or a continuing level of high, moderate, or low risk. "That's our bread and butter," says Nora M. Everett, 55, president and CEO of Principal Funds.

Most of the $28 billion in those target-date funds are in 401(k) and other retirement plans. Principal is the sixth-largest in terms of target-date assets, behind behemoths like Vanguard and Fidelity.

The Des Moines, Iowa, firm's retail funds are mainly sold through financial advisors, and so come with sales charges. Many of these funds are retirement-oriented, as well, such as the $10 billion Principal Global Diversified Income (PGBAX). Launched in 2008, it invests in multiple managers providing different types of income, such as high-yield bonds and preferred stocks.

A lawyer by training who joined the company in 1991, Everett worked for Principal in mergers and acquisitions and helped carry out its initial public offering in 2001. She assumed her current post in 2008.

In recent years, Principal has added funds focusing on income, real estate, and long-short equity. "There are a lot more good conversations taking place today between advisors and



BARRON'S INVESTMENT INSIGHTS FOR A NEW ERA   PRESIDENTS DAY SALE $1 FOR 8 WEEKS   ACT NOW



A lawyer by training who joined the company in 1991, Everett worked for Principal in mergers and acquisitions and helped carry out its initial public offering in 2001. She assumed her current post in 2008.

In recent years, Principal has added funds focusing on income, real estate, and long-short equity. "There are a lot more good conversations taking place today between advisors and clients around risk and portfolio diversification," Everett says. Recent policy changes allowing target-date funds to be the default option in 401(k) plans and include annuities have helped, she adds. "There is demand for income of all flavors."

**E-mail:** editors@barrons.com

Email Print 5 Comments Order Reprints A A

**Latest in Barron's Cover**

1. Chipotle: Can It Be Fixed?
2. Next Stop, Dow 30,000
3. 2017 Roundtable, Part 2: Manual for a Mixed-Up Market
4. Stocks Could Post Limited Gains in 2017 as Yields Rise
5. Stockpicker's Delight

**Sponsored Results**

1. Invest In Gold ETF
2. High Dividend Mutual Funds
3. Best Wealth Management
4. Top 5 Stocks To Buy Now
5. Best ETF Funds
6. Fixed Income Investments
7. Lifetime Annuity Calculator
8. Stocks To Invest In

5 comments
4 PEOPLE LISTENING

Want to participate in the discussion?

SUBSCRIBE NOW ▸

Already a subscriber? Log in for complete access.

+ Follow Share Post comment as...

NEWEST | OLDEST

**Herman Unanski** Feb 12, 2015

A testimonial to the legendary Jack Bogle. A Great American.

Flag Share Like Reply

**THOMAS SCHADLER** Feb 8, 2015

The rankings would be more useful if the 12b-1 fees were included as well as fund loads and sales charges.

Flag Share Like Reply

**Craig Bradley** Feb 8, 2015

VANGUARD'S LOW ADVISORY FEES & CLIENT WEALTH DISTRIBUTION

There may be a good reason why Vanguard only charges its clients with at least $100,000 ( a small account) in assets to invest a small fee. Small account, small fee, minimal (advisor) time. They very likely do not give much personal attention ( pick-up the phone). In fact, I have read elsewhere their economy financial advisor service relies on a simple internet-based questionnaire to develop a generic financial plan ( Ameriprise on the cheap). Vanguard is not a mainstream full-service brokerage and never was. Personal net worth and retail clients stratify-out quickly ( UNEQUALLY).

There are way more accounts of $500,000 or less than there are retail investors with $ 1.5 Million in their brokerage account. Likewise, there are even fewer individual clients with $5 Million or more ( "High Net Worth Individuals"). Even fewer with $30 Million, so much fewer that brokerages have special private

BARRON'S INVESTMENT INSIGHTS FOR A NEW ERA PRESIDENTS DAY SALE $1 FOR 8 WEEKS ACT NOW

NEWEST  OLDEST

**Herman Unanski**  Feb 12, 2015

A testimonial to the legendary Jack Bogle. A Great American.

Flag  Share  Like  Reply

**THOMAS SCHADLER**  Feb 8, 2015

The rankings would be more useful if the 12b-1 fees were included as well as fund loads and sales charges.

Flag  Share  Like  Reply

**Craig Bradley**  Feb 8, 2015

VANGUARD'S LOW ADVISORY FEES & CLIENT WEALTH DISTRIBUTION

There may be a good reason why Vanguard only charges its clients with at least $100,000 ( a small account) in assets to invest a small fee. Small account, small fee, minimal (advisor) time. They very likely do not give much personal attention ( pick-up the phone). In fact, I have read elsewhere their economy financial advisor service relies on a simple internet-based questionnaire to develop a generic financial plan ( Ameriprise on the cheap). Vanguard is not a mainstream full-service brokerage and never was. Personal net worth and retail clients stratify-out quickly ( UNEQUALLY).

There are way more accounts of $500,000 or less than there are retail investors with $ 1.5 Million in their brokerage account. Likewise, there are even fewer individual clients with $5 Million or more ( "High Net Worth Individuals"). Even fewer with $30 Million, so much fewer that brokerages have special private bank affiliates to coddle to the "Ultra High New Worth Individuals". ( Similar to luxury lounges for full-fare, first class passengers at the airport.)

So, Vanguard Advisors can not be the same as far as customer service goes. While the mainline full service brokers are time conscious, they do make their services available when needed (if they care about client retention, which they definitely do as its part of the annual bonus for their financial advisors).

Flag  Share  Like  Reply

> **Bill Greenstein**  Feb 8, 2015
>
> Not sure what your point is but the simple reality is this: Vanguard sure has done something right and the vast amount of assets they have accumulated proves it!
>
> Flag  Share  Like  Reply

**Herman Unanski**  Feb 8, 2015

Vanguard is the BEST. And has been for a very long time. "Stay the Course."

Flag  Share  Like  Reply

Powered by Livefyre



ARTICLE FREE PASS — Enjoy your free sample of exclusive subscriber content. Subscribe Now for full access

BARRON'S

Customer Service | Create an Account | About Barrons.com | Also From Barron's | Tools & Services

INVESTMENT INSIGHTS FOR A NEW ERA — PRESIDENTS DAY SALE $1 FOR 8 WEEKS — ACT NOW

Document title: Barrons/Lipper Fund Family Ranking: Dressing Up 2014 - Barron&#39;s
Capture URL: http://www.barrons.com/articles/barrons-lipper-fund-family-ranking-dressing-up-2014-1423295941
Capture timestamp (UTC): Tue, 07 Feb 2017 20:35:17 GMT
Page 9 of 9

HABIB0001056

# Pimco Tops Five-Year Ranking for the Second Year in a Row; Vanguard Rises to No. 11

Strong performance in Pimco's stock funds mitigated woes in its biggest bond fund. Waddell, Invesco, Ivy, and T. Rowe all did well over 10 years, too.

| Rank | Family | Weighted Score | Rank | Family | Weighted Score | Rank | Family | Weighted Score |
|---|---|---|---|---|---|---|---|---|
| 1. | Pimco | 74.73 | 20. | Goldman Sachs Asset Mgmt | 58.97 | 39. | Wells Fargo Funds Mgmt | 52.09 |
| 2. | Waddell & Reed Invst Mgmt | 71.32 | 21. | Virtus Investment Partners | 58.39 | 40. | Prudential Investments | 50.91 |
| 3. | Invesco | 70.87 | 22. | Legg Mason | 57.72 | 41. | Thrivent Financial for Lutherans | 50.83 |
| 4. | Ivy Investment Management | 69.13 | 23. | Lord Abbett | 57.03 | 42. | American Funds | 50.52 |
| 5. | T. Rowe Price Associates | 68.67 | 24. | BlackRock | 56.86 | 43. | American Century Invst Mgmt | 49.92 |
| 6. | Putnam Investment Mgmt | 67.00 | 25. | Columbia Mgmt | 56.40 | 44. | Calvert Investments | 47.31 |
| 7. | Delaware Management | 66.50 | 26. | Fidelity Mgmt & Research | 56.33 | 45. | Eaton Vance Management | 46.38 |
| 8. | TIAA-CREF | 66.39 | 27. | Northern Trust Investments | 56.17 | 46. | Nationwide Fund Advisors | 46.13 |
| 9. | Principal Funds | 66.29 | 28. | Guggenheim Investments | 56.06 | 47. | Victory Capital Management | 46.09 |
| 10. | Dimensional Fund Advisors | 65.40 | 29. | USAA Asset Management | 55.83 | 48. | Pioneer Investment Mgmt | 45.92 |
| 11. | Vanguard Group | 65.36 | 30. | MainStay Funds | 55.45 | 49. | Affiliated Managers Group | 44.93 |
| 12. | PNC Funds | 64.03 | 31. | SEI Group | 55.05 | 50. | BNY Mellon/Dreyfus | 44.23 |
| 13. | MFS Investment Management | 63.22 | 32. | RidgeWorth Funds | 54.60 | 51. | Russell Investment Group | 41.83 |
| 14. | Oppenheimer Funds | 63.12 | 33. | AllianceBernstein | 54.30 | 52. | Deutsche Asset & Wealth Mgmt | 36.60 |
| 15. | JPMorgan | 62.24 | 34. | Franklin Templeton | 53.43 | 53. | Frost Investment Advisors | 34.55 |
| 16. | Nuveen Fund Advisors | 61.21 | 35. | GE Asset Management | 53.27 | 54. | Wilmington Funds | 33.73 |
| 17. | First Investors Management | 59.52 | 36. | State Street Bank & Trust | 52.38 | 55. | Manning & Napier Advisors | 27.30 |
| 18. | John Hancock Group | 59.19 | 37. | Federated Investors | 52.17 | 56. | State Farm Investment Mgmt | 24.78 |
| 19. | Hartford Funds | 59.01 | 38. | UBS Global Asset Management | 52.14 | | | |

## Consistency Rules the 10-Year Ranking

Eaton Vance and Vanguard inched up to crack the top 10, but the rest is largely the same as last year. Waddell tops this list; last year it was sister firm Ivy.

| Rank | Family | Weighted Score | Rank | Family | Weighted Score | Rank | Family | Weighted Score |
|---|---|---|---|---|---|---|---|---|
| 1. | Waddell & Reed Invst Mgmt | 81.78 | 17. | BlackRock | 63.75 | 33. | First Investors Management | 51.09 |
| 2. | John Hancock Group | 79.87 | 18. | Columbia Mgmt | 63.56 | 34. | GE Asset Mgmt | 49.88 |
| 3. | Ivy Investment Management | 79.57 | 19. | American Funds | 63.14 | 35. | Legg Mason | 49.65 |
| 4. | Invesco | 75.90 | 20. | Principal Funds | 62.85 | 36. | Pioneer Investment Mgmt | 49.12 |
| 5. | MFS Investment Management | 74.22 | 21. | Lord Abbett | 60.34 | 37. | AllianceBernstein | 47.87 |
| 6. | T Rowe Price Associates | 72.71 | 22. | Nuveen Fund Advisors | 59.50 | 38. | PNC Funds | 44.76 |
| 7. | JPMorgan | 71.68 | 23. | Federated Investors | 59.50 | 39. | State Farm Investment Mgmt | 43.83 |
| 8. | RidgeWorth Funds | 71.20 | 24. | American Century Invst Mgmt | 56.32 | 40. | Nationwide Fund Advisors | 42.42 |
| 9. | Eaton Vance Management | 70.75 | 25. | Dimensional Fund Advisors | 55.88 | 41. | USAA Asset Management | 42.40 |
| 10. | Vanguard Group | 69.95 | 26. | Northern Trust Investments | 54.77 | 42. | Wilmington Funds | 40.22 |
| 11. | Delaware Management | 68.46 | 27. | Virtus Investment Partners | 54.09 | 43. | UBS Global Asset Mgmt | 40.19 |
| 12. | Wells Fargo Funds Management | 67.71 | 28. | Hartford Funds | 54.04 | 44. | SEI Group | 38.92 |
| 13. | MainStay Funds | 65.96 | 29. | Goldman Sachs Asset Mgmt | 53.27 | 45. | BNY Mellon/Dreyfus | 38.90 |
| 14. | Prudential Investments | 65.68 | 30. | Putnam Investment Mgmt | 53.28 | 46. | Deutsche Asset & Wealth Mgmt | 38.57 |
| 15. | Fidelity Mgmt & Research | 65.33 | 31. | Oppenheimer Funds | 52.42 | 47. | Calvert Investments | 36.25 |
| 16. | Franklin Templeton | 63.67 | 32. | Thrivent Financial for Lutherans | 51.35 | 48. | Russell Investment Group | 35.42 |

HABIB0001057

# The Best Fund Families of 2014

Long known for its index funds, this year's winner, Vanguard, was propelled to the top by the outperformance of its actively managed funds. The top 10 spots don't have any repeats from last year.

| Rank | Family | Total Assets (bil)* | Weighted Score | U.S. Equity | World Equity | Mixed Equity | Taxable Bond | Tax-Exempt Bond | Phone |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Vanguard Group | $2343.40 | 73.48 | 3 | 27 | 4 | 4 | 24 | 800-662-7447 |
| 2. | BMO Global Asset Mgmt | 7.54 | 67.23 | 31 | 2 | 25 | 5 | 13 | 800-236-3863 |
| 3. | Invesco | 216.76 | 67.17 | 11 | 16 | 11 | 11 | 14 | 800-983-0903 |
| 4. | SEI Group | 80.73 | 63.56 | 13 | 19 | 31 | 7 | 42 | 800-342-5734 |
| 5. | Principal Funds | 141.16 | 63.29 | 12 | 21 | 20 | 21 | 11 | 800-222-5852 |
| 6. | BlackRock | 752.30 | 62.93 | 6 | 22 | 36 | 9 | 43 | 800-474-2737 |
| 7. | Goldman Sachs Asset Mgmt | 101.32 | 62.72 | 1 | 28 | 62 | 19 | 12 | 800-621-2550 |
| 8. | American Century Invst Mgmt | 112.26 | 62.25 | 8 | 48 | 8 | 25 | 48 | 800-345-2021 |
| 9. | UBS Global Asset Management | 12.42 | 61.26 | 25 | 7 | 12 | 39 | 34 | 888-793-8637 |
| 10. | Legg Mason | 113.42 | 60.78 | 38 | 41 | 23 | 2 | 19 | 800-822-5544 |
| 11. | Lord Abbett | 113.03 | 60.76 | 36 | 25 | 41 | 1 | 9 | 888-522-2388 |
| 12. | JPMorgan | 286.93 | 60.40 | 2 | 44 | 26 | 44 | 54 | 800-480-4111 |
| 13. | Pimco | 392.32 | 60.34 | 4 | 13 | 46 | 29 | 47 | 888-877-4626 |
| 14. | Delaware Management | 40.76 | 59.87 | 10 | 60 | 19 | 16 | 18 | 800-523-1918 |
| 15. | Victory Capital Management | 16.40 | 59.40 | 7 | 5 | 5 | 65 | 59 | 800-539-3863 |
| 16. | T. Rowe Price Associates | 525.43 | 58.88 | 40 | 8 | 15 | 33 | 29 | 800-638-5660 |
| 17. | Nuveen Fund Advisors | 48.06 | 58.26 | 21 | 50 | 16 | 24 | 10 | 800-257-8787 |
| 18. | Fidelity Mgmt & Research | 1258.52 | 57.71 | 29 | 33 | 24 | 22 | 32 | 800-544-8544 |
| 19. | Guggenheim Investments | 36.53 | 57.69 | 18 | 59 | 1 | 48 | 8 | 800-888-2461 |
| 20. | Prudential Investments | 49.71 | 57.49 | 26 | 38 | 27 | 15 | 36 | 800-225-1852 |
| 21. | Calvert Investments | 9.82 | 57.34 | 15 | 52 | 9 | 30 | 61 | 800-368-2745 |
| 22. | Northern Trust Investments | 39.68 | 56.92 | 17 | 46 | 17 | 34 | 40 | 800-595-9111 |
| 23. | Thrivent Financial for Lutherans | 16.83 | 56.60 | 34 | 18 | 38 | 12 | 52 | 800-225-5225 |
| 24. | PNC Funds | 2.90 | 56.40 | 9 | 43 | 30 | 51 | 28 | 800-551-2145 |
| 25. | Brown Advisory Funds | 5.08 | 56.25 | 61 | 10 | 3 | 6 | 62 | 800-540-6807 |
| 26. | GE Asset Management | 18.30 | 55.53 | 5 | 64 | 14 | 26 | 53 | 800-242-0134 |
| 27. | American Funds | 1205.48 | 53.69 | 49 | 17 | 10 | 40 | 51 | 800-421-0180 |
| 28. | TIAA-CREF | 99.92 | 53.54 | 14 | 58 | 43 | 14 | 23 | 800-223-1200 |
| 29. | Columbia Management | 153.55 | 53.36 | 43 | 26 | 28 | 32 | 31 | 800-345-6611 |
| 30. | Hartford Funds | 64.69 | 53.33 | 28 | 29 | 29 | 56 | 16 | 888-843-7824 |
| 31. | Pioneer Investment Mgmt | 33.96 | 53.31 | 22 | 32 | 61 | 10 | 21 | 800-225-6292 |
| 32. | State Farm Investment Mgmt | 16.35 | 53.27 | 35 | 57 | 32 | 8 | 44 | 800-447-4930 |
| 33. | Putnam Investment Mgmt | 88.60 | 52.81 | 16 | 61 | 2 | 59 | 46 | 800-225-1581 |
| 34. | AllianceBernstein | 55.70 | 52.71 | 37 | 39 | 51 | 3 | 49 | 800-221-5672 |
| 35. | USAA Asset Management | 52.73 | 52.63 | 20 | 36 | 57 | 13 | 17 | 800-531-8722 |
| 36. | Natixis Global Asset Mgmt | 163.92 | 52.33 | 30 | 51 | 13 | 52 | 37 | 800-225-5478 |
| 37. | State Street Bank & Trust | 85.33 | 51.95 | 23 | 30 | 35 | 57 | 41 | 800-997-7327 |
| 38. | Eaton Vance Management | 69.28 | 51.86 | 50 | 42 | 21 | 23 | 6 | 800-262-1122 |
| 39. | SIT Investment Associates | 2.58 | 50.83 | 24 | 49 | 7 | 64 | 3 | 800-332-5580 |
| 40. | John Hancock Group | 168.00 | 49.65 | 47 | 23 | 42 | 28 | 30 | 800-225-5291 |
| 41. | MFS Investment Management | 183.11 | 49.48 | 58 | 12 | 39 | 17 | 26 | 800-225-2606 |
| 42. | Federated Investors | 56.36 | 49.39 | 27 | 34 | 48 | 42 | 35 | 800-245-5051 |
| 43. | Ivy Investment Management | 57.98 | 48.68 | 33 | 6 | 65 | 43 | 50 | 800-777-6472 |
| 44. | Deutsche Asset & Wealth Mgmt | 35.47 | 48.43 | 42 | 45 | 37 | 45 | 22 | 800-728-3337 |
| 45. | Oppenheimer Funds | 193.94 | 47.89 | 32 | 56 | 44 | 38 | 5 | 800-225-5677 |
| 46. | RidgeWorth Funds | 19.33 | 47.77 | 45 | 62 | 22 | 37 | 20 | 888-784-3863 |
| 47. | Wilmington Funds | 3.20 | 47.33 | 44 | 15 | 58 | 36 | 38 | 800-336-9970 |
| 48. | Affiliated Managers Group | 88.36 | 47.20 | 53 | 11 | 34 | 58 | 7 | 800-548-4539 |
| 49. | Schroder Invst Mgmt N. Amer. | 3.27 | 47.16 | 19 | 53 | 63 | 41 | 1 | 800-464-3108 |
| 50. | Waddell & Reed Invst Mgmt | 24.16 | 46.67 | 48 | 4 | 56 | 53 | 56 | 888-923-3355 |
| 51. | First Investors Mgmt | 8.52 | 46.40 | 59 | 9 | 33 | 55 | 45 | 800-423-4026 |
| 52. | Transamerica Asset Mgmt | 39.26 | 46.11 | 55 | 35 | 40 | 27 | 2 | 800-851-9777 |
| 53. | BNY Mellon/Dreyfus | 67.90 | 45.89 | 57 | 40 | 18 | 46 | 33 | 800-645-6561 |
| 54. | Russell Investment Group | 43.48 | 44.68 | 39 | 31 | 60 | 47 | 39 | 800-787-7354 |
| 55. | Nationwide Fund Advisors | 19.82 | 44.62 | 41 | 24 | 55 | 49 | 57 | 800-848-0920 |
| 56. | Neuberger Berman Mgmt | 36.64 | 43.95 | 60 | 14 | 53 | 31 | 15 | 800-877-9700 |
| 57. | Frost Investment Advisors | 2.95 | 43.71 | 46 | 65 | 6 | 54 | 63 | 877-713-7678 |
| 58. | MainStay Funds | 72.61 | 43.51 | 51 | 20 | 59 | 50 | 4 | 800-624-6782 |
| 59. | Franklin Templeton | 399.90 | 39.63 | 52 | 54 | 54 | 35 | 25 | 800-342-5236 |
| 60. | Dimensional Fund Advisors | 241.38 | 39.46 | 54 | 47 | 64 | 18 | 55 | ** |
| 61. | FolioMetrix | 0.21 | 37.01 | 64 | 3 | 45 | 62 | 64 | 800-773-3863 |
| 62. | Wells Fargo Funds Mgmt | 114.11 | 36.87 | 62 | 55 | 52 | 20 | 27 | 800-222-8222 |
| 63. | AssetMark | 3.31 | 34.46 | 56 | 37 | 49 | 60 | 58 | 800-664-5345 |
| 64. | Virtus Investment Partners | 32.49 | 32.42 | 65 | 1 | 50 | 61 | 60 | 800-243-4361 |
| 65. | Manning & Napier Advisors | 19.64 | 21.97 | 63 | 63 | 47 | 63 | 65 | 800-466-3863 |

*Total assets reflect funds included in the survey.  **No 800 number; available only through advisors.  Source: Lipper

## U.S. Equity

Goldman Sachs tops the list, but perhaps the surprise is Pimco at No. 4.

| Rank | Best | Score |
|---|---|---|
| 1. | Goldman Sachs A. Mgmt | 33.69 |
| 2. | JPMorgan | 30.39 |
| 3. | Vanguard Group | 29.70 |
| 4. | Pimco | 28.88 |
| 5. | GE Asset Management | 28.28 |

| Rank | Worst | Score |
|---|---|---|
| 61. | Brown Advisory Funds | 12.53 |
| 62. | Wells Fargo Funds Mgmt | 11.31 |
| 63. | Manning & Napier Adv | 9.64 |
| 64. | FolioMetrix | 9.54 |
| 65. | Virtus Invst Partners | 5.51 |

## World Equity

Newcomer Victory scored well in the World Equity and Mixed Asset categories.

| Rank | Best | Score |
|---|---|---|
| 1. | Virtus Invst Partners | 14.90 |
| 2. | BMO Global Asset Mgmt | 14.82 |
| 3. | FolioMetrix | 14.49 |
| 4. | Waddell & Reed Invst Mgmt | 14.39 |
| 5. | Victory Capital Mgmt | 14.04 |

| Rank | Worst | Score |
|---|---|---|
| 61. | Putnam Invst Mgmt | 4.12 |
| 62. | RidgeWorth Funds | 2.90 |
| 63. | Manning & Napier Adv | 1.54 |
| 64. | GE Asset Mgmt | 1.13 |
| 65. | Frost Investment Adv | 0.61 |

## Mixed Asset

Putnam has slid dramatically down the main list, but still looks good here.

| Rank | Best | Score |
|---|---|---|
| 1. | Guggenheim Invst | 16.98 |
| 2. | Putnam Invst Mgmt | 16.88 |
| 3. | Brown Advisory Funds | 16.69 |
| 4. | Vanguard Group | 16.48 |
| 5. | Victory Capital Mgmt | 16.38 |

| Rank | Worst | Score |
|---|---|---|
| 61. | Pioneer Invst Mgmt | 4.92 |
| 62. | Goldman Sachs A. Mgmt | 4.74 |
| 63. | Schroder Invst Mgmt N. Am. | 4.23 |
| 64. | Dimensional Fund Advisors | 3.78 |
| 65. | Ivy Investment Mgmt | 3.35 |

## Taxable Bond

Legg Mason's bond shop, Western Asset Management, turned in a superior 2014.

| Rank | Best | Score |
|---|---|---|
| 1. | Lord Abbett | 18.72 |
| 2. | Legg Mason | 18.27 |
| 3. | AllianceBernstein | 17.83 |
| 4. | Vanguard Group | 16.15 |
| 5. | BMO Global Asset Mgmt | 15.39 |

| Rank | Worst | Score |
|---|---|---|
| 61. | Virtus Invst Partners | 5.09 |
| 62. | FolioMetrix | 4.35 |
| 63. | Manning & Napier Adv | 3.28 |
| 64. | SIT Investment Associates | 2.00 |
| 65. | Victory Capital Mgmt | 1.52 |

## Tax-Exempt Bond

Newcomer SIT Investment has just two muni funds, the largest is for Minnesota.

| Rank | Best | Score |
|---|---|---|
| 1. | Schroder Invst Mgmt N. Am. | 3.32 |
| 2. | Transamerica Asset Mgmt | 3.30 |
| 3. | SIT Investment Associates | 3.18 |
| 4. | MainStay Funds | 3.00 |
| 5. | Oppenheimer Funds | 2.94 |

| Rank | Worst | Score |
|---|---|---|
| 61. | Calvert Investments | 0.41 |
| 62. | Brown Advisory Funds | 0.24 |
| 63. | Frost Investment Adv | 0.24 |
| 64. | FolioMetrix | 0.17 |
| 65. | Manning & Napier Adv | 0.07 |

HABIB0001058