# EXHIBIT 44

**Document Produced in Native Format.**

Confidential                                                                                                                    HABIB0001813

| plan_id | as_of_date | ein | plan_num | plan_name | net_assets | | symbol | description |
|---|---|---|---|---|---|---|---|---|
| 60439 | 12/31/2010 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,135,610,000 | ARIFX | Wilmington Intermediate-Term Bond |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | ARIFX | Wilmington Intermediate-Term Bond |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | ARIFX | Wilmington Intermediate-Term Bond |
| 60439 | 12/31/2014 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,897,430,000 | ARIFX | Wilmington Intermediate-Term Bond |
| 60439 | 12/31/2015 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,884,910,000 | ARIFX | Wilmington Intermediate-Term Bond |
| 60439 | 12/31/2010 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,135,610,000 | ARMEX | Wilmington Mid Cap Growth |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | ARMEX | Wilmington Mid Cap Growth |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | ARMEX | Wilmington Mid Cap Growth |
| 60439 | 12/31/2014 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,897,430,000 | ARMEX | Wilmington Mid Cap Growth |
| 60439 | 12/31/2010 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,135,610,000 | ARPEX | Wilmington Small Cap Growth |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | ARPEX | Wilmington Small Cap Growth |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | ARPEX | Wilmington Small Cap Growth |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | GVLDX | Wilmington Short Duration Government Bond |
| 60439 | 12/31/2014 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,897,430,000 | GVLDX | Wilmington Short Duration Government Bond |
| 60439 | 12/31/2010 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,135,610,000 | GVPXX | MTB Prime Money Market |
| 274434 | 12/31/2010 | 560906609 | 3 | The Bank of America 401(k) Plan | $ | 8,323,190,000 | MVIEX | MTB International Equity |
| 60439 | 12/31/2010 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,135,610,000 | MVIEX | MTB International Equity |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | MVIEX | MTB International Equity |
| 60439 | 12/31/2010 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,135,610,000 | MVIGX | MTB US Government Bond |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | MVIGX | MTB US Government Bond |
| 60439 | 12/31/2015 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,884,910,000 | MVSTX | Wilmington Short-Term Corporate Bond |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | WAAIX | Wilmington Aggressive Asset Allocation |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | WAAIX | Wilmington Aggressive Asset Allocation |
| 60439 | 12/31/2014 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,897,430,000 | WAAIX | Wilmington Aggressive Asset Allocation |
| 60439 | 12/31/2015 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,884,910,000 | WAAIX | Wilmington Aggressive Asset Allocation |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | WCAIX | Wilmington Conservative Asset Allocation |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | WCAIX | Wilmington Conservative Asset Allocation |
| 60439 | 12/31/2014 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,897,430,000 | WCAIX | Wilmington Conservative Asset Allocation |
| 60439 | 12/31/2015 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,884,910,000 | WCAIX | Wilmington Conservative Asset Allocation |
| 261254 | 12/31/2010 | 530196605 | 8 | The American Red Cross Savings Plan | $ | 520,105,000 | WMRIX | Wilmington Multi-Manager Real Asset |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | WMRIX | Wilmington Multi-Manager Real Asset |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | WMRIX | Wilmington Multi-Manager Real Asset |
| 60439 | 12/31/2015 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,884,910,000 | WMRIX | Wilmington Multi-Manager Real Asset |
| 60439 | 12/31/2011 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,294,730,000 | WMSIX | Wilmington Small-Cap Strategy |
| 60439 | 12/31/2012 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,500,170,000 | WMSIX | Wilmington Small-Cap Strategy |
| 60439 | 12/31/2014 | 160538020 | 4 | M&T Bank Corporation Retirement Savings Plan | $ | 1,897,430,000 | WMSIX | Wilmington Small-Cap Strategy |