# PLACEHOLDER

# EXHIBIT 45

# REDACTED VERSON OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Employee Benefit Plans Committee

December 1, 2016

**Private & Confidential**

M&T Bank

CONFIDENTIAL

MTB-ERISA-00001817

## Proprietary Fund Ownership – Pension and Retirement Savings Plans

| Fund | Retirement Savings Plan | | | Pension Plan | | | Total Plans' WT Fund Ownership | Net Fund Expense Ratio |
|---|---|---|---|---|---|---|---|---|
| | CLOSING BALANCE | Percent of Assets in Plan | % of WT Fund Total Assets | CLOSING BALANCE | Percent of Assets in Plan | % of Fund WT Total Assets | | |
| WILMINGTON STABLE VALUE | $186,253,111 | 9.23% | ▇ | | | | ▇ | 0.52% |
| WILMINGTON SHRT-TRM BOND | $29,252,088 | 1.45% | ▇ | | | | ▇ | 0.48% |
| WLMNGTON STRTGC ALLC CONS INST | $19,796,719 | 0.98% | ▇ | | | | ▇ | 1.19% |
| WILMINGTON INTERM-TRM BND INST | $18,003,792 | 0.89% | ▇ | | | | ▇ | 0.53% |
| WILMINGTON BROAD MRKT BND INST | $12,324,617 | 0.61% | ▇ | | | | ▇ | 0.55% |
| WILMNGTN MLTI-MNGR INTL INST I | $8,730,773 | 0.43% | ▇ | $104,869,539 | 7.25% | ▇ | ▇ | 1.21% |
| WILMING. MLTMNGER REAL ASSET I | $6,948,485 | 0.34% | ▇ | $99,526,024 | 6.88% | ▇ | ▇ | 1.06% |
| WLMNGTN STRTGC ALLC AGGRS INST | $5,844,956 | 0.29% | ▇ | | | | ▇ | 1.32% |
| | | | | | | | | |
| WILMINGTON TRUST FUND TOTALS | $287,154,542 | | | $204,395,563 | | | | |

41

M&T Bank

CONFIDENTIAL

MTB-ERISA-00001857