# PLACEHOLDER

# EXHIBIT 46

# REDACTED VERSON OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# Employee Benefit Plans Committee

September 10, 2018

**Private & Confidential**

M&T Bank

CONFIDENTIAL

MTB-ERISA-00002450

## M&T Bank Pension and Retirement Savings Plans
## Proprietary Fund Ownership



| Funds | 401(K) Plan CLOSING BALANCE | Percentage of 401K Plan | 401(k) % of Fund Total Assets | Pension Plan CLOSING BALANCE | Percentage of Pension Plan | Pension Plan % of Fund Total Assets | Total Plans' Fund Ownership | Net Fund Expense Ratio |
|---|---|---|---|---|---|---|---|---|
| **Wilmington Trust Mutual Funds** | | | | | | | | |
| WILMINGTON STABLE VALUE | $ 229,863,223 | 9.11% | ■ | | | ■ | ■ | 0.50% |
| WILMINGTON SHORT-TERM BOND I | $ 26,899,371 | 1.07% | ■ | | | ■ | ■ | 0.48% |
| WILMINGTON INTERM-TRM BND INST | $ 16,487,086 | 0.65% | ■ | | | ■ | ■ | 0.49% |
| WILMNGTN MLTI-MNGR INTL INST I | $ 14,104,280 | 0.56% | ■ | $ 138,789,217 | 7.02% | ■ | ■ | 0.92% |
| WILMINGTON BROAD MRKT BND INST | $ 11,822,001 | 0.47% | ■ | | | ■ | ■ | 0.49% |
| WILMING. MLTMNGER REAL ASSET I | $ 7,688,559 | 0.30% | ■ | $ 79,740,420 | 4.03% | ■ | ■ | 0.85% |
| | | | | | | | | |
| WILMINGTON TRUST FUND TOTALS | $ 306,864,520 | | | $ 218,529,636 | | | | |

32

CONFIDENTIAL

MTB-ERISA-00002481