# EXHIBIT 47

CONFIDENTIAL



**CONFIDENTIAL**

# Employee Benefits Plans Committee
## August 13, 2012



M&T Bank — Understanding what's important®

MTB-ERISA-00000393

## Odrobina, Ann Marie

**From:** Odrobina, Ann Marie
**Sent:** Tuesday, September 11, 2012 10:10 AM
**To:** Czarnecki, Mark; Vinto, Mike; Hickey, Brian; Jones, Rene; Trolli, Michele; Braunscheidel, Steve; Minnich, Chris; Spychala, Mike
**Cc:** Odrobina, Ann Marie
**Subject:** VOTING REQUIRED - Health Savings Account - Investment Line-up
**Attachments:** EPBC - HSA Revised Fund Line Up.pptx

Hello –

You may recall in our last committee meeting we proposed an investment line up for the new Health Savings Account to begin on January 1, 2013. The committee requested a more conservative approach. The attached slide shows the originally proposed line up and the revised line up. We have removed 2 Wilmington mutual funds and replaced the Wilmington International offering with the Harbor International Fund (lower expense ratio and improved performance).

Please provide your approval/denial of the revised line up by Friday, September 14, 2012.

Thank you.

Ann Marie Odrobina
Administrative Vice President
Employee Benefits
One M&T Plaza
11Th Floor
Buffalo, NY 14203
716-842-2385

1

CONFIDENTIAL

MTB-ERISA-00000415

CONFIDENTIAL

# Health Savings Account Fund Line Up

## Originally Proposed

| Asset Class/Category | Fund | From PayFlex Menu | Share Class | Ticker | Net Prospectus Expense Ratio |
|---|---|---|---|---|---|
| U.S. Large Cap Core | Schwab S&P 500 | Y | Sel | SWPPX | 0.09% |
| U.S. Mid Cap Growth | Wilmington Mid Cap Growth   REMOVED | N | I | ARMEX | 1.08% |
| U.S. Small Cap Blend | Vanguard Small-Cap Index   REMOVED | Y | Inv | NAESX | 0.30% |
| International Equity | Wilmington Multi-Manager International REPLACED BY HARBOR INTERNATIONAL | N | I | MVIEX | 1.36% |
| U.S. Intermediate Fixed Income | Wilmington Broad Market Bond | N | I | ARKIX | 0.65% |
| Multisector Bond | PIMCO Total Return | Y | Adm | PTRAX | 0.71% |
| U.S. Short Government | Wilmington Short Duration Gov't Bond | N | I | GVLDX | 0.64% |
| Diversified Real Asset | Wilmington Multi-Manager Real Asset | N | I | WMRIX | 1.14% |
| Balanced | T. Rowe Price Balanced | N | No Load | RPBAX | 0.66% |
| Money Market | Wilmington Prime Money Market | N | I | WPSXX | 0.51% |

## Revised

| Asset Class/Category | Fund | From Payflex Menu | Share Class | Ticker | Net Prospectus Expense Ratio |
|---|---|---|---|---|---|
| U.S. Large Cap Core | Schwab S&P 500 | Y | Sel | SWPPX | 0.09% |
| International Equity | Harbor International | N | I | HAINX | 0.78% |
| U.S. Intermediate Fixed Income | Wilmington Broad Market Bond | N | I | ARKIX | 0.65% |
| Multisector Bond | PIMCO Total Return | Y | Adm | PTRAX | 0.71% |
| U.S. Short Government | Wilmington Short Duration Gov't Bond | N | I | GVLDX | 0.64% |
| Diversified Real Asset | Wilmington Multi-Manager Real Asset | N | I | WMRIX | 1.14% |
| Balanced | T. Rowe Price Balanced | N | No Load | RPBAX | 0.66% |
| Money Market | Wilmington Prime Money Market | N | I | WPSXX | 0.51% |



MTB-ERISA-00000416