# PLACEHOLDER

# EXHIBIT 48

# REDACTED VERSON OF DOCUMENT
# PROPOSED TO BE FILED UNDER SEAL

## Employee Benefit Plans Committee

*August 8, 2016*

*Private & Confidential*

**M&T** Bank

CONFIDENTIAL

MTB-ERISA-00002226

## Retirement Savings Plan – Fees and Structure Update

- Negotiated new recordkeeping and administrative fees with T. Rowe Price
  - Per participant fee reduced from $97.16 to ▮▮▮▮ – effective October 2016
  - Developed Administrative Budget for fees from revenue sharing agreements
  - Account will cover per participant fees, employee education upgrades, legal and plan management expenses (Investment Advisory services).
  - No cost impact to bank
  - Savings to participants in form of fee reductions on revenue sharing resulting in increased investment returns

- Evaluating Fund Line Up for Additional Savings
  - Collective Style Funds
  - Index Funds

- Full Implementation – 1st Quarter 2017

31

**M&T** Bank

CONFIDENTIAL

MTB-ERISA-00002256