IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re M&T Bank Corporation ERISA Litigation* | Case No. 1:16-cv-375-FPG-JJM<br>Consolidated Action |

### DECLARATION OF TYLER M. DATO IN SUPPORT OF DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' <u>MOTION FOR CLASS CERTIFICATION</u>

I, TYLER M. DATO, hereby affirm under penalty of perjury that the following is true and correct:

1. I am a member in good standing of the Bar of the State of New York and have been admitted to practice before this Court. I am an associate of the law firm of Sullivan & Cromwell LLP, counsel to Defendants in the above-captioned action.

2. I submit this Declaration in support of Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, and to put before the Court true and correct copies, to the best of my knowledge, of the documents described below and annexed hereto.

| | |
|---|---|
| Appendix A to the Prospectus/Summary Plan Description for the M&T Bank Corporation Retirement Savings Plan, dated June 7, 2010 (excerpt) | Exhibit 1 |

| | |
|---|---|
| Prospectus/Summary Plan Description for the M&T Bank Corporation Retirement Savings Plan Summary Plan, dated January 1, 2011 (excerpt) | Exhibit 2 |
| Appendix A to the Prospectus/Summary Plan Description for the M&T Bank Corporation Retirement Savings Plan, dated January 1, 2012 (excerpt) | Exhibit 3 |
| Appendix A to the Prospectus/Summary Plan Description for the M&T Bank Corporation Retirement Savings Plan, dated January 1, 2017 (excerpt) | Exhibit 4 |
| 2018 Qualified Default Investment Alternative Notice | Exhibit 5 |
| Jacqueline Allen Deposition Transcript (excerpt) | Exhibit 6 |
| Declaration of Jonathan J. Ossip | Exhibit 7 |
| Plaintiffs' Interrogatory Responses (excerpt) | Exhibit 8 |
| Jacqueline Allen Indictment | Exhibit 9 |
| Jacqueline Allen Plea Agreement | Exhibit 10 |
| Jacqueline Allen Criminal Docket Report | Exhibit 11 |
| Sa'ud Habib Deposition Transcript (excerpt) | Exhibit 12 |
| Sa'ud Habib Resume | Exhibit 13 |
| Russell Dixon Deposition Transcript (excerpt) | Exhibit 14 |

| | |
|---|---|
| Janet Smith Deposition Transcript (excerpt) | Exhibit 15 |
| Kenneth Sliwinski Deposition Transcript (excerpt) | Exhibit 16 |
| Beverly Williams Deposition Transcript (excerpt) | Exhibit 17 |
| Nichols Kaster Advertisement | Exhibit 18 |
| Sa'ud Habib Release | Exhibit 19 |
| Jacqueline Allen Release | Exhibit 20 |
| Kenneth Sliwinski Release | Exhibit 21 |
| M&T Bank Employee Benefit Plans Committee Meeting Materials, dated March 11, 2013 (excerpt) | Exhibit 22 |
| M&T Bank Employee Benefit Plans Committee Meeting Materials, dated September 10, 2018 (excerpt) | Exhibit 23 |
| Fifth Amendment to the Recordkeeping Agreement (excerpt) | Exhibit 24 |

Executed in New York, NY on April 26, 2019.

/s/ Tyler M. Dato
Tyler M. Dato