# Exhibit 4

THIS DOCUMENT CONSTITUTES PART OF A
PROSPECTUS COVERING SECURITIES THAT
HAVE BEEN REGISTERED UNDER THE
SECURITIES ACT OF 1933

## PROSPECTUS AND SUMMARY PLAN DESCRIPTION

## DATED JANUARY 1, 2017

## FOR THE

## M&T BANK CORPORATION RETIREMENT SAVINGS PLAN

The securities offered by this Prospectus and Summary Plan Description ("Prospectus/SPD")
consist of 3,000,000 shares of common stock, par value $0.50 per share, of M&T Bank
Corporation ("M&T Stock"), a New York corporation (the "Company"), and an indeterminate
number of interests in the M&T Bank Corporation Retirement Savings Plan.

For Use Only By Participants and Beneficiaries Under The M&T Bank Corporation Retirement
Savings Plan. Not To Be Shown Or Distributed To The Public.

CONFIDENTIAL

MTB-ERISA-00002926

## APPENDIX A{ TC "**APPENDIX A**" \f C \l "1" }

THIS DOCUMENT CONSTITUTES PART OF A PROSPECTUS
COVERING SECURITIES THAT HAVE BEEN REGISTERED
UNDER THE SECURITIES ACT OF 1933

*M&T BANK CORPORATION*
*RETIREMENT SAVINGS PLAN*

Appendix dated January 1, 2017 to the
Prospectus/Summary Plan Description (SPD) dated
January 1, 2017

This Appendix provides certain current information regarding the Plan identified above, which is fully described in the Prospectus/SPD to which this Appendix relates, and the Investment Options in which Plan participants may invest pursuant to the Plan.  Capitalized terms in this Appendix have the same meaning assigned in the Prospectus/SPD.

**More detailed information about each of the Investment Options described below, other than M&T Bank Corporation Common Stock ("M&T Stock"), the Wilmington Trust Stable Value Fund and the T. Rowe Price Retirement Date Trusts, is contained in the prospectus and annual report for the Investment Option.  More detailed information about the Wilmington Trust Stable Value Fund and the T. Rowe Price Retirement Date Trusts is contained in "Trust Fact Sheets."  You may obtain copies of the most recent prospectuses and/or the Trust Fact Sheets by contacting the Recordkeeper (T. Rowe Price) at its Internet website at http://rps.troweprice.com/, or by calling the toll-free Plan Account Line at 1-800-922-9945.  You should read these materials carefully before making a decision to invest in a particular Investment Option.**

CONFIDENTIAL

MTB-ERISA-00002969

**<u>Investment Options</u>**

You are permitted to allocate future contributions and amounts already in your Account among one or more of the Investment Options.   There are currently 34 different Investment Options, which may change in the future.

Mutual Funds: Except for M&T Stock, the Wilmington Trust Stable Value Fund, and the T Rowe Price Retirement Date Trusts, each of the Investment Options is currently a mutual fund. A mutual fund pools the money of various investors (individuals, savings plans, pension plans, etc.).  Professional managers use this money to buy investments for the mutual fund's portfolio according to the fund's specific objectives.

Common Trusts: Common trusts are pooled investments that are available only to qualified retirement plans.  Professional managers use this money to buy investments for the trust's portfolio according to the trust's specific objectives.  The Wilmington Trust Stable Value Fund and the T. Rowe Price Retirement Date Trusts are common trusts.

The 34 current Investment Options are as follows:

<u>M&T Stock</u>
• M&T Bank Corporation Common Stock

<u>Equity Funds</u>
• Harbor International Fund, Inv.
• Sterling Capital Mid Value, I
• Morgan Stanley Inst Small Co Growth, I
• Morgan Stanley Inst Growth, I
• Diamond Hill Large Cap, I
• T. Rowe Price Balanced Fund
• T. Rowe Price Equity Income Fund
• T. Rowe Price Growth Stock Fund
• T. Rowe Price Small-Cap Value Fund
• Vanguard Institutional Index Fund, Inst Plus
• Vanguard Mid-Cap Index Fund, Inst
• Vanguard Small-Cap Index Fund, Inst

<u>Asset Allocation Funds</u>
• Wilmington Trust Aggressive Asset Allocation Fund
• Wilmington Trust Conservative Asset Allocation Fund
• Wilmington Trust Multi Manager International Fund
• Wilmington Trust Multi Manager Real Asset Fund

<u>Income Funds</u>
• Wilmington Trust Intermediate-term Bond Fund, I
• Wilmington Trust Short-term Bond Fund, I
• Wilmington Broad Market Bond Fund Institutional

CONFIDENTIAL

MTB-ERISA-00002970

- Met West Total Return Bond Fund, I

Stability Fund
- Wilmington Trust Stable Value Fund

  [Note: Fidelity Advisors Stable Value Fund was an Investment Option available to participants in the Profit Incentive Bonus Plan of Hudson City Savings Bank. All funds remaining in the Fidelity Advisors Stable Value Fund will be transferred to the Wilmington Trust Stable Value Fund by March 31, 2017.]

Retirement Date Common Trusts
- T. Rowe Price Retirement Balanced Trust
- T. Rowe Price Retirement 2010 Trust
- T. Rowe Price Retirement 2015 Trust
- T. Rowe Price Retirement 2020 Trust
- T. Rowe Price Retirement 2025 Trust
- T. Rowe Price Retirement 2030 Trust
- T. Rowe Price Retirement 2035 Trust
- T. Rowe Price Retirement 2040 Trust
- T. Rowe Price Retirement 2045 Trust
- T. Rowe Price Retirement 2050 Trust
- T. Rowe Price Retirement 2055 Trust
- T. Rowe Price Retirement 2060 Trust

**Unlike bank deposits, investments in mutual funds, common trusts and other investments are not insured by the Federal Deposit Insurance Corporation or otherwise protected by the U.S. government, and they are not bank deposits or other obligations of, or guaranteed by, M&T Bank.  All mutual funds, common trusts and other investments are subject to investment risks, including possible loss of the principal amount invested.**

The Investment Options in which you may choose to invest are described below. The descriptions of the Investment Options, other than M&T Stock, are based on materials provided by the Investment Options.  More detailed information about each mutual fund Investment Option is contained in a separate prospectus for that Investment Option.  More detailed information about each of the common trust Investment Options is contained in Fund Fact Sheets. You may obtain copies of the most recent prospectuses and the Fund Fact Sheets by contacting the Recordkeeper through its participant website at rps.troweprice.com or by calling the toll-free Plan Account Line at (800) 922-9945.

You should carefully read the Prospectus/SPD, as supplemented by this Appendix, and the prospectuses and Fund Fact Sheets before determining the Investment Options to which you will allocate future contributions or amounts already in your Account.

CONFIDENTIAL                                                                                    MTB-ERISA-00002971