# Exhibit 8

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* M&T Bank Corporation ERISA Litigation | Case No. 1:16-cv-375-FPG-JJM<br>Consolidated Action |

**PLAINTIFFFS' RESPONSES AND OBJECTIONS TO DEFENDANTS' FIRST SET OF INTERROGATORIES**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and the Local Rules of this District, Plaintiffs Jacqueline Allen, Russ Dixon, Sa'ud Habib, Kenneth Sliwinski, J. Marlene Smith, and Beverly Williams ("Plaintiffs"), by and through their counsel, hereby submit these responses to Defendants' First Set of Interrogatories.

Plaintiffs' responses to these Interrogatories are made on the basis of facts and circumstances as they are presently known to Plaintiffs. Plaintiffs have not yet completed their research, analysis, and investigation of all facts relating to this case, and discovery is ongoing. Plaintiffs answer and respond to these discovery requests as they interpret and understand them. Plaintiffs expressly reserve the right to supplement, correct, or amend these responses in the event that further discovery or events reveal information or documents that would justify such supplementation, correction, or amendment.

Further, Plaintiffs' responses to each of Defendants' Interrogatories are made without in any way waiving or intending to waive but, on the contrary, intending to preserve and preserving:

**RESPONSE**

Plaintiff Ken Sliwinski states none.

Plaintiff Beverly Williams states none.

Plaintiff J. Marlene Smith was a party to a divorce action filed in Dauphin County in 1990 that resolved in 1995.

Plaintiff Sa'ud Habib was a party to a workers' compensation matter initiated in the 1970s.

Plaintiff Jacqueline Allen states none.

Plaintiff Russ Dixon states none.

**INTERROGATORY NO. 10**

If You have been convicted of a crime, provide the date of conviction, the state in which You were convicted, and the crime of which You were convicted.

**RESPONSE**

Plaintiff Ken Sliwinski states none.

Plaintiff Beverly Williams states none.

Plaintiff J. Marlene Smith states none.

Plaintiff Sa'ud Habib states none.

Plaintiff Jacquelin Allen states that in approximately 2003 or 2004, while living in Wilmington, Delaware, she plead guilty to a misdemeanor assault charge.

Plaintiff Russ Dixon states none.

**INTERROGATORY NO. 11**

Without identifying the substance of the Communication, identify Your initial Communication with Your attorneys regarding the Lawsuit or any of the allegations or claims