# Exhibit 9

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| THE STATE OF DELAWARE | ) |
| | ) |
| V. | ) INDICTMENT BY THE GRAND JURY |
| | ) |
| JACKIE ADAMS | ) I.D. #0306000207 |

The Grand Jury charges JACKIE ADAMS with the following offenses:

**COUNT I. A FELONY**     I#N 03 - 06 - 1204

ASSAULT SECOND DEGREE, in violation of Title 11, Section 612(a)(1) of the Delaware Code of 1974, as amended.

JACKIE ADAMS, on or about the 1st day of June, 2003, in the County of New Castle, State of Delaware, did intentionally cause physical injury to Gary Adams by means of a deadly weapon, by stabbing him with a knife.

**COUNT II. A FELONY**     I#N 03 - 06 - 1203

POSSESSION OF A DEADLY WEAPON DURING THE COMMISSION OF A FELONY, in violation of Title 11, Section 1447 of the Delaware Code of 1974, as amended.

JACKIE ADAMS, on or about the 1st day of June, 2003, in the County of New Castle, State of Delaware, did knowingly possess a deadly weapon during the commission of a felony by possessing a knife, a deadly weapon, during the commission of Assault Second as set forth in Count I of this Indictment which is herein incorporated by reference.

A TRUE BILL

_____
(FOREPERSON)

_M. Jane Brady_____
ATTORNEY GENERAL

_Marsha J. Foster_____
DEPUTY ATTORNEY GENERAL