# Exhibit 10

Superior Court of the State of Delaware, __NC__ County

# PLEA AGREEMENT

(B) JOHN(?)

State of Delaware v. __Jackie Adams__

Case No(s): __0306 000207__ Cr.A.#s: __IN03-06-1204; 1203__

☐ Title 11 HAB. OFFENDER _____   ☐ BOOT CAMP ELIGIBLE   ☐ INELIGIBLE
☐ RULE 11(e)(1)(C) — If out of guideline, reason is as follows: _____
☐ Title 11, §4336, sex offender notification required   ☐ Title 11, §9019(e), forensic fine ☐ $100(F), ☐ $50(M)

**Defendant will plead guilty to:**

| Count | Cr.A.# | Charge | [LIO if applicable] |
|---|---|---|---|
| I | IN03-06-1204 | Assault third | [LIO 11 §611] |

Upon the sentencing of the defendant, a **nolle prosequi** is entered on ☐ the following charges/☐ all remaining charges on this indictment:

Count   Cr.A#   Charge

**Sentence Recommendation/Agreement:**   ☐ PSI   ☑ Immediate Sentencing

I   1yr Level V susp 1yr Level II

**State and Defendant agree to the following:**
☐ Restitution: _____
☑ No __unlawful__ contact w/ __Gary Adams__
☑ Other Conditions:
- dv intervention counselling
- MHE + treatment, if recommended

DAG: __MARSHA EPSTEIN__   DEF. COUNSEL: __D Facciolo__
PRINT NAME                  PRINT NAME

_Marsha Epstein_ SIGNATURE     _signature_ SIGNATURE

DEFENDANT: __Jackie Adams__

Date: __11/25/03__

XC: Attorney for Defendant, Defendant
Attorney General, Attorney General Worksheet

Page ___ of ___