# Exhibit 11

```
                    SUPERIOR COURT CRIMINAL DOCKET              Page    1
                       ( as of  04/03/2019 )

State of Delaware v.  JACKIE D ADAMS                   DOB: ████████
State's Atty: MARSHA J WHITE , Esq.        AKA: JACQUELINE WATERS
Defense Atty: DAVID J. FACCIOLO , Esq.          JACQUELINE WATERS
                                                JACQUELINE D GROSS
                                                JACQUELINE D WATERS
                                                JACQUELINE D ADAMS
                                                JACQUELINE D THOMAS


Assigned Judge:

Charges:
Count    DUC#         Crim.Action#    Description       Dispo.   Dispo. Date
-----------------------------------------------------------------------------
 001   0306000207   IN03061203    PDWDCF            NOLP      12/08/2003
 002   0306000207   N03061205     ASSAULT 1ST       NOLP      12/08/2003
 003   0306000207   PN03061204    ASSAULT 3RD       GLTY      12/08/2003
       0306000207   VN0306120401  VIOL O/PROBATN    VF        01/21/2005

No.    Event Date    Docket Add Date                   Judge
        Event
-----------------------------------------------------------------------------
1   06/16/2003      06/17/2003
       INDICTMENT, TRUE BILL FILED.NO 89
       SCHEDULED FOR ARRAIGNMENT AND BAIL REPRESENTATION 06/27/03 AT 8:30
       CASE REVIEW 07/21/03 AT 9:00
2   06/18/2003      06/18/2003
       CASE ACCEPTED IN SUPERIOR COURT.
       ARREST DATE: 06/01/2003
       PRELIMINARY HEARING DATE: 061703
       BAIL:  SECURED BAIL-RELEASED            8,500.00 100%
       W/CONDITION
3   06/18/2003      06/19/2003
       SUMMONS MAILED.
6   06/23/2003      07/02/2003
       NOTICE OF SERVICE - DISCOVERY RESPONSE
       FROM THE ATTORNEY GENERAL'S OFFICE.
4   06/27/2003      06/27/2003              REYNOLDS MICHAEL P
       ARRAIGNMENT/BAIL STATUS/CONTROL FOR REPRESENTATION:  DEF. WAIVED
       READING OF INDICTMENT, PLEA OF NOT GUILTY ENTERED, JURY TRIAL DEMANDED
    06/27/2003      06/27/2003              REYNOLDS MICHAEL P
       BAIL MODIFIED.  BAIL NOW SET AT
       SECURED BAIL-RELEASED              8,500.00 100%
          You are ordered to have no contact, direct or indirect
       GARY ADAMS
       (hereinafter the "Alleged Victim"), or with the alleged vict
       residence, place of employment, school, church, or at any ot
          No direct or indirect contact means that you are not to
```

```
                    SUPERIOR COURT CRIMINAL DOCKET                Page    2
                      ( as of  04/03/2019 )

State of Delaware v.  JACKIE D ADAMS                      DOB: █████████
State's Atty: MARSHA J WHITE , Esq.          AKA: JACQUELINE WATERS
Defense Atty:                                     JACQUELINE D THOMAS

No.   Event Date     Docket Add Date                     Judge
         Event
---------------------------------------------------------------------------
      physical presence of the alleged victim.  Also, you cannot s
      messages or notes to the alleged victim by mail, other perso
      You cannot send messages to, or communicate with, the allege
      telephone, or other electronic medium.  You cannot send pres
      any other object to the alleged victim.  You are not to cont
      victim in ANY way.  It is a violation of this order if you h
      except your attorney, contact the alleged victim for you.
      ---
          You are to make no attempts to locate the alleged victi
      ---
          You will at all times stay 100 or more yards away from
      victim, the alleged victim's residence and workplace.
      ---
          You will establish a temporary residence at
      2914 WASHINGTON ST, WILM DE 764-5826, TONGY JAMES
      ---
5     06/27/2003        06/30/2003                 REYNOLDS MICHAEL P
      ARRAIGNMENT CALENDAR, ARRAIGNED.
      07/21/2003        07/21/2003                 TOLIVER CHARLES H IV
      CASE REVIEW CALENDAR:  SET FOR FINAL CASE REVIEW. 8/11/03 @ 9
      08/11/2003        08/11/2003                 SLIGHTS JOSEPH R III
      FINAL CASE REVIEW:  NO PLEA/SET FOR TRIAL 10/2/03
7     08/11/2003        08/12/2003
      ORDER SCHEDULING TRIAL FILED.
      TRIAL DATE:  10/02/03
      CASE CATEGORY:_____2
      ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
      UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
      OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
      FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
      CONTINUANCE REQUESTS WILL BE DENIED.
8     09/15/2003        09/15/2003
      SUBPOENA(S) MAILED.
9     09/24/2003        10/01/2003
      STATE'S WITNESS SUBPOENA ISSUED.
10    10/10/2003        10/10/2003
      ORDER SCHEDULING TRIAL FILED.
      TRIAL DATE: 12/18/03
      CASE CATEGORY: #2
      ASSIGNED JUDGE (CATEGORY 1 CASES ONLY):
      UNLESS THE COURT IS ADVISED WITHIN 2 WEEKS OF THE UNAVAILABILITY
      OF NECESSARY WITNESSES, THE COURT WILL CONSIDER THE MATTER READY
```

```
                SUPERIOR COURT CRIMINAL DOCKET                    Page    3
                   ( as of  04/03/2019 )

State of Delaware v.  JACKIE D ADAMS                      DOB: ████████
State's Atty: MARSHA J WHITE , Esq.        AKA: JACQUELINE WATERS
Defense Atty:                                   JACQUELINE D THOMAS


No.   Event Date     Docket Add Date                   Judge
        Event
---------------------------------------------------------------------------
      FOR TRIAL.  ABSENT EXCEPTIONAL CIRCUMSTANCES, RESCHEDULING OR
      CONTINUANCE REQUESTS WILL BE DENIED.
11   12/01/2003         12/01/2003
      SUBPOENA(S) MAILED.
12   12/02/2003         12/04/2003
      STATE'S WITNESS SUBPOENA ISSUED.
13   12/08/2003         12/08/2003            HERLIHY JEROME O
      TRIAL CALENDER/PLEA HEARING:  PLED GUILTY AND SENTENCED
14   12/08/2003         12/30/2003            HERLIHY JEROME O
      ASOP ORDER SIGNED AND FILED ON 12-8-03.
15   12/27/2004         12/28/2004            HERLIHY JEROME O
      VIOLATION-OF-PROBATION REPORT FILED:  SUMMONS REQUESTED.
      PROBATION OFFICER: JENNIFER RUMSEY
16   01/11/2005         01/11/2005
      SUMMONS MAILED.
     01/21/2005         01/21/2005            HERLIHY JEROME O
      VIOLATION-OF-PROBATION HEARING:  DEFENDANT FOUND IN
      VIOLATION.SENTENCED.
18   01/21/2005         01/25/2005            HERLIHY JEROME O
      VOP ASOP ORDER SIGNED AND FILED ON 1-21-05.
19   02/13/2006         03/09/2006            HERLIHY JEROME O
      DEFENDANT DISCHARGED FROM PROBATION AS UNIMPROVED AND A CIVIL
      JUDGMENT OF $387.00 BE MADE AGAINST HER.
      APPROVED BY JUDGE HERLIHY.
20   02/14/2006         03/09/2006            HERLIHY JEROME O
      JUDGMENT ENTERED IN THE AMOUNT OF $387.00 SO ORDERED BY JUDGE HERLIHY.
      03J-02-462; T-22-387.
      JUDGMENT SATISFIED 6/6/07 BY SHARON AGNEW, PROTHONOTARY, BY POWER OF
      ATTORNEY
21   05/11/2007         05/25/2007
      NOTICE FROM ACCOUNTING DEPARTMENT.  FINANCIAL OBLIGATIONS FOR THIS
      CASE HAVE BEEN SATISFIED, $387.00
      5/25/07 - COPY SENT TO JUDGMENTS TO SATISFY CIVIL JUDGMENT
22   05/15/2007         05/25/2007
      LETTER FROM SANDY AUTMAN TO DEF. ACKNOWLEDGING RECEIPT OF $387.00 FROM
      STATE OF DEL. TAX REFUND WHICH PAYS THIS CASE IN FULL.
23   05/25/2007         05/25/2007
      CASE CLOSED.

            *** END OF DOCKET LISTING AS OF  04/03/2019 ***
                 PRINTED BY: CSCGJAC
```