# Exhibit 18

# ◆ATTENTION◆

# M&T Bank
## Employees and Retirees:

Shortchanged due to excessive fees or poor investment offerings in your 401(k) plan?

If you currently participate in the M&T Bank 401(k) Savings Plan or participated in the Plan within the past five years, we would like to speak with you about our investigation into the fees and investment options in your 401(k) plan.

## Please call:
### Carl Engstrom   Attorney At Law

# (877) 448-0492 Ext. 233



**Nichols Kaster** ATTORNEYS AT LAW | EMPLOYEE & CONSUMER RIGHTS

4600 IDS Center | 80 South Eighth Street | Minneapolis, MN 55402 | NKA.com

HABIB0002916