# Exhibit 19

*Attn: Nancy L. Qusatier*

# ⚠ M&T Bank

One M&T Plaza, 11th Floor, Buffalo, NY 14203
716-842-5353  FAX 716-842-2326
Human Resources

## ATTACHMENT

## GENERAL RELEASE AND WAIVER

For and in consideration of good and valuable consideration, as outlined in the letter dated July 8, 2010, the receipt and sufficiency of which is hereby acknowledged, SA'UD S. HABIB, for himself and his heirs and assigns, hereby irrevocably and unconditionally releases, and forever discharges M&T Bank, as defined above, and all persons acting by, through, under or in concert with any of them (collectively "Releasees") from any and all complaints, claims, liabilities, obligations, promises, agreements, controversies, damages, actions, causes of action, suits in law or in equity, rights, demands, costs, losses, debts and expenses (including attorneys' fees and costs actually incurred), of any nature whatsoever, known or unknown, which he now has, or claims to have, or which he at any time heretofore had, or claimed to have had against M&T Bank and each or any of the Releasees arising out of his employment with M&T Bank and the termination of that employment and specifically he waives any and all claims under the Virginia Human Rights Act, the Age Discrimination in Employment Act, as amended, Title VII of Civil Rights Act of 1964, as amended in 1972 and 1991, the Americans with Disabilities Act of 1990, the Family and Medical Leave Act, the Worker Adjustment and Retraining Notification Act, all as may have been amended from time to time, and any other federal, state or local law, rule, regulation, executive order or guidelines relating to discrimination from the beginning of the world to the date of this General Release and Waiver.

Dated: _July 12, 2010_
City: _Alexandria_
State: _Virginia_

_____
SA'UD S. HABIB

Sworn to before me this
19th day of _July_, 2010.

_____
Notary Public