UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re M&T Bank Corporation ERISA Litigation* | Civil Action No.: 1:16-cv-375-FPG-JJM <br><br> Consolidated Action |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM GORDON FEINBLATT LLC**

PLEASE TAKE NOTICE, that Plaintiffs Sa'ud Habib, Beverly Williams, J. Marlene Smith, Kenneth Sliwinski, Russ Dixon and Jacqueline Allen (collectively "Plaintiffs") will and hereby do move this Court for an order to compel Gordon Feinblatt LLC to produce the documents listed on Gordon Feinblatt LLC's privilege log that are identified by the following beginning control numbers: REV0000385, REV0000409, REV0000444, REV0000445, REV0000744, REV0000866; and to produce unredacted versions of the documents listed on Gordon Feinblatt LLC's privilege logs that are identified by the following beginning bates numbers: GF0002788, GF0002860, and GF000286. The grounds for this motion are set forth in Plaintiffs' Memorandum in Support of this motion.

This motion is made based on this Notice of Motion and Motion, Plaintiffs' Memorandum of Law filed with this Notice of Motion and Motion, the Declaration of Jacob Schutz in support of this motion, and all other papers, pleadings, documents, arguments of counsel and materials submitted in this matter, and any other evidence and argument the Court may consider.

Pursuant to Local Rule 7(a)(1), Plaintiffs state they intend to file and serve a reply brief in further support of this Motion.

Dated:  September 13, 2019                    Respectfully submitted,

By: /s/ Jacob Schutz
**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN Bar No. 022084X*
Kai Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Jacob Schutz, MN Bar No. 0395648*
Chloe A. O'Neill, MN Bar No. 0398257*
   *admitted in W.D.N.Y.
4600 IDS Center

1

80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
Email: krichter@nka.com
　cengstrom@nka.com
　jschutz@nka.com
　coneill@nka.com


**KESSLER TOPAZ MELTZER
　& CHECK, LLP**
Mark K. Gyandoh (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email: eciolko@ktmc.com
Email: mgyandoh@ktmc.com
Email: jsjohnson@ktmc.com

*Interim Co-Lead Counsel*

**TREVETT CRISTO**
Lucinda Lapoff, Esq.
2 State Street, Suite 1000
Rochester, NY 14614
Tel: (585) 454-2181
Fax: (585) 454-4026
Email: clapoff@trevettcristo.com

*Interim Local Counsel*