# EXHIBIT 3

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| | | | | M&T BANK - DOCUMENTS WITHHELD AS PRIVILEGED | | | | |
| REV0000077 | Email string | 11/14/2016 | Mellin, Matthew P. | Driscoll, Michael | | Administrative Expenses Amendment | Privileged. Legal advice given to persons other than fiduciaries. | |
| | | 8/12/2016 | Mellin, Matthew P. | Driscoll, Michael | | Administrative Expenses Amendment | Privileged. Legal advice given to persons other than fiduciaries. | |
| REV0000078 | Draft | | | | | Administrative Expenses Amendment | Privileged. Legal advice given to persons other than fiduciaries. | |
| REV0000082 | Email | 8/12/2016 | Mellin, Matthew P. | Driscoll, Michael | | AdminIstrative Expenses Amendment | Privileged. Legal advice given to persons other than fiduciaries. | |
| REV0000083 | Draft | | | | | Adminstrative Expenses Amendment | Privileged. Legal advice given to persons other than fiduciaries. | |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| REV0000164 | Email | 9/6/2018 | Mellin, Matthew P. | Rizzuto Sr, Joseph | | Administrative Budget Distribution Options | Privileged. Legal advice given to persons other than fiduciaries. | |
| REV0000385 | Email | 10/21/2013 | Mellin, Matthew P. | Partlow III, Ralph | | Investments in Wilmington Trust Mutual Funds | Privileged. Legal advice given to persons other than fiduciaries. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000409 | Email | 1/2/2015 | Mellin, Matthew P. | Yoshida, Brian | | Investments in Wilmington Trust Mutual Funds | Privileged. Legal advice given to persons other than fiduciaries. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000444 | Email | 2/16/2015 | Mellin, Matthew P. | Yoshida, Brian | | Investments in Wilmington Trust Mutual Funds | Privileged. Legal advice given to persons other than fiduciaries. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000445 | Memorandum | 2/16/2015 | Mellin, Matthew P. | Yoshida, Brian | | Investments in Wilmington Trust Mutual Funds | Privileged. Legal advice given to persons other than fiduciaries. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| REV0000454 | Email String | 10/2/2017 | Mellin, Matthew P. | Yoshida, Brian | | Investment Policy Statement | Privileged. Legal advice given to persons other than fiduciaries. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| | | 10/2/2017 | Mellin, Matthew P. | Rizzuto Sr, Joseph Hoffacker, Brett | Otterson, John Seivold, Stephen Glasser, Matthew Odrobina, Ann Marie | Investment Policy Statement | Privileged | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| | | 9/27/2017 | Rizzuto Sr, Joseph | Mellin, Matthew P. Hoffacker, Brett | Otterson, John Seivold, Stephen Glasser, Matthew Odrobina, Ann Marie | Investment Policy Statement | Privileged | |
| | | 9/27/2017 | Mellin, Matthew P. | Rizzuto Sr, Joseph Hoffacker, Brett | Otterson, John Seivold, Stephen Glasser, Matthew Odrobina, Ann Marie | Investment Policy Statement | Privileged | |
| | | 8/25/2017 | Rizzuto Sr, Joseph | Hoffacker, Brett Osrobina, Ann Marie | Otterson, John Seivold, Stephen Glasser,Matthew Mellin, Matthew P. | Investment Policy Statement | Privileged | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| | | 8/24/2017 | Hoffacker, Brett | Rizzuto Sr, Joseph Osrobina, Ann Marie | Otterson, John Seivold, Stephen Glasser, Matthew | Investment Policy Statement | Privileged | |
| REV0000455 | Attachment | | | | | Investment Policy Statement | Privileged | |
| REV0000456 | Draft | | | | | Investment Policy Statement | Privileged | |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| REV0000458 | Email | 8/3/2018 | Rizzuto Sr, Joseph | Mellin, Matthew P. | Odrobina, Ann Marie | Investment Policy Statement | Privileged | Contains reference to advice from class action litigation counsel. |
| REV0000476 | Email | 8/3/2018 | Rizzuto Sr, Joseph | Mellin, Matthew P. | Odrobina, Ann Marie | Investment Policy Statement | Privileged | Contains reference to advice from class action litigation counsel. |
| REV0000578 | Email string | 3/5/2018 | Mellin, Matthew P. | Rizzuto Sr, Joseph | Odrobina, Ann Marie | SmartDollar Expenses | Privileged | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
|  |  | 2/27/2018 | Rizzuto Sr, Joseph | Mellin, Matthew P. Odrobina, Ann Marie |  | SmartDollar Expenses |  |  |
| REV0000579 | Attachment |  |  |  |  | SmartDollar Expenses | Privileged |  |
| REV0000580 | Attachment |  |  |  |  | SmartDollar Expenses | Privileged |  |
| REV0000644 | Email | 12/23/2015 | Mellin, Matthew P. | Yoshida, Brian Ronan, Sean | Rizzuto Sr, Joseph Thrope, Jerrold A. | Nichols Kaster lawsuit vs. Deutsche Bank | Privileged. Legal advice given to persons other than fiduciaries. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000645 | Complaint |  |  |  |  | Nichols Kaster lawsuit vs. Deutsche Bank | Attachment |  |
| REV0000676 | Email | 12/11/2015 | Mellin, Matthew P. | Yoshida, Brian Ronan, Sean | Rizzuto Sr, Joseph Thrope, Jerrold A. | Mutual Fund Fee Disclosure | Privileged. Legal advice given to persons other than fiduciaries. |  |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| REV0000677 | Draft | | | | | Mutual Fund Fee Disclosure | Privileged. Legal advice given to persons other than fiduciaries. | |
| REV0000716 | Email string | 2/1/2016 | Mellin, Matthew P. | Rizzuto Sr, Joseph | Odrobina, Ann Marie Yoshida, Brian Ronan, Sean Bowlus, Jeb | Letter from J. Marlene Smith | Privileged. Legal advice given to persons other than fiduciaries. | Advice relates to response to Nichols Kaster letters. |
| | | 1/18/2016 | Rizzuto Sr, Joseph | Mellin, Matthew P. | Odrobina, Ann Marie | Letter from J. Marlene Smith | Privileged | |
| | | 1/15/2016 | Rizzuto Sr, Joseph | Mellin, Matthew P. | | Letter from J. Marlene Smith | Privileged | |
| REV0000717 | Letter | 1/12/2016 | Smith, J. Marlene | M&T Employee Benefit Plan Committee | | Letter from J. Marlene Smith | Attachment | |
| REV0000733 | Memorandum | 12/11/2015 | Mellin, Matthew P. | Yoshida, Brian | | Class Action Lawsuits | Privileged. Legal advice given to persons other than fiduciaries in response to letters sent by Nichols Kaster. | Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| REV0000735 | Email string | 10/12/2015 | Yoshida, Brian | Mellin, Matthew P. Odrobina, Ann Marie Rizzuto Sr, Joseph | | Class Action Lawsuits | Privileged. Legal advice given to persons other than fiduciaries. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| | | 10/12/2015 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph Yoshida, Brian | | Class Action Lawsuits | Privileged. Legal advice given to persons other than fiduciaries. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000738 | Email | 12/11/2015 | Mellin, Matthew P. | Yoshida, Brian Ronan, Sean | Rizzuto Sr, Joseph Thrope, Jerrold A. | Class Action Lawsuits | Privileged. Legal advice given to persons other than fiduciaries. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| REV0000739 | Memorandum | 12/11/2015 | | | | Class Action Lawsuits | Privileged. Legal advice given to persons other than fiduciaries. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000744 | Memorandum | 2/16/2015 | | | | Investments in Wilmington Trust Mutual Funds | Privileged. Legal advice given to persons other than fiduciaries. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |
| REV0000866 | Email string | 8/12/2014 | Odrobina, Ann Marie | Mellin, Matthew P. Rizzuto Sr, Joseph | Yoshida, Brian | Wilmington Risk | Advice relates to analysis of potential claims against M&T and affiliated entities. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |

| Internal Document ID | Doc. Type | Date | From | TO | CC | Subject | Responsiveness | Additional Information |
|---|---|---|---|---|---|---|---|---|
| | | 8/11/2014 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph | Yoshida, Brian | Wilmington Risk | Advice relates to analysis of potential claims against M&T and affiliated entities. | Advice relates to analysis of potential claims against M&T and affiliated entities. Also, advice relates to potential liability and is within the exception to the lack of privilege if advice is deemed given to fiduciaries. |