# EXHIBIT 4

# M&T BANK - DOCUMENTS REDACTED AS PRIVILEGED

| Beg. Bates No. | End Bates No. | Doc. Type | Date | From | TO | CC | Subject | Reason Redacted | Additional Information re privilege redactions relating to the RSP |
|---|---|---|---|---|---|---|---|---|---|
| GF0000256 | GF0000258 | Email | 9/6/2018 | Mellin, Matthew P. | Rizzuto Sr, Joseph | | Administrative Budget Distribution Options | Privileged | Redaction to legal advice re admin function |
| GF0001024 | GF0001026 | Email | 9/5/2018 | Odrobina, Ann Marie | Coletti, Janet Pichler, Anabel Trolli, Michele King, Darren Gold, Rich Hickey, Brian Todaro, Mike Spychala, Mike | Fox, Sarah Hartman, Michelle Diblasio, Diane Monte, Barb Bennett, Carol Pokerwinski, Debbie Kozlowski, Gerri | | Privileged | Page 2 redaction of advice from class action litigation counsel re IPS |
| GF0001176 | GF0001178 | Email | 8/7/2018 | Mellin, Matthew P. | Odrobina, Ann Marie | Rizzuto Sr, Joseph | | Privileged | Page 1 redaction to seeking advice from class action litigation counsel re IPS |
| | | Attachment | | | | | | Privileged | |
| GF0001284 | GF0001284 | Email | 6/20/2018 | Mellin, Matthew P. | Rizzuto Sr, Joseph | | | Privileged | Page 1 redaction to seeking advice from class action litigation counsel re IPS |
| GF0002755 | GF0002756 | Email | 8/8/2017 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph | | List of Action Items | Privileged/Non-Responsive | Paragraph 12 redaction for advice related to class action |
| GF0002764 | GF0002767 | Email | 9/7/2018 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph Hoestermann, Joseph | Ronan, Sean Baum, Sabra M. Mariani, II, William | List of Action Items | Privileged/Non-Responsive | Paragraph 1 redaction of advice from class action litigation counsel re IPS |
| GF0002768 | GF0002771 | Email | 7/24/2018 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph Hoestermann, Joseph | | List of Action Items | Privileged/Non-Responsive | Paragraph 1 redaction to seeking advice from class action litigation counsel re IPS |

| Beg. Bates No. | End Bates No. | Doc. Type | Date | From | TO | CC | Subject | Reason Redacted | Additional Information re privilege redactions relating to the RSP |
|---|---|---|---|---|---|---|---|---|---|
| GF0002772 | GF0002774 | Email | 2/21/2018 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph Hoestermann, Joseph | | List of Action Items | Privileged/Non-Responsive | RSP Paragraph 1 redaction of advice from corporate litigation counsel re IPS and seeking advice from class action counsel re IPS. RSP Paragraph 8 reference to seeking advice from class action litigation counsel. |
| GF0002778 | GF0002780 | Email | 11/9/2017 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph | | List of Action Items | Privileged/Non-Responsive | RSP Paragraphs 3 reference to seek advice from class action litigation counsel re ISP. RSP Paragraph 8 reference to seeking advice from class action litigation counsel. |
| GF0002788 | GF0002790 | Email | 2/20/2015 | Mellin, Matthew P. | Ann Marie Odrobina | | List of Action Items | Privileged/Non-Responsive | RSP Paragraph 6 reference to legal advice re WT Mutual funds |
| GF0002791 | GF0002794 | Email | 5/29/2018 | Mellin, Matthew P. | Ann Marie Odrobina Rizzuto Sr, Joseph Hoestermann, Joseph | | List of Action Items | Privileged/Non-Responsive | RSP Paragraph 1 reference to advice from class ction litigation counsel re IPS |
| GF0002799 | GF0002802 | Email | 1/19/2017 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph | Porter, Mary L. | List of Action Items | Privileged/Non-Responsive | RSP Pragraph 1 relates to communication with class action litigation counsel. RSP Paragraph 2 relates to advice from class action litigation counsel re IPS. |

| Beg. Bates No. | End Bates No. | Doc. Type | Date | From | TO | CC | Subject | Reason Redacted | Additional Information re privilege redactions relating to the RSP |
|---|---|---|---|---|---|---|---|---|---|
| GF0002806 | GF0002809 | Email | 3/22/2018 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph Hoestermann, Joseph | | List of Action Items | Privileged/Non-Responsive | RSP Paragraph 1 reference to advice from class ction litigation counsel re IPS |
| GF0002817 | GF0002820 | Email | 11/29/2016 | Mellin, Matthew P. | Odrobina, Ann Marie Rizzuto Sr, Joseph | Porter, Mary L. | List of Action Items | Privileged/Non-Responsive | RSP Paragraph 1 relates to communications with class action litigation counsel. RSP Paragraph 2 relates to advice from class action litigation counsel re IPS. |
| GF0002860 | GF0002862 | Handwritten Notes | 8/11/2014 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Outline of presentation by counsel re legal risks related to RSP |
| GF0002863 | GF0002865 | Handwritten Notes | 11/3/2014 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Counsel's notes regarding legal analysis |
| GF0002878 | GF0002881 | Handwritten Notes | 2/29/2016 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Outline of presentation by counsel regarding analysis of potential class action suit in response to letter and advertisements |
| GF0002882 | GF0002884 | Handwritten Notes | 5/9/2016 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Page 3 redactions reflect counsel's mental impressions |
| GF0002885 | GF0002888 | Handwritten Notes | 8/8/2016 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Page 1 presentation by counsel re status of class action lawsuit |
| GF0002898 | GF0002901 | Handwritten Notes | 8/7/2017 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Page 6 and 7 redactions discussion of class action litigation |

| Beg. Bates No. | End Bates No. | Doc. Type | Date | From | TO | CC | Subject | Reason Redacted | Additional Information re privilege redactions relating to the RSP |
|---|---|---|---|---|---|---|---|---|---|
| GF0002902 | GF0002905 | Handwritten Notes | 11/13/2017 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | Page 1 presentation by counsel re status of class action lawsuit |
| GF0002908 | GF0002909 | Handwritten Notes | 6/4/2018 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | No privileged material |
| GF0002910 | GF0002912 | Handwritten Notes | 9/10/2018 | Mellin, Matthew P. | | | Committee Meeting Notes | Privileged/Non-Responsive | No privilged material |