# EXHIBIT 8

| From: | Schutz, Jacob |
|---|---|
| To: | Pepperman II, Richard C.; Schwartz, Matthew A.; Krugman, Maya; Hill, Colin O.; Thrope, Jerrold A.; Dato, Tyler M. |
| Cc: | "mgyandoh@ktmc.com"; "CLAPOFF@TREVETTCRISTO.COM"; Richter, Kai; Lukas, Paul; Specht, Brock; Engstrom, Carl; Luebesmier, Elizabeth |
| Subject: | In re M&T Bank Corp. ERISA Litigation |
| Date: | Wednesday, August 28, 2019 6:06:49 PM |

Counsel:

In light of yesterday's telephonic conference with the Court, please advise whether you are available tomorrow to meet and confer regarding Gordon Feinblatt's privilege logs. If not, please provide your soonest availability. During the meet and confer call, please be prepared to discuss the following documents as identified on Gordon Feinblatt's privilege logs:

REV0000409
REV0000444
REV0000445
REV0000454
REV0000744
REV0000866
GF0002788
GF0002860
GF0002863

Thanks,
Jacob



**Jacob Schutz**
Associate Attorney
612-256-3288 | jschutz@nka.com

4600 IDS Center, 80 S. 8th St.
Minneapolis, MN 55402
877-448-0492 | fax: 612-338-4878
www.nka.com
contact card

**EMPLOYEE & CONSUMER RIGHTS**

The information contained in this transmission may be attorney privileged and/or confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.