# EXHIBIT 10

## Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6047(e), 6057(b), and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

## 2015

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2015 or fiscal plan year beginning 01/01/2015 and ending 12/31/2015

**A** This return/report is for:
☐ a multiemployer plan;
☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions); or
☒ a single-employer plan;
☐ a DFE (specify) ____

**B** This return/report is:
☐ the first return/report;
☐ the final return/report;
☐ an amended return/report;
☐ a short plan year return/report (less than 12 months).

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:
☒ Form 5558;
☐ automatic extension;
☐ the DFVC program;
☐ special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

| | |
|---|---|
| **1a** Name of plan<br>M & T BANK CORPORATION RETIREMENT SAVINGS PLAN | **1b** Three-digit plan number (PN) ▶ 004 |
| | **1c** Effective date of plan<br>04/01/1986 |
| **2a** Plan sponsor's name (employer, if for a single-employer plan)<br>Mailing address (include room, apt., suite no. and street, or P.O. Box)<br>City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)<br>MANUFACTURERS AND TRADERS TRUST CO.<br><br><br>ONE M AND T PLAZA, 11TH FLOOR<br>BUFFALO, NY 14203-2301 | **2b** Employer Identification Number (EIN)<br>16-0538020 |
| | **2c** Plan Sponsor's telephone number<br>716-842-5746 |
| | **2d** Business code (see instructions)<br>525920 |

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/13/2016 | JOSEPH M. RIZZUTO |
|---|---|---|---|
| | **Signature of plan administrator** | Date | Enter name of individual signing as plan administrator |

| SIGN HERE | Filed with authorized/valid electronic signature. | 10/13/2016 | JOSEPH M. RIZZUTO |
|---|---|---|---|
| | **Signature of employer/plan sponsor** | Date | Enter name of individual signing as employer or plan sponsor |

| SIGN HERE | | | |
|---|---|---|---|
| | **Signature of DFE** | Date | Enter name of individual signing as DFE |

| Preparer's name (including firm name, if applicable) and address (include room or suite number)<br>RONALD ARCULEO<br><br>DELOITTE TAX LLP<br><br>1700 MARKET STREET<br>PHILADELPHIA, PA 19103 | Preparer's telephone number<br><br>215-246-2300 |
|---|---|

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Form 5500 (2015)
v. 150123

HABIB0000864

| 3a | Plan administrator's name and address ☒Same as Plan Sponsor | 3b | Administrator's EIN |
|---|---|---|---|
| | | 3c | Administrator's telephone number |

| 4 | If the name and/or EIN of the plan sponsor has changed since the last return/report filed for this plan, enter the name, EIN and the plan number from the last return/report: | 4b | EIN |
|---|---|---|---|
| a | Sponsor's name | 4c | PN |

| 5 | Total number of participants at the beginning of the plan year | 5 | 21662 |
|---|---|---|---|

| 6 | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines 6a(1), 6a(2), 6b, 6c, and 6d). | | |
|---|---|---|---|
| a(1) | Total number of active participants at the beginning of the plan year...................... | 6a(1) | 16679 |
| a(2) | Total number of active participants at the end of the plan year ......................... | 6a(2) | 17236 |
| b | Retired or separated participants receiving benefits.................................... | 6b | 3 |
| c | Other retired or separated participants entitled to future benefits...................... | 6c | 5166 |
| d | Subtotal. Add lines 6a(2), 6b, and 6c.............................................. | 6d | 22405 |
| e | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits........ | 6e | 37 |
| f | Total.  Add lines 6d and 6e...................................................... | 6f | 22442 |
| g | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)............................................ | 6g | 18367 |
| h | Number of participants that terminated employment during the plan year with accrued benefits that were less than 100% vested | 6h | 725 |
| 7 | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item) ........ | 7 | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E    2G    2I    2J    2K    2O    2T    3H

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| 9a | Plan funding arrangement (check all that apply) | | 9b | Plan benefit arrangement (check all that apply) | |
|---|---|---|---|---|---|
| (1) | ☐ | Insurance | (1) | ☐ | Insurance |
| (2) | ☐ | Code section 412(e)(3) insurance contracts | (2) | ☐ | Code section 412(e)(3) insurance contracts |
| (3) | ☒ | Trust | (3) | ☒ | Trust |
| (4) | ☐ | General assets of the sponsor | (4) | ☐ | General assets of the sponsor |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions)

| **a** Pension Schedules | | | **b** General Schedules | | |
|---|---|---|---|---|---|
| (1) | ☒ | **R** (Retirement Plan Information) | (1) | ☒ | **H** (Financial Information) |
| (2) | ☐ | **MB** (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary | (2) | ☐ | **I** (Financial Information – Small Plan) |
| | | | (3) | ☐ | **A** (Insurance Information) |
| | | | (4) | ☒ | **C** (Service Provider Information) |
| | | | (5) | ☒ | **D** (DFE/Participating Plan Information) |
| (3) | ☐ | **SB** (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary | (6) | ☐ | **G** (Financial Transaction Schedules) |

HABIB0000865

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) ............................………… ☐ Yes ☐ No

    If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes ☐ No

**11c** Enter the Receipt Confirmation Code for the 2015 Form M-1 annual report.  If the plan was not required to file the 2015 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

    Receipt Confirmation Code_____

HABIB0000866

## SCHEDULE C
### (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Service Provider Information

This schedule is required to be filed under section 104 of the Employee
Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2015

**This Form is Open to Public
Inspection.**

| | |
|---|---|
| For calendar plan year 2015 or fiscal plan year beginning 01/01/2015 | and ending 12/31/2015 |

**A** Name of plan
M & T BANK CORPORATION RETIREMENT SAVINGS PLAN

**B** Three-digit
plan number (PN) ▶ 004

**C** Plan sponsor's name as shown on line 2a of Form 5500
MANUFACTURERS AND TRADERS TRUST CO.

**D** Employer Identification Number (EIN)
16-0538020

---

| **Part I** | **Service Provider Information (see instructions)** |
|---|---|

You must complete this Part, in accordance with the instructions, to report the information required for **each person** who received, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of monetary value) in connection with services rendered to the plan or the person's position with the plan during the plan year. If a person received **only** eligible indirect compensation for which the plan received the required disclosures, you are required to answer line 1 but are not required to include that person when completing the remainder of this Part.

## 1 Information on Persons Receiving Only Eligible Indirect Compensation

**a** Check "Yes" or "No" to indicate whether you are excluding a person from the remainder of this Part because they received only eligible indirect compensation for which the plan received the required disclosures (see instructions for definitions and conditions)................. [X] Yes [ ] No

**b** If you answered line 1a "Yes," enter the name and EIN or address of each person providing the required disclosures for the service providers who received only eligible indirect compensation. Complete as many entries as needed (see instructions).

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| DIAMOND HILL FUNDS       325 JOHN H MCCONNELL BOULEVARD<br>SUITE 200<br>COLUMBUS, OH 43215 |

| **(b)** Enter name and EIN or address of person who provided you disclosure on eligible indirect compensation |
|---|
| HARBOR FUNDS       111 SOUTH WACKER DRIVE<br>34TH FLOOR<br>CHICAGO, IL 60606 |

| **(b)** Enter name and EIN or address of person who provided you disclosure on eligible indirect compensation |
|---|
| METROPOLITAN WEST       865 SOUTH FIGUEROA STREET<br>LOS ANGELES, CA 90017 |

| **(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation |
|---|
| MORGAN STANLEY AND COMPANY INC       1585 BROADWAY<br>NEW YORK, NY 10036 |

---

**For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500**

**Schedule C (Form 5500) 2015**
**v.150123**

HABIB0000867

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

MTB FUNDS
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

PIMCO FUNDS DIST INST
P.O. BOX 55060
BOSTON, MA 02205

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

STERLING CAPITAL FUNDS
P.O. BOX 9762
PROVIDENCE, RI 02940

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

VANGUARD MARKETING CORP
100 VANGUARD BLVD
MALVERN, PA 19355

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

WILMINGTON FUNDS
1100 NORTH MARKET STREET
WILMINGTON, DE 19890

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

WILMINGTON TRUST
111 SOUTH CALVERT STREET
26TH FLOOR
BALTIMORE, MD 21202

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

**(b)** Enter name and EIN or address of person who provided you disclosures on eligible indirect compensation

HABIB0000868

**2.  Information on Other Service Providers Receiving Direct or Indirect Compensation.**  Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| **(a)** Enter name and EIN or address (see instructions) |
|---|

| T ROWE PRICE RPS INC | 100 EAST PRATT STREET<br>BALTIMORE, MD 21202 |
|---|---|

| **(b)**<br>Service<br>Code(s) | **(c)**<br>Relationship to<br>employer, employee<br>organization, or<br>person known to be<br>a party-in-interest | **(d)**<br>Enter direct<br>compensation paid<br>by the plan.  If none,<br>enter -0-. | **(e)**<br>Did service provider<br>receive indirect<br>compensation? (sources<br>other than plan or plan<br>sponsor) | **(f)**<br>Did indirect compensation<br>include eligible indirect<br>compensation, for which the<br>plan received the required<br>disclosures? | **(g)**<br>Enter total indirect<br>compensation received by<br>service provider excluding<br>eligible indirect<br>compensation for which you<br>answered "Yes" to element<br>(f).  If none, enter -0-. | **(h)**<br>Did the service<br>provider give you a<br>formula instead of<br>an amount or<br>estimated amount? |
|---|---|---|---|---|---|---|
| 15 21 25 28<br>37 38 49 50<br>52 57 59 62<br>64 65 | NONE | 76886 | Yes ☒  No ☐ | Yes ☒  No ☐ | 0 | Yes ☒  No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
|---|

| GORDON FEINBLATT LLC | 233 EAST REDWOOD ST<br>BALTIMORE, MD 21202 |
|---|---|

| **(b)**<br>Service<br>Code(s) | **(c)**<br>Relationship to<br>employer, employee<br>organization, or<br>person known to be<br>a party-in-interest | **(d)**<br>Enter direct<br>compensation paid<br>by the plan.  If none,<br>enter -0-. | **(e)**<br>Did service provider<br>receive indirect<br>compensation? (sources<br>other than plan or plan<br>sponsor) | **(f)**<br>Did indirect compensation<br>include eligible indirect<br>compensation, for which the<br>plan received the required<br>disclosures? | **(g)**<br>Enter total indirect<br>compensation received by<br>service provider excluding<br>eligible indirect<br>compensation for which you<br>answered "Yes" to element<br>(f).  If none, enter -0-. | **(h)**<br>Did the service<br>provider give you a<br>formula instead of<br>an amount or<br>estimated amount? |
|---|---|---|---|---|---|---|
| 29 50 | NONE | 64243 | Yes ☐  No ☒ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

| **(a)** Enter name and EIN or address (see instructions) |
|---|

| AON CONSULTING INC | P.O. BOX 95135<br>CHICAGO, IL 60694 |
|---|---|

| **(b)**<br>Service<br>Code(s) | **(c)**<br>Relationship to<br>employer, employee<br>organization, or<br>person known to be<br>a party-in-interest | **(d)**<br>Enter direct<br>compensation paid<br>by the plan.  If none,<br>enter -0-. | **(e)**<br>Did service provider<br>receive indirect<br>compensation? (sources<br>other than plan or plan<br>sponsor) | **(f)**<br>Did indirect compensation<br>include eligible indirect<br>compensation, for which the<br>plan received the required<br>disclosures? | **(g)**<br>Enter total indirect<br>compensation received by<br>service provider excluding<br>eligible indirect<br>compensation for which you<br>answered "Yes" to element<br>(f).  If none, enter -0-. | **(h)**<br>Did the service<br>provider give you a<br>formula instead of<br>an amount or<br>estimated amount? |
|---|---|---|---|---|---|---|
| 16 29 50 | NONE | 11050 | Yes ☐  No ☒ | Yes ☐  No ☐ |  | Yes ☐  No ☐ |

HABIB0000869

**2. Information on Other Service Providers Receiving Direct or Indirect Compensation.** Except for those persons for whom you answered "Yes" to line 1a above, complete as many entries as needed to list each person receiving, directly or indirectly, $5,000 or more in total compensation (i.e., money or anything else of value) in connection with services rendered to the plan or their position with the plan during the plan year. (See instructions).

| | **(a)** Enter name and EIN or address (see instructions) | | | | | |
|---|---|---|---|---|---|---|
| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

| | **(a)** Enter name and EIN or address (see instructions) | | | | | |
|---|---|---|---|---|---|---|
| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

| | **(a)** Enter name and EIN or address (see instructions) | | | | | |
|---|---|---|---|---|---|---|
| **(b)** Service Code(s) | **(c)** Relationship to employer, employee organization, or person known to be a party-in-interest | **(d)** Enter direct compensation paid by the plan. If none, enter -0-. | **(e)** Did service provider receive indirect compensation? (sources other than plan or plan sponsor) | **(f)** Did indirect compensation include eligible indirect compensation, for which the plan received the required disclosures? | **(g)** Enter total indirect compensation received by service provider excluding eligible indirect compensation for which you answered "Yes" to element (f). If none, enter -0-. | **(h)** Did the service provider give you a formula instead of an amount or estimated amount? |
| | | | Yes ☐ No ☐ | Yes ☐ No ☐ | | Yes ☐ No ☐ |

HABIB0000870

---

| **Part I** | **Service Provider Information (continued)** |

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation.  Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| T ROWE PRICE RPS INC | 15 21 25 28 37 38 49 50 52 57 59 62 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|---|
| DIAMOND HILL LARGE CAP I | 325 JOHN H MCCONNELL BOULEVARD SUITE 200 COLUMBUS, OH 43215 | FEE FOR SHAREHOLDER SERVICING BASED UPON 0.1% |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| T ROWE PRICE RPS INC | 15 21 25 28 37 38 49 50 52 57 59 62 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|---|
| HARBOR INTERNATIONAL FUND INSTL | 111 SOUTH WACKER DRIVE 34TH FLOOR CHICAGO, IL 60606 | FEE FOR SHAREHOLDER SERVICING BASED UPON 0.1% |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| T ROWE PRICE RPS INC | 15 21 25 28 37 38 49 50 52 57 59 62 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|---|
| MET WEST TOTAL RETURN BOND I | 865 SOUTH FIGUEROA STREET LOS ANGELES, CA 90017 | FEE FOR SHAREHOLDER SERVICING BASED UPON 0.1% |

HABIB0000871

| Part I | Service Provider Information (continued) |
|---|---|

**3** If you reported on line 2 receipt of indirect compensation, other than eligible indirect compensation, by a service provider, and the service provider is a fiduciary or provides contract administrator, consulting, custodial, investment advisory, investment management, broker, or recordkeeping services, answer the following questions for (a) each source from whom the service provider received $1,000 or more in indirect compensation and (b) each source for whom the service provider gave you a formula used to determine the indirect compensation instead of an amount or estimated amount of the indirect compensation. Complete as many entries as needed to report the required information for each source.

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
| T ROWE PRICE RPS INC | 15 21 25 28 37 38 49 50 52 57 59 62 64 65 | 0 |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
| STERLING CAPITAL MID CAP VALUE    P.O. BOX 9762 PROVIDENCE, RI 02940 | FEE FOR SHAREHOLDER SERVICING BASED UPON 0.15% |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

| **(a)** Enter service provider name as it appears on line 2 | **(b)** Service Codes (see instructions) | **(c)** Enter amount of indirect compensation |
|---|---|---|
|  |  |  |

| **(d)** Enter name and EIN (address) of source of indirect compensation | **(e)** Describe the indirect compensation, including any formula used to determine the service provider's eligibility for or the amount of the indirect compensation. |
|---|---|
|  |  |

HABIB0000872

| Part II | Service Providers Who Fail or Refuse to Provide Information |
|---|---|

**4**   Provide, to the extent possible, the following information for each service provider who failed or refused to provide the information necessary to complete this Schedule.

| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
|---|---|---|
| | | |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
| | | |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
| | | |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
| | | |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
| | | |
| (a) Enter name and EIN or address of service provider (see instructions) | (b) Nature of Service Code(s) | (c) Describe the information that the service provider failed or refused to provide |
| | | |

HABIB0000873

| Part III | Termination Information on Accountants and Enrolled Actuaries (see instructions) |
|---|---|
| | (complete as many entries as needed) |

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

| **a** Name: | **b** EIN: |
|---|---|
| **c** Position: | |
| **d** Address: | **e** Telephone: |
| | |

Explanation:

HABIB0000874

**SCHEDULE D**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

# DFE/Participating Plan Information

This schedule is required to be filed under section 104 of the Employee
Retirement Income Security Act of 1974 (ERISA).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2015

**This Form is Open to Public Inspection.**

For calendar plan year 2015 or fiscal plan year beginning 01/01/2015 and ending 12/31/2015

| **A** Name of plan M & T BANK CORPORATION RETIREMENT SAVINGS PLAN | **B** Three-digit plan number (PN) ▶ | 004 |
|---|---|---|

| **C** Plan or DFE sponsor's name as shown on line 2a of Form 5500 MANUFACTURERS AND TRADERS TRUST CO. | **D** Employer Identification Number (EIN) 16-0538020 |
|---|---|

| **Part I** | Information on interests in MTIAs, CCTs, PSAs, and 103-12 IEs (to be completed by plans and DFEs) (Complete as many entries as needed to report all interests in DFEs) |
|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE: WILMINGTON STABLE VALUE

**b** Name of sponsor of entity listed in (a): WILMINGTON TRUST COMPANY

| **c** EIN-PN 51-6521510-001 | **d** Entity code C | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) 166716154 |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule D (Form 5500) 2015
v. 150123

HABIB0000875

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

**a** Name of MTIA, CCT, PSA, or 103-12 IE:

**b** Name of sponsor of entity listed in (a):

| **c** EIN-PN | **d** Entity code | **e** Dollar value of interest in MTIA, CCT, PSA, or 103-12 IE at end of year (see instructions) |
|---|---|---|

HABIB0000876

| Part II | Information on Participating Plans (to be completed by DFEs) |
|---|---|
| | (Complete as many entries as needed to report all participating plans) |

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

**a**   Plan name

| **b** Name of plan sponsor | **c** EIN-PN |
|---|---|

HABIB0000877

**SCHEDULE H**
**(Form 5500)**

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Financial Information

This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2015

**This Form is Open to Public Inspection**

For calendar plan year 2015 or fiscal plan year beginning   01/01/2015   and ending   12/31/2015

| | |
|---|---|
| **A** Name of plan<br>M & T BANK CORPORATION RETIREMENT SAVINGS PLAN | **B** Three-digit<br>plan number (PN) ▶   004 |
| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>MANUFACTURERS AND TRADERS TRUST CO. | **D** Employer Identification Number (EIN)<br>16-0538020 |

## Part I — Asset and Liability Statement

**1** Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| Assets | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................ | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
|    (1) Employer contributions ............................................ | **1b(1)** | 22735439 | 24208512 |
|    (2) Participant contributions ............................................ | **1b(2)** | 1003105 | 1386135 |
|    (3) Other ............................................ | **1b(3)** | 591614 | 198058 |
| **c** General investments: | | | |
|    (1) Interest-bearing cash (include money market accounts & certificates of deposit) | **1c(1)** | | |
|    (2) U.S. Government securities............................................ | **1c(2)** | | |
|    (3) Corporate debt instruments (other than employer securities): | | | |
|      (A) Preferred ............................................ | **1c(3)(A)** | | |
|      (B) All other ............................................ | **1c(3)(B)** | | |
|    (4) Corporate stocks (other than employer securities): | | | |
|      (A) Preferred ............................................ | **1c(4)(A)** | | |
|      (B) Common ............................................ | **1c(4)(B)** | | |
|    (5) Partnership/joint venture interests ............................................ | **1c(5)** | | |
|    (6) Real estate (other than employer real property) ............................................ | **1c(6)** | | |
|    (7) Loans (other than to participants) ............................................ | **1c(7)** | | |
|    (8) Participant loans ............................................ | **1c(8)** | 30321853 | 29583182 |
|    (9) Value of interest in common/collective trusts............................................ | **1c(9)** | 173145528 | 166716154 |
|    (10) Value of interest in pooled separate accounts ............................................ | **1c(10)** | | |
|    (11) Value of interest in master trust investment accounts ............................................ | **1c(11)** | | |
|    (12) Value of interest in 103-12 investment entities ............................................ | **1c(12)** | | |
|    (13) Value of interest in registered investment companies (e.g., mutual funds)............................................ | **1c(13)** | 1347471085 | 1358004181 |
|    (14) Value of funds held in insurance company general account (unallocated contracts)............................................ | **1c(14)** | | |
|    (15) Other............................................ | **1c(15)** | | |

HABIB0000878

| 1d | Employer-related investments: | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|---|
| | **(1)** Employer securities ................................................. | **1d(1)** | 346495248 | 330609791 |
| | **(2)** Employer real property .............................................. | **1d(2)** | | |
| **e** | Buildings and other property used in plan operation...................... | **1e** | | |
| **f** | Total assets (add all amounts in lines 1a through 1e) ...................... | **1f** | 1921763872 | 1910706013 |

## Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable ............................................... | **1g** | | |
| **h** | Operating payables ................................................. | **1h** | | |
| **i** | Acquisition indebtedness ............................................ | **1i** | | |
| **j** | Other liabilities...................................................... | **1j** | | |
| **k** | Total liabilities (add all amounts in lines 1g through1j) ...................... | **1k** | 0 | 0 |

## Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f)................................ | **1l** | 1921763872 | 1910706013 |

---

| **Part II** | **Income and Expense Statement** |
|---|---|

**2**  Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

| Income | | | **(a)** Amount | **(b)** Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| | **(1)** Received or receivable in cash from: **(A)** Employers................................. | **2a(1)(A)** | 57612560 | |
| | **(B)** Participants ........................................................ | **2a(1)(B)** | 68321386 | |
| | **(C)** Others (including rollovers)................................................ | **2a(1)(C)** | 9031767 | |
| | **(2)** Noncash contributions ................................................ | **2a(2)** | | |
| | **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** ................ | **2a(3)** | | 134965713 |
| **b** | **Earnings on investments:** | | | |
| | **(1)** Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit)............................................... | **2b(1)(A)** | | |
| | **(B)** U.S. Government securities ......................................... | **2b(1)(B)** | | |
| | **(C)** Corporate debt instruments ........................................ | **2b(1)(C)** | | |
| | **(D)** Loans (other than to participants) ................................... | **2b(1)(D)** | | |
| | **(E)** Participant loans .................................................. | **2b(1)(E)** | 4877547 | |
| | **(F)** Other ............................................................ | **2b(1)(F)** | | |
| | **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** .......................... | **2b(1)(G)** | | 4877547 |
| | **(2)** Dividends: **(A)** Preferred stock .......................................... | **2b(2)(A)** | | |
| | **(B)** Common stock .................................................... | **2b(2)(B)** | 7522331 | |
| | **(C)** Registered investment company shares (e.g. mutual funds)............. | **2b(2)(C)** | 81278539 | |
| | **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** ..................... | **2b(2)(D)** | | 88800870 |
| | **(3)** Rents................................................................ | **2b(3)** | | |
| | **(4)** Net gain (loss) on sale of assets: **(A)** Aggregate proceeds ..................... | **2b(4)(A)** | 44650208 | |
| | **(B)** Aggregate carrying amount (see instructions) ........................ | **2b(4)(B)** | 45138388 | |
| | **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............... | **2b(4)(C)** | | -488180 |
| | **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate...................... | **2b(5)(A)** | | |
| | **(B)** Other ............................................................ | **2b(5)(B)** | 10895627 | |
| | **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)**................................ | **2b(5)(C)** | | 10895627 |

HABIB0000879

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **(6)** Net investment gain (loss) from common/collective trusts ...................... | 2b(6) | | -2705309 |
| **(7)** Net investment gain (loss) from pooled separate accounts ...................... | 2b(7) | | |
| **(8)** Net investment gain (loss) from master trust investment accounts .......... | 2b(8) | | |
| **(9)** Net investment gain (loss) from 103-12 investment entities ................... | 2b(9) | | |
| **(10)** Net investment gain (loss) from registered investment companies (e.g., mutual funds)................................................. | 2b(10) | | -106915289 |
| **c** Other income................................................................ | 2c | | |
| **d** Total income. Add all **income** amounts in column (b) and enter total.................... | 2d | | 129430979 |

### Expenses

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **e** Benefit payment and payments to provide benefits: | | | |
| **(1)** Directly to participants or beneficiaries, including direct rollovers............. | 2e(1) | 140302222 | |
| **(2)** To insurance carriers for the provision of benefits ................................. | 2e(2) | | |
| **(3)** Other ................................................................... | 2e(3) | | |
| **(4)** Total benefit payments. Add lines **2e(1)** through **(3)** ...................... | 2e(4) | | 140302222 |
| **f** Corrective distributions (see instructions) ............................................ | 2f | | |
| **g** Certain deemed distributions of participant loans (see instructions) ........... | 2g | | 34437 |
| **h** Interest expense ............................................................ | 2h | | |
| **i** Administrative expenses: **(1)** Professional fees ............................. | 2i(1) | 75293 | |
| **(2)** Contract administrator fees ......................................... | 2i(2) | | |
| **(3)** Investment advisory and management fees ......................... | 2i(3) | | |
| **(4)** Other ................................................................... | 2i(4) | 76886 | |
| **(5)** Total administrative expenses. Add lines **2i(1)** through **(4)** ...................... | 2i(5) | | 152179 |
| **j** Total expenses. Add all **expense** amounts in column (b) and enter total........ | 2j | | 140488838 |

### Net Income and Reconciliation

| | | (a) Amount | (b) Total |
|---|---|---|---|
| **k** Net income (loss). Subtract line **2j** from line **2d** ............................................ | 2k | | -11057859 |
| **l** Transfers of assets: | | | |
| **(1)** To this plan ............................................................ | 2l(1) | | |
| **(2)** From this plan ......................................................... | 2l(2) | | |

---

**Part III** | **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

**(1)** ☒ Unqualified    **(2)** ☐ Qualified    **(3)** ☐ Disclaimer    **(4)** ☐ Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?     ☐ Yes   ☒ No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

     **(1)** Name: PRICEWATERHOUSECOOPERS LLP      **(2)** EIN: 13-4008324

**d** The opinion of an independent qualified public accountant is **not attached** because:

**(1)** ☐ This form is filed for a CCT, PSA, or MTIA.    **(2)** ☐ It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV** | **Compliance Questions**

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | N/A | Amount |
|---|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.) .... | 4a | | X | | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.)................................................. | 4b | | X | | |

HABIB0000880

|  |  | Yes | No | N/A | Amount |
|---|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ............................ **4c** |  | X |  |  |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)............................................................................................ **4d** |  | X |  |  |
| **e** | Was this plan covered by a fidelity bond?.................................................................... **4e** | X |  |  | 55000000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? **4f** |  | X |  |  |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? **4g** |  | X |  |  |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?......... **4h** |  | X |  |  |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.) ......... **4i** | X |  |  |  |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)............................ **4j** |  | X |  |  |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC?............................ **4k** |  | X |  |  |
| **l** | Has the plan failed to provide any benefit when due under the plan? ..................... **4l** |  | X |  |  |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)................................... **4m** |  | X |  |  |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ................... **4n** |  |  |  |  |
| **o** | Did the plan trust incur unrelated business taxable income? ..................................... **4o** |  |  |  |  |
| **p** | Were in-service distributions made during the plan year? ......................................... **4p** |  |  |  |  |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?
If "Yes," enter the amount of any plan assets that reverted to the employer this year........................... ☐ Yes ☒ No   **Amount:**

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (see ERISA section 4021)? ..... ☐ Yes ☐ No ☐ Not determined

| **Part V** | **Trust Information** |
|---|---|

**6a** Name of trust

**6b** Trust's EIN

**6c** Name of trustee or custodian

**6d** Trustee's or custodian's telephone number

# SCHEDULE R
## (Form 5500)

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security Administration

Pension Benefit Guaranty Corporation

# Retirement Plan Information

This schedule is required to be filed under section 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).

▶ **File as an attachment to Form 5500.**

OMB No. 1210-0110

## 2015

**This Form is Open to Public Inspection.**

For calendar plan year 2015 or fiscal plan year beginning    01/01/2015    and ending    12/31/2015

**A**   Name of plan
M & T BANK CORPORATION RETIREMENT SAVINGS PLAN

**B**   Three-digit plan number (PN)   ▶   004

**C**   Plan sponsor's name as shown on line 2a of Form 5500
MANUFACTURERS AND TRADERS TRUST CO.

**D**   Employer Identification Number (EIN)
16-0538020

| Part I | Distributions |
|---|---|

**All references to distributions relate only to payments of benefits during the plan year.**

**1**   Total value of distributions paid in property other than in cash or the forms of property specified in the instructions......................................................................................................   **1**   0

**2**   Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s):   52-1481931

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3**   Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year.................................................................   **3**

| Part II | Funding Information (If the plan is not subject to the minimum funding requirements of section of 412 of the Internal Revenue Code or ERISA section 302, skip this Part) |
|---|---|

**4**   Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)?...........................   ☐ Yes   ☐ No   ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5**   If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver.   **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a**   Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived)..........................................   **6a**

   **b**   Enter the amount contributed by the employer to the plan for this plan year............................   **6b**

   **c**   Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount)...................   **6c**

**If you completed line 6c, skip lines 8 and 9.**

**7**   Will the minimum funding amount reported on line 6c be met by the funding deadline?....................................   ☐ Yes   ☐ No   ☐ N/A

**8**   If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change?...........................................................................   ☐ Yes   ☐ No   ☐ N/A

| Part III | Amendments |
|---|---|

**9**   If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box.   ☐ Increase   ☐ Decrease   ☐ Both   ☐ No

| Part IV | ESOPs (see instructions). If this is not a plan described under Section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10**   Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan?.............   ☐ Yes   ☒ No

**11 a**   Does the ESOP hold any preferred stock?.........................................................................   ☐ Yes   ☒ No

   **b**   If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.)   ☐ Yes   ☒ No

**12**   Does the ESOP hold any stock that is not readily tradable on an established securities market?..................................   ☐ Yes   ☒ No

For Paperwork Reduction Act Notice and OMB Control Numbers, see the instructions for Form 5500.

Schedule R (Form 5500) 2015
v. 150123

HABIB0000882

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13** Enter the following information for each employer that contributed more than 5% of total contributions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

**a** Name of contributing employer

**b** EIN                          **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)    Contribution rate (in dollars and cents) _____
    (2)    Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                          **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)    Contribution rate (in dollars and cents) _____
    (2)    Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                          **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)    Contribution rate (in dollars and cents) _____
    (2)    Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                          **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)    Contribution rate (in dollars and cents) _____
    (2)    Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                          **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)    Contribution rate (in dollars and cents) _____
    (2)    Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

**a** Name of contributing employer

**b** EIN                          **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box ☐ and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contribution rate information *(If more than one rate applies, check this box ☐ and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
    (1)    Contribution rate (in dollars and cents) _____
    (2)    Base unit measure: ☐ Hourly   ☐ Weekly   ☐ Unit of production   ☐ Other (specify): _____

HABIB0000883

| | | | |
|---|---|---|---|
| **14** | Enter the number of participants on whose behalf no contributions were made by an employer as an employer of the participant for: | | |
| | **a**  The current year .................................................................................................. | **14a** | |
| | **b**  The plan year immediately preceding the current plan year................................................. | **14b** | |
| | **c**  The second preceding plan year ................................................................................ | **14c** | |
| **15** | Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an employer contribution during the current plan year to: | | |
| | **a**  The corresponding number for the plan year immediately preceding the current plan year ............................ | **15a** | |
| | **b**  The corresponding number for the second preceding plan year ............................................. | **15b** | |
| **16** | Information with respect to any employers who withdrew from the plan during the preceding plan year: | | |
| | **a**  Enter the number of employers who withdrew during the preceding plan year  ........................... | **16a** | |
| | **b**  If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers | **16b** | |
| **17** | If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding supplemental information to be included as an attachment. ....................................................................................................☐ | | |

## Part VI     Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental information to be included as an attachment ....................................................................................................☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

    **a**  Enter the percentage of plan assets held as:
        Stock:_____% Investment-Grade Debt:_____% High-Yield Debt:_____% Real Estate:_____% Other:_____%

    **b**  Provide the average duration of the combined investment-grade and high-yield debt:
        ☐ 0-3 years  ☐ 3-6 years  ☐ 6-9 years  ☐ 9-12 years  ☐ 12-15 years  ☐ 15-18 years  ☐ 18-21 years  ☐ 21 years or more

    **c**  What duration measure was used to calculate line 19(b)?
        ☐ Effective duration  ☐ Macaulay duration  ☐ Modified duration  ☐ Other (specify):

## Part VII     IRS Compliance Questions

| | | | |
|---|---|---|---|
| **20a** | Is the plan a 401(k) plan?............................................................................................... | ☐ Yes | ☐ No |
| **20b** | If "Yes," how does the 401(k) plan satisfy the nondiscrimination requirements for employee deferrals and employer matching contributions (as applicable) under sections 401(k)(3) and 401(m)(2)?................... | ☐ Design-based safe harbor method | ☐ ADP/ACP test |
| **20c** | If the ADP/ACP test is used, did the 401(k) plan perform ADP/ACP testing for the plan year using the "current year testing method" for nonhighly compensated employees (Treas. Reg sections 1.401(k)-2(a)(2)(ii) and 1.401(m)-2(a)(2)(ii))? | ☐ Yes | ☐ No |
| **21a** | Check the box to indicate the method used by the plan to satisfy the coverage requirements under section 410(b): | ☐ Ratio percentage test | ☐ Average benefit test |
| **21b** | Does the plan satisfy the coverage and nondiscrimination tests of sections 410(b) and 401(a)(4) by combining this plan with any other plans under the permissive aggregation rules? | ☐ Yes | ☐ No |
| **22a** | Has the plan been timely amended for all required tax law changes?............................................ | ☐ Yes | ☐ No  ☐ N/A |
| **22b** | Date the last plan amendment/restatement for the required tax law changes was adopted ____/____/____. Enter the applicable code _____ (See instructions for tax law changes and codes). | | |
| **22c** | If the plan sponsor is an adopter of a pre-approved master and prototype (M&P) or volume submitter plan that is subject to a favorable IRS opinion or advisory letter, enter the date of that favorable letter ____/____/____ and the letter's serial number _____ | | |
| **22d** | If the plan is an individually-designed plan and received a favorable determination letter from the IRS, enter the date of the plan's last favorable determination letter ____/____/____ | | |
| **23** | Is the Plan maintained in a U.S. territory (i.e., Puerto Rico (if no election under ERISA section 1022(i)(2) has been made), American Samoa, Guam, the Commonwealth of the Northern Mariana Islands or the U.S. Virgin Islands)? | ☐ Yes | ☐ No |

HABIB0000884

# M&T BANK CORPORATION

# RETIREMENT SAVINGS PLAN

Financial Statements and Supplemental Schedule
December 31, 2015 and 2014

HABIB0000885

Exhibit 99.1

INDEX TO FINANCIAL STATEMENTS AND SUPPLEMENTAL SCHEDULE
OF THE M&T BANK CORPORATION RETIREMENT SAVINGS PLAN

Page

Report of Independent Registered Public Accounting Firm                        6

Financial statements:
  Statement of assets available for benefits as of
    December 31, 2015 and 2014                                                 7
  Statement of changes in assets available for benefits
    for the years ended December 31, 2015 and 2014                            8
  Notes to financial statements                                               9

Additional information:
  Schedule H, Line 4i – Schedule of Assets (Held at December 31, 2015)        19

HABIB0000886



## Independent Auditor's Report

To the Administrator of the M&T Bank Corporation Retirement Savings Plan

We have audited the accompanying financial statements of the M&T Bank Corporation Retirement Savings Plan (the "Plan"), which comprise the statements of assets available for benefits as of December 31, 2015 and December 31, 2014, and the related statements of changes in assets available for benefits for the years then ended, and the related notes to the financial statements.

### *Management's Responsibility for the Financial Statements*

Management is responsible for the preparation and fair presentation of the financial statements in accordance with accounting principles generally accepted in the United States of America; this includes the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of financial statements that are free from material misstatement, whether due to fraud or error.

### *Auditor's Responsibility*

Our responsibility is to express an opinion on the financial statements based on our audits. We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free from material misstatement.

An audit involves performing procedures to obtain audit evidence about the amounts and disclosures in the financial statements. The procedures selected depend on our judgment, including the assessment of the risks of material misstatement of the financial statements, whether due to fraud or error. In making those risk assessments, we consider internal control relevant to the entity's preparation and fair presentation of the financial statements in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the entity's internal control. Accordingly, we express no such opinion. An audit also includes evaluating the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluating the overall presentation of the financial statements.

We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

### *Opinion*

In our opinion, the financial statements referred to above present fairly, in all material respects, the assets available for benefits of the Plan as of December 31, 2015 and December 31, 2014 and the changes in assets available for benefits for the year ended December 31, 2015, in accordance with accounting principles generally accepted in the United States of America.

*PricewaterhouseCoopers LLP, 726 Exchange Street, Suite 1010, Buffalo, NY 14210*
*T: (716) 856 4650, F: (716) 856 1208, www.pwc.com/us*

HABIB0000887



***Other Matter***

Our audits were conducted for the purpose of forming an opinion on the financial statements as a whole. The supplemental schedule of Schedule H, Line 4i – Schedule of Assets (Held at December 31, 2015) as of December 31, 2015 are presented for the purpose of additional analysis and are not a required part of the financial statements but are supplementary information required by the Department of Labor's Rules and Regulations for Reporting and Disclosure under the Employee Retirement Income Security Act of 1974. Such information is the responsibility of the Plan's management and was derived from and relates directly to the underlying accounting and other records used to prepare the financial statements. The information has been subjected to the auditing procedures applied in the audits of the financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the financial statements or to the financial statements themselves and other additional procedures, in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated in all material respects in relation to the financial statements as a whole.

*PricewaterhouseCoopers LLP*

Buffalo, NY

June 27, 2016

HABIB0000888

**M&T BANK CORPORATION RETIREMENT SAVINGS PLAN**
**STATEMENT OF ASSETS AVAILABLE FOR BENEFITS**

|  | December 31 | |
|  | 2015 | 2014 |
| --- | --- | --- |
| Total investments, at fair value | $1,855,330,126 | $1,860,774,175 |
| Receivables: | | |
| Participant contributions | 1,386,135 | 1,003,105 |
| Employer – matching contribution | 1,319,460 | 1,139,979 |
| Employer – Retirement Accumulation Account contribution | 22,889,052 | 21,595,460 |
| Notes receivable from participants | 29,583,182 | 30,321,853 |
| Total receivables | 55,177,829 | 54,060,397 |
| Accrued investment income | 196,438 | 254,769 |
| Due from broker | 1,620 | 336,845 |
| Assets available for benefits | $1,910,706,013 | $1,915,426,186 |

See accompanying notes to financial statements.

HABIB0000889

**M&T BANK CORPORATION RETIREMENT SAVINGS PLAN**
**STATEMENT OF CHANGES IN ASSETS AVAILABLE FOR BENEFITS**

|  | Year ended December 31 | |
|  | 2015 | 2014 |
|---|---:|---:|
| **Additions to assets available for benefits** | | |
| | | |
| Net investment income: | | |
| Interest | $    4,877,547 | $    4,575,663 |
| Dividends | 88,800,870 | 74,283,315 |
| Net appreciation (depreciation) in value of investments | (92,875,465) | 18,039,012 |
| Total investment income | 802,952 | 96,897,990 |
| | | |
| Contributions: | | |
| Participants | 77,353,153 | 71,960,923 |
| Employer – matching | 34,723,508 | 33,211,709 |
| Employer – Retirement Accumulation Account | 22,889,052 | 21,595,460 |
| Total contributions | 134,965,713 | 126,768,092 |
| | | |
| Total additions to assets available for benefits | 135,768,665 | 223,666,082 |
| | | |
| **Deductions from assets available for benefits** | | |
| | | |
| Participant benefits paid | (140,488,838) | (129,485,506) |
| | | |
| Net increase (decrease) in assets available for benefits | (4,720,173) | 94,180,576 |
| | | |
| **Assets available for benefits** | | |
| | | |
| Beginning of year | 1,915,426,186 | 1,821,245,610 |
| | | |
| End of year | $1,910,706,013 | $ 1,915,426,186 |

See accompanying notes to financial statements.

- 8 -

HABIB0000890

# M&T BANK CORPORATION RETIREMENT SAVINGS PLAN
## Notes to Financial Statements

## 1. Description of plan

The following description of the M&T Bank Corporation Retirement Savings Plan ("the Plan") is provided for general information purposes and is qualified in its entirety by reference to the Plan document. Participants should refer to the Plan document for a more complete description of the Plan's provisions. The Plan is subject to the provisions of the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

### General

The Plan is a defined contribution combined 401(k)/stock bonus plan. The stock bonus component is intended to be an employee stock ownership plan ("ESOP"), which is designed to invest primarily in the common stock of M&T Bank Corporation ("M&T"). The Plan also offers a Retirement Accumulation Account ("RAA") feature. Employees who were participants of the M&T defined benefit pension plan prior to January 1, 2006 were given an opportunity to choose between continuing to accrue benefits under that plan or receiving RAA contributions under the Plan. For those employees choosing to receive RAA contributions under the Plan and for any employee hired after July 1, 2004, M&T makes contributions on behalf of eligible participants based on each participant's compensation and length of service. The Plan exists for the benefit of employees of M&T and its subsidiaries ("the Company").

### Eligibility and participation

Employees who are at least 21 years of age are immediately eligible to participate in the Plan and make pre-tax contributions through salary reduction. Participants are eligible to have 401(k) employer matching contributions made on their behalf on the first day of any pay period following the completion of 12 months of continuous service, provided that the participant is at least 21 years of age and making salary reduction contributions. Additionally, RAA participating employees are eligible for employer RAA contributions if they are at least age 21, are credited with 1,000 hours of service during the plan year and are employed by the Company on the last day of the calendar year, following completion of 12 months of continuous service.

### Administration

The Plan is administered by M&T's Employee Benefit Plans Committee ("Administrative Committee") which is appointed by the Board of Directors of M&T Bank, a wholly owned subsidiary of M&T. The assets of the Plan are held by T. Rowe Price Trust Company ("T. Rowe"), as trustee. T. Rowe Price Retirement Plan Services, Inc. ("TRP Retirement Services") provides recordkeeping services for the Plan.

The Board of Directors of M&T has the right to terminate, amend or modify the Plan at any time subject to the Plan provisions. Upon Plan termination, participants would receive the assets allocated to their respective accounts.

### Contributions

Contributions to the Plan are made by participants through salary reduction and by the Company through employer matching and RAA contributions. Employees who are participants may elect to reduce their compensation by a specified whole percentage not to exceed 50%, subject to certain limitations under Section 401(k) and Section 415 of the Internal Revenue Code. The Company remits to the Plan on behalf of each participant the amount by which the participant's compensation is reduced. Contributions may be suspended at any time.

HABIB0000891

## 1. Description of plan, continued

### Contributions, continued

Compensation is generally defined in the Plan to mean a participant's base salary and overtime pay, all commissions earned, incentive/bonus payments and before-tax deferral amounts made by participants under Internal Revenue Code Sections 125, 132(f), 402(e)(3), 402(h) and 403(b), but excludes any compensation derived from equity awards.

Generally, an individual participant's pre-tax contribution was limited to $18,000 and $17,500 in 2015 and 2014, respectively. Participants are not permitted to make after-tax contributions to the Plan.

### Employer matching contributions

After the eligible participant has completed one year of employment, the Company makes an employer matching contribution in an amount equal to 100% of the participant's pre-tax contributions that do not exceed 3% of compensation for the Plan year plus 50% of the participant's pre-tax contributions that exceed 3%, but do not exceed 6%, of compensation for the Plan year.

### Catch-up contributions

A participant who has attained age 50 before the close of the respective Plan year is eligible to make unmatched catch-up contributions up to a maximum of $6,000 and $5,500 for 2015 and 2014, respectively.

### Employer Retirement Accumulation Account contributions

For each Plan year, the Company will contribute on behalf of each eligible participant a percentage of each participant's compensation. An eligible participant is entitled to receive an RAA contribution if they (1) satisfy the Plan's eligibility requirements; (2) are credited with at least 1,000 hours of service during the Plan year; (3) are an active employee of the Company on the last day of the Plan year; and (4) do not participate in the M&T defined benefit pension plan if hired prior to July 2, 2004. The percentage contributed by the Company is based on the years of vesting service credited to the participant. The RAA contribution will be made as soon as practicable after the close of the Plan year. RAA contributions are invested in the available investment alternatives in the proportion elected by the participants.

### Rollover contributions

Employees may also contribute amounts representing rollover distributions from other qualified defined contribution and benefit plans at any time during their employment.

### Vesting

Participants' accounts are at all times fully vested and nonforfeitable, with the exception of portions attributable to RAA contributions and employer matching contributions made under the Wilmington Trust Thrift Savings Plan ("Wilmington Trust Plan") for former plan participants. The Wilmington Trust Plan was merged into the Plan on September 15, 2011.

HABIB0000892

## 1. Description of plan, continued

### Vesting, continued

Participants become fully vested in their RAA contributions after completion of five years of vesting service, or when normal retirement age is reached while employed by the Company.  Participants vest in their RAA contributions as follows:

| Vesting service | Vested percentage |
|---|---|
| Less than 2 years | 0% |
| 2 years | 20% |
| 3 years | 40% |
| 4 years | 60% |
| 5 years | 100% |

Employer matching contributions that were made under the Wilmington Trust Plan to its former participants became vested and nonforfeitable over a five-year vesting period.  Effective September 15, 2011, those provisions were adopted by the Plan and any unvested employer matching contributions made under the Wilmington Trust Plan to its former participants remain subject to those vesting periods.  Former participants of the Wilmington Trust Plan are fully vested in employer matching contributions made to their account by M&T.

### Forfeitures

Forfeitures represent (1) the RAAs of participants who have terminated employment with the Company and do not have a 100% non-forfeitable right in their RAA, and (2) employer matching contributions made to former participants of the Wilmington Trust Plan who have terminated employment and do not have a 100% non-forfeitable right to those contributions. Forfeitures are used first to restore participant accounts that are required to be reinstated pursuant to the provisions of the Plan. At the discretion of the Administrative Committee, any remaining forfeitures may be used to reduce employer contributions (including RAA contributions).  Employer contributions were reduced by $551,139 and $395,000 from the forfeiture account during 2015 and 2014, respectively.  Unused balances of forfeited accounts were $14,479 and $133,279 at December 31, 2015 and 2014, respectively.

### Investment programs

Participants may direct the investment of their plan balances in 1% increments in any of several investment alternatives, which include mutual funds, a collective trust fund and the common stock of M&T.

Participants may, in accordance with the rules of the Plan, transfer existing balances among the available investment alternatives and/or redirect their current contributions into different investment alternatives at any time. A participant may increase or decrease, at any time, the percentage of salary reduction elected, effective the first day of each payroll period.

HABIB0000893

## 1. Description of plan, continued

Notes to participants

Participants may borrow from their account (other than the portion attributable to RAA contributions and employer matching contributions made after December 31, 2005) an amount not to exceed the lesser of (1) 50% of the participant's vested account balance as of the most recent valuation date or (2) $50,000 reduced by the participant's highest outstanding loan balance in the twelve months prior to the date of loan origination. The minimum loan amount is $1,000. A participant may have only one loan outstanding at any time. Loans bear interest at one percentage point above the prime rate published by *The Wall Street Journal* on the date the loan is processed. Loans are repaid in equal installments through after-tax payroll deductions for a period of up to five years, except for certain loans formerly associated with the Wilmington Trust Plan, which allowed loan terms greater than five years under certain circumstances. Participants are charged a one-time $50 administrative fee for each new loan processed, which is deducted from the loan proceeds and has been included in participant withdrawals in the statement of changes in assets available for benefits.

Withdrawals and distributions

A participant undergoing financial hardship may make withdrawals from the Plan, subject to Plan limitations. Upon termination of employment for any reason, participants are entitled to a distribution of the full amount of vested individual account balances as of the valuation date immediately following such termination of service.

Upon termination of employment, participants have the option of receiving distributions of amounts greater than $5,000 (excluding rollover contributions) in the form of a lump-sum payment or by rollover contribution to other qualified plans. Participants also have the option to leave those amounts invested in the Plan. Mandatory distributions that exceed $1,000 but are less than $5,000 (excluding rollover contributions) are automatically rolled over into an individual retirement account unless otherwise directed by the participant. Distributions equal to $1,000 or less are automatically made by lump-sum payment less the mandatory 20% federal income tax withholding, unless otherwise elected within 90 days following termination. The non-vested portion of a participant's RAA is forfeited upon termination.

The participant may also elect, upon termination of employment, to defer distribution of either the minimum required under Internal Revenue Code Section 401(a)(9) or the entire balance, until no later than April 1 of the calendar year following the year in which age 70½ is attained. If a participant terminates employment after that date, distribution is made as soon as administratively practicable following termination of employment.

ESOP provisions

A participant entitled to a distribution who has directed some or all of their balance to be invested in common stock of M&T has the right to elect the distribution in the form of M&T common stock. A participant may also elect to receive a distribution of dividends paid on shares of M&T common stock held in the Plan and allocated to the participant's account. Dividends will be distributed quarterly as soon as administratively practicable after the dividends are paid to the Plan. If no election is made, dividends will be reinvested in the common stock of M&T.

HABIB0000894

## 2. Summary of significant accounting policies

Basis of accounting

The financial statements of the Plan are prepared under the accrual method of accounting in accordance with accounting principles generally accepted in the United States of America ("US GAAP").

Use of estimates

The preparation of financial statements in conformity US GAAP requires the Administrative Committee to make estimates and assumptions that affect the reported amounts of net assets and liabilities and changes therein. Actual results could differ from those estimates.

Investment valuation and income recognition

Investments in common stock and mutual funds are reported at fair value. Investment in the collective trust is reported at Net Asset Value ("NAV"). Information on fair value measurements is provided in note 3.

Investment income of M&T common stock, the collective trust fund and each mutual fund is allocated to participants based on their proportionate share of the net assets of the respective investment alternative. Interest income on loans to participants is allocated to participants based on their respective loan agreement.

Purchases and sales of securities are reflected on a trade-date basis. Interest income is recorded on the accrual basis. Dividend income is recorded on the ex-dividend date.

The Plan presents in the statement of changes in assets available for benefits the net appreciation (depreciation) in the fair value of its investments, which consists of realized gains and losses and the change in unrealized appreciation (depreciation) on those investments.

Notes receivable from participants

Notes receivable from participants are measured at their unpaid principal balance plus any accrued but unpaid interest. Delinquent participant loans are reclassified as distributions based upon the terms of the plan document.

Administrative expenses

The Plan's expenses are paid by either the Plan or the Company, as provided by the Plan document. Expenses that are paid directly by the Company are excluded from these financial statements. In addition, certain investment-related expenses are included in net appreciation (depreciation) of fair value of investments presented in the accompanying statement of changes in assets available for benefits. Fees related to the administration of notes receivable from participants are charged directly to the participant's account and are included in administrative expenses.

HABIB0000895

## 2. Summary of significant accounting policies, continued

Brokerage commissions for acquiring or selling securities are paid by the Plan. The Plan incurred brokerage commissions in 2015 and 2014 totaling $5,573 and $2,326, respectively.  These amounts qualify as party-in-interest transactions and have been included in the statement of changes in assets available for benefits in net appreciation (depreciation) in fair value of investments.

Payment of benefits

Benefits are recorded when paid.

Recent accounting developments

In May 2015, the Financial Accounting Standards Board ("FASB") issued Accounting Standards Update ("ASU") 2015-07, "Fair Value Measurement Disclosures for Investments in Certain Entities that Calculate New Asset Value per Share(or Its Equivalent)" effective for fiscal years beginning after December 15, 2015, with early adoption permitted. ASU 2015-07 removes the disclosure of investments using NAV per share, or its equivalent, as a practical expedient for fair value measurement in the fair value hierarchy. Management has elected to early adopt ASU 2015-07 and applied the guidance retrospectively to all periods presented. The adoption did not have a material impact on the financial statements of the plan.

In July 2015, the FASB issued ASU 2015-12, "Plan Accounting: Defined Benefit Pension Plans (Topic 960), Defined Contribution Pension Plans (Topic 962), Health Welfare Benefit Plans (Topic 695): (Part 1) Fully Benefit-Responsive Investment Contracts, (Part II) Plan Investment Disclosures, (Part III) Measurement Date of Practical Expedient." Part I and III are not applicable to the Plan. Part II eliminates the requirements to disclose individual investments that represent 5% or more of the assets available for benefits and the net appreciation or depreciation in the fair value of investments by general type. Part II also simplifies the level of disaggregation of investments that are measured using fair value. The ASU is effective for fiscal years beginning after December 15, 2015, with early adoption permitted. Management has elected to early adopt ASU 2015-12 and applied the guidance retrospectively to all periods presented. The adoption did not have a material impact on the financial statements of the plan.

## 3. Fair value measurements

US GAAP defines fair value as the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.  A three-level hierarchy exists in US GAAP for fair value measurements based upon the inputs to the valuation of an asset or liability.

- Level 1 – Valuation is based on quoted prices in active markets for identical assets and liabilities.

- Level 2 – Valuation is determined from quoted prices for similar assets or liabilities in active markets, quoted prices for identical or similar instruments in markets that are not active or by model-based techniques in which all-significant inputs are observable in the market.

HABIB0000896

## 3. Fair value measurements, continued

- Level 3 – Valuation is derived from model-based and other techniques in which at least one significant input is unobservable and which may be based on the Plan's own estimates about the assumptions that market participants would use to value the asset or liability.

Assets and liabilities are classified within the fair value hierarchy based upon the lowest level classification of an input that is considered significant to the overall valuation. In general, the valuation techniques used attempt to maximize the use of observable inputs and minimize the use of unobservable inputs.

The valuation methodologies described below may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, although the Administrative Committee believes the Plan's valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the end of the Plan year.

The following is a description of the valuation methodologies used for assets measured at fair value:

- Common stocks (including M&T Bank Corporation) are valued at the closing price reported on the active market on which the individual securities are traded.

- Mutual funds are valued at the daily closing prices as reported by the fund. Mutual funds held by the Plan are open-ended funds that are registered with the U.S. Securities and Exchange Commission. These funds are required to publish their daily NAV and transact at that price. The mutual funds held by the Plan are deemed to be actively traded.

- Collective Trust Fund investments measured at NAV, which comprise the Stable Value Fund, are valued at the NAV of units of a bank collective trust. The NAV, as provided by the trustee, is used as a practical expedient to estimate fair value. The NAV is based on the fair value of the underlying investments held by the fund less its liabilities. This practical expedient is not used when it is determined to be probable that the fund will sell the investment for an amount different from the reported NAV.

The following tables present the Plan's investments at December 31, 2015 and 2014 measured at estimated fair value on a recurring basis:

|  | | At December 31, 2015 | | |
|---|---|---|---|---|
|  | Level 1 | Level 2 | Level 3 | Total |
| M&T Bank Corporation common stock | $ 330,609,791 | – | – | 330,609,791 |
| Mutual funds | 1,358,004,181 | – | – | 1,358,004,181 |
| Total | $ 1,688,613,972 | – | – | 1,688,613,972 |
| Investments measured at NAV(a) |  |  |  | 166,716,154 |
| Investments at fair value |  |  |  | $ 1,855,330,126 |

HABIB0000897

## 3. Fair value measurements, continued

| | | At December 31, 2014 | | | |
|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | Total |
| M&T Bank Corporation common stock | $ | 346,495,248 | – | – | 346,495,248 |
| Mutual funds | | 1,347,471,085 | – | – | 1,347,471,085 |
| Total | $ | 1,693,966,333 | – | – | 1,693,966,333 |
| Investments measured at NAV(a) | | | | | 166,807,842 |
| Investments at fair value | | | | | $ 1,860,774,175 |

(a) In accordance with Subtopic 820-10 of ASU 2015-07, the Stable Value Fund has not been classified in the Fair Value Hierarchy for the years ended December 31, 2015 and 2014. The fair value amounts presented in this table are intended to permit reconciliation of the fair value hierarchy to the line items presented in the statement of assets available for benefits.

There were no transfers between levels of the fair value hierarchy during 2015 or 2014. There were no Level 3 valuations during 2015 or 2014.

Participant transactions (purchases and sales) may occur daily. Were the Plan to initiate a full redemption of the Stable Value Fund, the investment adviser reserves the right to temporarily delay withdrawal from the trust no earlier than sixty (60) days after such notice is provided, in order to ensure that securities liquidations will be carried out in an orderly business manner. The Stable Value Fund had no unfunded commitments at December 31, 2015 or 2014.

## 4. Risks and uncertainties

The Plan invests in various investment securities, which include equity and bond funds, a collective trust fund, and the common stock of M&T. Investment securities, in general, are exposed to various risks, such as interest rate, credit and overall market volatility. Due to the level of risk associated with certain investment securities, it is reasonably possible that changes in the values of investment securities will occur in the near term and such changes could materially affect the amounts reported in the Statement of assets available for benefits and the Statement of changes in assets available for benefits.

The Plan has varying degrees of concentrations in investments, which exposes the plan to additional risk of those investments experiencing a material change in value.

## 5. Income taxes

The Internal Revenue Service has determined and informed the Company by a letter dated December 3, 2014 that the Plan is designed in accordance with applicable sections of the Internal Revenue Code. The Plan has been amended since receiving the determination letter. However, the Plan Administrator and the Plan's tax counsel are of the opinion that changes in the Plan have not affected the tax-exempt status of the Plan, and accordingly, no provision has been made for income taxes.

HABIB0000898

## 5. Income taxes, continued

US GAAP requires Plan management to evaluate tax positions taken by the Plan and recognize a tax liability if the Plan has taken an uncertain position that more likely than not would not be sustained upon examination by the Internal Revenue Service. The Administrative Committee has analyzed the tax positions taken by the Plan, and has concluded that as of December 31, 2015 and 2014 there were no uncertain positions taken or expected to be taken that would require recognition of a liability or disclosure in the financial statements.

The tax years 2012-2015 remain subject to examination by federal and state authorities.

## 6. Related party transactions

The Plan invests in shares of the common stock of M&T. The Plan held 2,728,254 shares with a fair value of $330,609,791 and 2,758,281 shares with a fair value of $346,495,248 at December 31, 2015 and 2014, respectively. The plan received cash dividends of $7,522,331 and $7,637,856 on the common stock of M&T during 2015 and 2014, respectively.

Certain Plan investment alternatives represent shares of mutual funds that are advised by an entity related to T. Rowe. T. Rowe serves as trustee and record-keeper. Wilmington Trust Investment Advisors, Inc. ("WTIA") provides advisory services for Plan investments in the Wilmington Funds, as well as providing recommendations related to the investment alternatives offered by the Plan. WTIA is a wholly owned subsidiary of M&T Bank, the Plan sponsor. The transactions described above qualify as party-in-interest transactions. M&T Bank did not pay WTIA any fees on behalf of the Plan during 2015 and 2014. Fees paid by M&T Bank to T. Rowe in 2015 and 2014 were not material.

The Plan allows participants to take loans from their accounts in the Plan. These notes receivable from participants qualify as party-in-interest transactions and totaled $29,583,182 and $30,321,853 at December 31, 2015 and 2014, respectively.

## 7. Reconciliation of Financial Statements to Form 5500

The following is a reconciliation of assets available for benefits per the financial statements to the Form 5500:

|  | December 31 | |
| --- | --- | --- |
|  | 2015 | 2014 |
| Assets available for benefits per the financial statements | $ 1,910,706,013 | 1,915,426,186 |
| Adjust from contract value to fair value for fully benefit-responsive investment contracts | – | 6,337,686 |
| Assets available for benefits per the Form 5500 | $ 1,910,706,013 | 1,921,763,872 |

HABIB0000899

## 8. Subsequent events

Effective April 1, 2016, the Plan was amended to provide credit for past service for former employees of Hudson City Savings Bank for eligibility and vesting purposes to clarify the Plan's eligibility rules and to establish special vesting rules for former participants in the Profit Incentive Bonus Plan of Hudson City Savings Bank (the "Hudson City Plan"). The amendment also allows a participant who has an outstanding loan from the Hudson City Plan to continue to repay the loan in accordance with the terms of the promissory note evidencing such loan. On April 1, 2016, the Hudson City Plan was merged with and into Plan, whereas all participants of the Hudson City Plan became participants and beneficiaries of the Plan, and their accounts were transferred to the Plan.

*Habib, et al v. M&T Bank, M&T Bank Employee Benefits Committee, WTIA, WFMC, et al* ( U.S. District Court, W.D.N.Y): On May 11, 2016, one current and four former Plan participants commenced a putative class action naming M&T, M&T Bank, the Administrative Committee, WTIA, Wilmington Funds Management Corp., Wilmington Trust Corporation and various Administrative Committee members and directors as defendants (collectively, the "Defendants"). The complaint alleges that M&T, board members, officers, the Administrative Committee and individual fiduciaries violated ERISA's fiduciary duties rules by: giving preference to M&T/Wilmington-affiliated funds in the Plan, from which the Company earns fees; selecting other investment funds with high fees and expenses that reduced investment returns earned by participants; and retaining T. Rowe Price to administer the plan and offer T. Rowe Price funds in order to reduce M&T's costs of plan administration. Plaintiffs allege that the Plan had between 15,000 and 18,000 participants during the relevant period, which is May 11, 2010 to the present. Plaintiffs' seek unspecified damages, disgorgement of revenues received from the Plan, injunctive relief, interest and attorney fees. Matters similar to this case have been resolved through dismissal, summary judgment, settlement, or alterations to the Plan and/or its business practices. The Defendants will defend this matter.

The Plan is subject in the normal course of business to various pending and threatened legal proceedings and other matters in which claims for monetary damages are asserted. On an on-going basis management, after consultation with legal counsel, assesses the Plan's liabilities and contingencies in connection with such proceedings. The extent the pending or threatened litigation could result in exposure is not currently estimable. Although the Administrative Committee does not believe that the outcome of pending litigations will be material to the Plan's assets available for benefits, it cannot rule out the possibility that such outcomes will be material to the statement of changes in assets available for benefits for a particular reporting period in the future.

The Company has evaluated the impact of subsequent events on these financial statements through the date of financial statement issuance, and noted no other subsequent events requiring financial statement recognition or disclosure.

HABIB0000900

| Identity of issue, borrower, lessor, or similar party | Description of investment | Number of shares or principal amount | Fair value |
|---|---|---|---|
| **Common stock** | | | |
| Financial: | | | |
| * M&T Bank Corporation [1] | Common Stock | 2,728,254 | $ 330,609,791 |
| **Common trust fund** | | | |
| * Wilmington Funds | Stable Value Fund | 9,574,345 | 166,716,154 |
| **Mutual fund investments** | | | |
| Diamond Hill | Large Cap Fund | 1,570,161 | 33,836,976 |
| Harbor Capital Advisors, Inc. | International Institutional Fund | 1,709,359 | 101,587,226 |
| Metropolitan West | Total Return Bond I | 4,784,948 | 50,756,329 |
| Morgan Stanley | Institutional Growth Fund | 631,329 | 25,594,063 |
| Morgan Stanley | Institutional Small Company Growth Fund | 1,854,175 | 25,531,987 |
| Sterling Capital | Mid Cap Value Institutional | 2,400,626 | 37,281,716 |
| * T. Rowe Price Associates, Inc. | Balanced Fund | 7,229,135 | 155,137,237 |
| * T. Rowe Price Associates, Inc. | Equity Income Fund | 1,717,065 | 48,867,676 |
| * T. Rowe Price Associates, Inc. | Growth Stock Fund | 2,179,551 | 116,954,699 |
| * T. Rowe Price Associates, Inc. | Retirement 2010 Fund | 1,237,952 | 20,896,629 |
| * T. Rowe Price Associates, Inc. | Retirement 2020 Fund | 4,499,799 | 88,601,038 |
| * T. Rowe Price Associates, Inc. | Retirement 2030 Fund | 4,690,631 | 102,302,670 |
| * T. Rowe Price Associates, Inc. | Retirement 2040 Fund | 4,318,557 | 97,513,021 |
| * T. Rowe Price Associates, Inc. | Retirement Income Fund | 616,817 | 8,779,824 |
| * T. Rowe Price Associates, Inc. | Small-Cap Value Fund | 1,908,496 | 69,316,576 |
| The Vanguard Group, Inc. | Institutional Index Fund | 1,043,117 | 194,676,893 |
| The Vanguard Group, Inc. | Mid-Cap Index Fund Institutional Share | 2,290,043 | 75,227,925 |
| The Vanguard Group, Inc. | Small Cap Index Institutional | 163,471 | 8,672,129 |
| * Wilmington Funds | Broad Market Bond Fund | 1,069,694 | 10,190,005 |
| * Wilmington Funds | Multi-Manager Real Asset Fund | 489,820 | 6,421,538 |
| * Wilmington Funds | Strategic Allocation Aggressive Fund | 483,072 | 5,386,249 |
| * Wilmington Funds | Strategic Allocation Conservative Fund | 1,950,159 | 20,145,145 |
| * Wilmington Funds | Intermediate-Term Bond Fund | 1,754,122 | 17,227,996 |
| * Wilmington Funds | Multi-Manager International Fund | 1,183,312 | 8,235,854 |
| * Wilmington Funds | Short-Term Bond Fund | 2,890,015 | 28,862,780 |
| | | | 1,358,004,181 |
| **Loans to participants** | | | |
| * Loans to participants | 4.25%-7.5%, fully secured by vested benefits, due 2016 through 2039 | | 29,583,182 |
| | Total assets held for investment purposes | | $ 1,884,913,308 |

[1] See note 6 of notes to financial statements.

* Denotes party-in-interest.

HABIB0000901

| Plan Name | M & T Bank Corporation Retirement Savings Plan |
|---|---|
| Plan Sponsor EIN | 16-0538020 |
| ERISA Plan # | 004 |
| Plan Year Ending | December 31, 2015 |

**The required attachment marked with an "X" in the Attachment column is included within the Accountant's Opinion attachment to Sch. H, Part III, Line 3, which consists of the entire audit report issued by the plan's Independent Qualified Public Accountant (IQPA).**

| Form/Schedule | Line # | Description | Attachment |
|---|---|---|---|
| 5500 Sch. H | Line 3 | Financial statements used in formulating the IQPA's opinion | X |
| 5500 Sch. H | Line 4i | Schedule of Assets (Held at End of Year) | X |
| 5500 Sch. H | Line 4i | Schedule of Assets (Acquired and Disposed of Within Year) | |
| 5500 Sch. H | Line 4j | Schedule of Reportable Transactions | |
| 5500 Sch. H | Line 4a | Schedule of Delinquent Participant Contributions | |

HABIB0000902

| Plan Name | M & T Bank Corporation Retirement Savings Plan |
|---|---|
| Plan Sponsor EIN | 16-0538020 |
| ERISA Plan # | 004 |
| Plan Year Ending | December 31, 2015 |

**The required attachment marked with an "X" in the Attachment column is included within the Accountant's Opinion attachment to Sch. H, Part III, Line 3, which consists of the entire audit report issued by the plan's Independent Qualified Public Accountant (IQPA).**

| Form/Schedule | Line # | Description | Attachment |
|---|---|---|---|
| 5500 Sch. H | Line 3 | Financial statements used in formulating the IQPA's opinion | X |
| 5500 Sch. H | Line 4i | Schedule of Assets (Held at End of Year) | X |
| 5500 Sch. H | Line 4i | Schedule of Assets (Acquired and Disposed of Within Year) | |
| 5500 Sch. H | Line 4j | Schedule of Reportable Transactions | |
| 5500 Sch. H | Line 4a | Schedule of Delinquent Participant Contributions | |