# EXHIBIT 11

| From: | Odrobina, Ann Marie <aodrobina@mtb.com> |
|---|---|
| Sent: | Wednesday, June 24, 2015 1:57 PM |
| To: | Mellin, Matthew P.; Clark, Chuck |
| Cc: | Coletti, Janet; Braunscheidel, Steve |
| Subject: | RE: WT - RSP Communication |

Chuck – given this – please use the phrase Steve and I agreed to – thanks!

AMO

---

**From:** Mellin, Matthew P. [mailto:MMELLIN@gfrlaw.com]
**Sent:** Wednesday, June 24, 2015 1:53 PM
**To:** Odrobina, Ann Marie; Clark, Chuck
**Cc:** Coletti, Janet; Braunscheidel, Steve
**Subject:** RE: WT - RSP Communication

In Chuck's revised language below, I recommend changing "our investment partners" to "the Wilmington funds".

Reason (short version) – this communication is legally attributed to the Employee Benefits Plans Committee, which is the fiduciary/plan administrator of the Retirement Savings Plan. In that role, the EBPC is not a "partner" of the Wilmington funds.

Let me know if you have any questions.

Matt

Matthew P. Mellin
Gordon Feinblatt LLC
410-576-4047
mmellin@gfrlaw.com

GORDON • FEINBLATT

**From:** Odrobina, Ann Marie [mailto:aodrobina@mtb.com]
**Sent:** Wednesday, June 24, 2015 1:32 PM
**To:** Clark, Chuck
**Cc:** Coletti, Janet; Braunscheidel, Steve; Mellin, Matthew P.
**Subject:** RE: WT - RSP Communication

In speaking with Matt – and from a fiduciary perspective, we don't want to apologize for the business decision, but rather any inconvenience and short notice –

Matt – any additional suggestions?

**From:** Clark, Chuck
**Sent:** Wednesday, June 24, 2015 1:29 PM
**To:** Odrobina, Ann Marie
**Cc:** Coletti, Janet; Braunscheidel, Steve; Mellin, Matthew P. (MMELLIN@gfrlaw.com)
**Subject:** RE: WT - RSP Communication

GF0000601

AnnMarie,

I offer a revised paragraph for consideration – see highlighted section. We should be apologetic, but tactfully clear this is a business partner decision we are responding to. Agree?

Chuck

**From:** Odrobina, Ann Marie
**Sent:** Wednesday, June 24, 2015 1:22 PM
**To:** Clark, Chuck
**Cc:** Coletti, Janet; Braunscheidel, Steve; Mellin, Matthew P. (MMELLIN@gfrlaw.com)
**Subject:** WT - RSP Communication
**Importance:** High

Chuck – please see the highlight below – Steve and I are in agreement with the language

Matt – are you ok with the statement?

Thanks!

AMO



## IMPORTANT M&T BANK RETIREMENT SAVINGS PLAN INFORMATION

The Wilmington Mid-Cap Growth and the Wilmington Small-Cap Strategy fund recently announced plans to cease operations and liquidate on or around August 3, 2015. As a result, both funds are closed to new contributions within the M&T Bank Retirement Savings Plan effective immediately.

We are providing you with required notice of this decision as well as important information and deadlines for managing your investment elections and balances currently in these funds going forward:

- Your current investment election in the Wilmington Mid-Cap Growth and Small-Cap Strategy funds will be redirected to the T. Rowe Price Balanced Fund. You have the option of selecting a different option through T. Rowe Price until **4:00 p.m. Eastern Time on Friday, June 26**
- You may leave your existing balances in the Wilmington Mid-Cap Growth and Small-Cap Strategy funds or transfer to another mutual fund option at any time
- New investment options to replace the Wilmington Mid-Cap Growth and Small-Cap Strategy funds will be announced shortly. Any remaining balances in these funds will be transferred to the replacement funds on or around August 3.

We apologize for any inconvenience related to this business decision by our investment partners and for the short notice, which was unavoidable given the nature of their decision.

You may change your investment election and/or transfer investment balances to other investment options offered by the Plan at any time online at rps.troweprice.com, or by calling T. Rowe Price at 1-800-922-9945 between 7 a.m. and 10 p.m. Eastern Time.

Thank you.

*************************************
This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.
There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.
*************************************

The information supplied in this message may be legally privileged. If you are the intended recipient of this message, the sender does not intend delivery to you to waive any privilege or right pertaining to this message. If you have received this message in error, please immediately notify the sender by return e-mail, and delete the errant message. Thank you.

*************************************
This email may contain privileged and/or confidential information that is intended solely for the use of the addressee. If you are not the intended recipient or entity, you are strictly prohibited from disclosing, copying, distributing or using any of the information contained in the transmission. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy. This communication may contain nonpublic personal information about consumers subject to the restrictions of the Gramm-Leach-Bliley Act and the Sarbanes-Oxley Act. You may not directly or indirectly reuse or disclose such information for any purpose other than to provide the services for which you are receiving the information.
There are risks associated with the use of electronic transmission. The sender of this information does not control the method of transmittal or service providers and assumes no duty or obligation for the security, receipt, or third party interception of this transmission.
*************************************