# EXHIBIT 12

| From: | Mellin, Matthew P. |
| --- | --- |
| Sent: | Thursday, November 9, 2017 3:39 PM |
| To: | ANN MARIE ODROBINA; Rizzuto Sr, Joseph (jrizzuto@mtb.com) |
| Subject: | Do List Du Jour |

Ann Marie, Joe – herewith the latest summary of the pending benefits matters, updating the do lists I sent on 8/4/17 and 8/8/17.

**Retirement Savings Plan**

▮

2. EBPC to adopt new QDIA (T. Rowe Price Retirement Date Trusts) at 11/13/17 meeting.

3. Updated Investment Policy Statement supplied by mpm 10/17/17, and ready for adoption by EBPC

▮

4. Investment Advisory Services Agreement between EBPC and WTIA nearly done
   - replaces prior unlocatable ASA
   - see 11/9/17 mpm email for details, and what EBPC should do at 11/13/17 meeting

▮

6. Annual 401(k) safe harbor notice and new QDIA notice under almost final review as of 11/9/17
   - scheduled to be mailed together on 11/30/17

7. At 8/7/17 EBPC meeting, Mike Spychala asked if there is any financial benefit to M&T from making the RSP investment option changes. AMO said she would review with T. Rowe.
   - 8/8/17 mpm email item 11 detailed remote chance of an M&T benefit from changes

▮


GF0002779

Matt

Matthew P. Mellin
Gordon Feinblatt LLC
410-576-4047
mmellin@gfrlaw.com

GORDON·FEINBLATT