# EXHIBIT 13

EBPC
8/11/14

Vebric6 w/IIA
Sam F
Alan Chang
Dominick D'Eramo
Deena Sugar
Jon Rizzuto
Mike Driscoll
Chris Minnich
Brian Hickey
Kevin Pearson
+ more...

Chris Randall

Stable Value Fund — Chris Randall, Dominick D'Eramo
reviews PowerPoint presentation, MetLife Credit Review, WTSVF fact sheet
- WTSVF is commingled SVF
- has no put option, b/c that reduces yield
  " "  - allows plan sponsor to get out, on 12 mos notice,
        with no back to market adj risk
- over last 3 yrs, M&T Plan has earned $11.5 million more
  from SVF than in MM would have paid (235 bps better yield)
- if Fed increases rates quickly SVF will lag MM for short term
  "heat map"
- at 9/30/08, would still have been Green, b/c of MetLife being AA
  at the time even with 88% mkt to book
- if Met is downgraded, how can we protect plan parts?
                                              benefits,
→ Met insures against participant decisions to withdraw but does not insure
  against plan sponsor decision to drop the SVF entirely


Dominick - we constantly monitor MetLife condition

Committee concludes comfortable staying with SVF

Kevin P - in catastrophic situation - MetLife can't deliver - who pays
※※※    — Dominick (? Chris Randall ? said M&T would be liable to
          the Plan
Dominick - not aware of any insurance wrapper failing

Chris Randall — if we had put option, or multiple wrap providers, that costs more and reduces yield

Dominick — WTSVF has a slightly longer duration than most other SVF's, but higher credit quality issuers
- single wrap provider, instead of multiple providers
- lower cost investment mgmt fees

Chris Randall — expects mkt to book to go below #1 at some point as interest rates rise, or if another credit crisis like 2008

GF0002861

Valarie G - 401(k) performance
- if Comm wants to remove SVF, do it now while book to market is above 100

Watch list - add WT Strategic Allocation - quantitative trip