# EXHIBIT 14

EBPC
4/3/14
Alan Chatsky (ph)
Tom Pierce (ph)
Dana Sugar (www)
Joe R
Amo
Mochella T
Steve B
Darren King (ph)
Mike Spychala (ph)
Mike ___
Sam F (ph)
Darren
Brett Hoffacker
Chris Ragsdahl

RSP
p.1 Top & Bottom Ends
  wT mid/lg growth underpnt
    - no changes in team or process
    - wTDA is monitoring

WTSVF    101.89%

Lunch list

TRP Growth Stk
  – WTIA is monitoring, happy w/ new mgr Joe Fath, expect to take off list

PIMCO TRF    — WTIA recs elimination
                – outflows of cash
                – difficulty retaining talent
  – recs adding MetWest right away — reason
  – take approx. 10 wks to remove PIMCO – aim for 1/31/15
  – had $52 million in PIMCO; now have $50 million
        200 pmts have left PIMCO

  – should we tell ees now, w/ MetWest notice, that PIMCO will be removed?
  – include ~~even~~ notice of WT fund merger – add MVSTX as survivor
                                                    of merger w/ GVLDX,
  – communicate all 3 at once?                        Elimination/hold
                                                      Duration Govt
MetWest ~~~~ 4.66 duration; low volatility  $33 billion net assets   Fund I
motion:       130% up mkt capture  50.8 down mkt capture

              – add MetWest now  ① ②
all recommended  – remove PIMCO – need 30 day notice  } do combined notice
by WTIA         – add MVSTX ① ②                          for all 3 changes
              ( leave open until the close date )

Chris – we are telling WTIA clients to sell PIMCO
AMO explains all the participant education efforts WT does w/ TRP

Jon R - we have good participation & avg. balances compared to benchmark

Q - why was Methost not added earlier?

Tom B - we were monitoring Methost & TC 0a merger - needed to be sure it worked before recommending