UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re M&T Bank Corporation ERISA Litigation* | Civil Action No.: 1:16-cv-375-FPG-JJM<br><br>Consolidated Action |

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE, that Plaintiffs Jacqueline Allen, Russ Dixon, Sa'ud Habib, Kenneth Sliwinski, J. Marlene Smith, and Beverly Williams (collectively "Plaintiffs") will and hereby do move this Court for an order: (1) preliminarily approving the parties' Class Action Settlement Agreement; (2) approving the proposed Settlement Notices and authorizing distribution of the Notices; (3) certifying the proposed Settlement Class; (4) scheduling a final approval hearing; and (5) granting such other relief as set forth in Plaintiffs' proposed Preliminary Approval Order, submitted herewith. The grounds for this motion are set forth in Plaintiffs' Memorandum in support of the motion.

This motion is made pursuant to Federal Rule of Civil procedure 23(e), and is based on this Notice of Motion, the accompanying Memorandum of Law and authorities cited therein; the Declaration of Kai Richter and exhibits attached thereto, the Declarations of Jacqueline Allen, Russ Dixon, Sa'ud Habib, Kenneth Sliwinski, J. Marlene Smith, and Beverly Williams; and all files, records and proceedings in this matter.

Counsel for Plaintiffs have conferred with counsel for Defendants regarding this motion, and have been advised that Defendants do not oppose this motion.

Dated:  December 26, 2019                    Respectfully submitted,

By: /s/ Kai Richter
**NICHOLS KASTER, PLLP**
Paul J. Lukas, MN Bar No. 022084X*
Kai Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Jacob Schutz, MN Bar No. 0395648*
Chloe A. Raimey, MN Bar No. 0398257*
  *admitted in W.D.N.Y.
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
Email: krichter@nka.com

1

        lukas@nka.com
        cengstrom@nka.com
        jschutz@nka.com
        craimey@nka.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Donna Siegel Moffa (admitted *pro hac vice*)
Joseph H. Meltzer (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (610) 667-7056
Email:  dmoffa@ktmc.com
       jmeltzer@ktmc.com

**CAPOZZI ADLER, P.C.**
Mark K. Gyandoh (admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110
Tel: (717) 233-4101
Email: mgyandoh@ktmc.com

*Interim Co-Lead Counsel*

**TREVETT CRISTO**
Lucinda Lapoff, Esq.
2 State Street, Suite 1000
Rochester, NY 14614
Tel: (585) 454-2181
Fax: (585) 454-4026
Email: clapoff@trevettcristo.com