UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

*In re:*                                              Civ. Action No.: 1:16-cv-375-FPG
                                                      **Consolidated Action**
    *M&T Bank Corporation ERISA Litigation*

_____

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that MELANIE S. WOLK, ESQ. of Trevett Cristo, hereby appears as Liaison Class Counsel and requests that she receive all papers, served or e-filed in this case.

Dated:  May 22, 2020

**TREVETT CRISTO**
  /s/ *Melanie S. Wolk*
Melanie S. Wolk, Esq. (NY Bar No. 2936821)
2 State Street, Suite 1000
Rochester, NY 14614
Telephone: (585) 454-2181
Facsimile: (585) 454-4026
Email:  mwolk@trevettcristo.com
*Liaison Class Counsel*

**NICHOLS KASTER, PLLP**
Kai Richter, MN Bar No. 0296545*
Carl F. Engstrom, MN Bar No. 0396298*
Jacob Schutz, MN Bar No. 0395648*
   *admitted in W.D.N.Y.
4600 IDS Center
80 S 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
Facsimile: 612-338-4878
Email: krichter@nka.com
           cengstrom@nka.com
           jschutz@nka.com
*Co-Lead Class Counsel*

        **KESSLER TOPAZ MELTZER
&amp; CHECK, LLP**

        Julie Siebert-Johnson (admitted *pro hac vice*)
        280 King of Prussia Road
        Radnor, PA 19087
        Telephone: (610) 667-7706
        Facsimile: (610) 667-7056
        Email:  jsjohnson@ktmc.com
        *Co-Lead Class Counsel*